UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEDES DE VENUSTAS, INC.,

                  Plaintiff,

vs.

VENUSTAS INTERNATIONAL, LLC,

                  Defendant.

07 Civ. 4530 (LTS)(THK)

RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Aedes De Venustas, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      There are no publicly held corporate parents, affiliates and/or subsidiaries of Plaintiff Aedes De Venustas, Inc.

Dated:  New York, New York
          May 29, 2007

                                  THE LAW OFFICES OF
                                  JOSEPH M. HEPPT

                                  Joseph M. Heppt (JH-4974)
                                  521 Fifth Avenue, Suite 1805
                                  New York, New York 10175
                                  (212) 973-0839
                                  Attorney for Plaintiff
                                  Aedes De Venustas, Inc.