UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEDES DE VENUSTAS, INC.,

        Plaintiff,

vs.

VENUSTAS INTERNATIONAL, LLC,

        Defendant.

07 Civ. 4530 (LTS)(THK)

DECLARATION OF
SERVICE OF MEMO
ENDORSEMENT

    JOSEPH M. HEPPT, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

    1.    I am counsel of record for plaintiff in the above-entitled action, I am not a party to this action and I am over 18 years of age. I have personal and first-hand knowledge of the facts set forth in this declaration and could testify competently to such facts if called upon to do so.

    2.    On June 12, 2007, I served the Memo Endorsement dated June 12, 2007 by causing a copy of the same to be sent by facsimile transmission to Robert Shepherd, Esq., counsel for the defendant.

    Executed at New York, New York this 12th day of June, 2007.

                                    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                    Joseph M. Heppt, Esq. (JH-4974)
                                    *Attorney for the Plaintiff*