**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the **NOTICE OF APPEARANCE OF ROBERT G. SHEPHERD** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 13th day of June, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via First Class Mail on this 13th day of June, 2007.

> Joseph Michael Heppt
> 521 Fifth Avenue
> Suite 1805
> New York, NY 10175

Dated: June 13, 2007                    By: s/Robert G. Shepherd
                                             Robert G. Shepherd