JOSEPH M. HEPPT
ATTORNEY AT LAW
521 FIFTH AVENUE
SUITE 1805
NEW YORK, NEW YORK 10175

FACSIMILE: (212) 973-0891

TELEPHONE (212) 973-0839
EMAIL: JMHEPPT@HEPPTLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007
```

June 11, 2007

**VIA FACSIMILE (212) 805-0426
AND REGULAR MAIL**

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not ...] to Chambers.

Re: *Aedes De Venustas, Inc. v. Venustas International, LLC*
S.D.N.Y. Case No. 07 cv 4530 (LTS) (THK)

Dear Judge Swain:

I represent the plaintiff in the above-reference action. Counsel for the parties called your chambers today seeking clarification with regard to the hearing that is scheduled for June 27 at 10:00 a.m. After speaking with your law clerk, I consulted the Memorandum to the Docket Clerk, which was filed in this case. A copy of that Memorandum is enclosed.

Based upon my reading of the Memorandum, it is my understanding that plaintiff's claim for compensatory damages will not be a subject of the June 27th hearing, which will be limited to plaintiff's claims for injunctive relief. If my understanding is incorrect, please let me know immediately.

Thank you for your attention to this matter.

Very truly yours,

Joseph M. Heppt

JMH/wrk

Encl.
Copy to:   Robert Shepherd, Esq. (via fax and regular mail w/ encl.)

*The June 27, 2007 hearing/trial will address injunctive relief claims only.*

SO ORDERED.

*[signature]* 6/12/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE