Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

Of Counsel:
Philip Colicchio, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, NJ 08540
Tel: 609 987-0022
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., : | |
| Plaintiff, : | |
| v. : | Civil Action No.: 1:07-04530 (LTS) |
| VENUSTAS INTERNATIONAL, LLC, : | |
| Defendant. : | |

### DECLARATION OF ROBERT G. SHEPHERD

Robert G. Shepherd hereby declares as follows:

1. I am a member of the law firm of Mathews, Shepherd, McKay & Bruneau, P.A., and am one of the attorneys of record for Venustas International, LLC. As such, I have personal knowledge of the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2. I submit this Declaration in support of Venustas International, LLC opposition to plaintiff's application for a permanent injunction against defendant's use of his trade name, Venustas International, LLC.

3. Attached as Exhibit "A" are selected pages from the deposition transcript of Robert Gerstner upon which defendant refers in support of its opposition to plaintiff's application for a permanent injunction.

4. Attached as Exhibit "B" is a photocopy of the face of plaintiff's "signature" product box.

5. Attached as Exhibit "C" is a copy of selected pages of plaintiff's website.

6. Attached as Exhibit "D" is a copy of the exterior of the plaintiff's shopping bag.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed On: 6/15/07 (date)

_____
Robert G. Shepherd