# EXHIBIT A

COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

AEDES DE VENUSTAS, INC.,

             Plaintiffs,

     vs.

VENUSTAS INTERNATIONAL, LLC.,

             Defendant.

------------------------------------------x


                DEPOSITION OF ROBERT GERSTNER

                  Monday, June 11, 2007

                New York, New York   10175



Reported by:

Nikki Montello

2

June 11, 2007

10:10 a.m.


DEPOSITION OF ROBERT GERSTNER, held at the offices of JOSEPH M. HEPPT, ESQ., 521 Fifth Avenue, Suite 1805, New York, New York 10175, before Nikki Montello, a Notary Public within and for the State of New York.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

3

1

2

A P P E A R A N C E S:

3

4          JOSEPH M. HEPPT, ESQ.,
           Attorney for Plaintiff
5               521 Fifth Avenue
                Suite 1805
6               New York, New York   10175

7

8

9          MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
           Attorneys for Defendant
10              29 Thanet Road
                Suite 201
11              Princeton, New Jersey   08540

12         BY:    ROBERT G. SHEPHERD, ESQ.,

13

14

15

16

17

18

19

20

21

22

23

24

25

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED by and
between the attorneys for the respective
parties hereto that filing, sealing anf
certification be and the same are hereby
waived.

IT IS FURTHER STIPULATED AND AGREED that
all objections, except as to the form of the
question, be reserved to the time of the
trial.

IT IS FURTHER STIPULATED AND AGREED that
the within examination may be signed and
sworn to before any Notary Public with the
same force and effect as though signed and
sworn to before this court.

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

16

Gerstner

1

2     restraining order said that you had done a

3     certain amount of business last year in terms

4     of revenue.  Do you remember what that number

5     was?

6          A.    Our sales in 2006?

7          Q.    Yes, um-hum.

8          A.    $1.4 million, approximately.

9          Q.    Okay.  Now, sitting here today,

10    can you tell me how this would break down

11    between revenue that you get from the Web

12    site, the bricks and mortar store, consulting

13    services and product development?  And you can

14    just do it in fractions.

15         A.    Product development, consulting

16    and things as such?

17         Q.    Yes.  Just give me fractions.  I

18    don't need numbers.

19         A.    I would roughly say but I would

20    need to look into the numbers.  But I would

21    say that the store is about 50 percent and

22    on-line and consulting services, including

23    product development, between ourselves and

24    with the other parties, about 25 percent.  So

25    50 the store, 25 the on-line business and 25

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

17

Gerstner

1

2    percent product development consulting,

3    roughly.

4            Q.    Okay.  All right.  Now, tell me

5    what types of consulting services you do?

6                    MR. HEPPT:  When you say "you,"

7            you mean the business?

8                    MR. SHEPHERD:    The company, yes,

9            right.

10           A.    The company?

11           Q.    Yes.

12           A.    Well, we offer different types of

13   consulting.  We scent fashion shows and

14   obviously sit with the designers beforehand to

15   discuss that --

16           Q.    I'm sorry, you used a word there

17   that I didn't get.

18           A.    We scent --

19           Q.    Oh, scent.

20           A.    -- fashion shows.  So you discuss

21   with the designers how do you do this and what

22   to do.  We have an extensive corporate

23   business where we scent especially for the

24   holiday season.  We sit with our clientele and

25   discuss all of those things.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

18

1                             Gerstner

2            Q.      The corporate, would that be

3      gifting?  In other words, figuring out what

4      gifts to send out to people?

5            A.      That is part of it, yes.

6            Q.      What else would it be?

7            A.      It would be to the overhandling

8      the logistics, sending it out physically.  It

9      goes all over the country.  What kind of gift,

10     all that which is involved.  We consult third

11     parties in product development, different

12     companies.  We have done fragrances, skin

13     care.

14           Q.      Why don't you tell me about that?

15           A.      Well, there is one company we

16     developed a fragrance for them which they came

17     out with their own name, published that

18     fragrance.

19           Q.      What was the company?

20           A.      Back then it was called

21     THREEAsFOUR.

22           Q.      THREEAsFOUR.

23           A.      They have changed names -- no,

24     they were called AsFOUR back then and that I

25     believe was the name of the fragrance.  Now

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

19

Gerstner

1

2   they have changed the name.  Now it is

3   THREEAsFOUR.  Skin care company in San

4   Francisco called Duchess Marden.

5       Q.    What did you do for them?

6       A.    Helped them building up the

7   brands as far as the different products are

8   concerned.  Do you need a cleanser?  Do you

9   need a moisturizer?  You should add a toner,

10  you know, ingredients.

11      Q.    Now, let's go back one second.

12  Is there any other thing within the corporate

13  business section that you do other than the

14  consulting with them to develop gift programs?

15      A.    I don't understand your question.

16      Q.    Okay.  Good.

17            You told me that, in response to

18  my question, you told me that what you do for

19  your corporate clientele is that you sit with

20  them around the holidays and you develop a

21  gift program and figure out the logistics of

22  how to get things to other places, is that

23  correct?

24      A.    That's part of it.  Yes.

25      Q.    Okay.  What else is there?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

25

Gerstner

   1

   2      A.    Yes.

   3      Q.    Is that your signature?

   4      A.    Yes.

   5      Q.    Did you read it over before you

   6  signed it?

   7      A.    Yes.

   8      Q.    Were you involved in the

   9  preparation of that declaration?

  10      A.    No.

  11      Q.    Okay.  Who prepared it?

  12      A.    Joe Heppt.

  13      Q.    Okay.  But he talked to you

  14  before he prepared it?

  15      A.    Yes.

  16      Q.    In the declaration you state that

  17  since 1995 the company has spent $440,000 on

  18  advertising?

  19      A.    Um-hum.

  20      Q.    Where did that number come from?

  21  Did you look through your books?

  22      A.    Yes.

  23      Q.    Okay.  When you were looking

  24  through your books, did you notice how much

  25  you had actually spent last year on

26

1                         Gerstner

2       advertising?

3               A.      We don't advertise --

4               Q.      You don't --

5               A.      -- in a classic sense, that we do

6       advertisement in papers.

7               Q.      Okay.

8               A.      This comes from different other

9       activities --

10              Q.      All right.  Can you --

11              A.      -- where we promote the company,

12      catalogue, our catalogue.

13              Q.      Oh, your catalogue.  Okay.

14              A.      Catalogues we have.  The

15      investment in the Web site.  Investment in

16      packaging, investment in product development.

17      Those are the numbers.  Do we compare numbers

18      to previous year?

19              Q.      Yes.

20              A.      That's your question?

21              Q.      Yes.

22              A.      No, I don't.

23              Q.      In the declaration you identify

24      consumer marketing as one of the things you do

25      to promote mark.  What is that exactly?

28

1                          Gerstner
2    catalogues.
3            Q.    Now, in that same declaration --
4                  MR. SHEPHERD:  Strike that.
5    (*r)          I would like to ask you to have
6            him produce the --
7                  MR. HEPPT:  Newsletters?
8                  MR. SHEPHERD:    The newsletters
9            and the catalogues.
10                 MR. HEPPT:  I will take that
11           under advisement, sure.
12                 MR. SHEPHERD:   Okay.  Sure.
13           Q.    In the same declaration it says
14   that you promoted the mark through industry
15   activities.  What does that mean?
16           A.    I would consider scenting the
17   fashion shows, for example, what we get in
18   return also or events is press.  And I'm sure
19   you have seen copies of the -- some of them,
20   which are in particular then published in WWD
21   and WWD Beauty Business, which is purely
22   within the industry.  We had a lot of mention
23   in there, so that is what helps us or helped
24   us to get our name out and have people in the
25   industry recognize our name by doing events as

1                          Gerstner

2    think that we probably, individually have

3    hundreds and hundreds on-line, if you go

4    individually through every single product.  So

5    this is a fraction of what is on-line.

6          Q.    Okay.  Now, I direct your

7    attention to the first page.  That is the home

8    page, is it not?

9          A.    That is the cover page, correct.

10         Q.    Now, at the top of the page there

11   is a picture of a peacock, is there not?

12         A.    Correct.

13         Q.    And above it is the word Aedes

14   Magazine?

15         A.    Correct.

16         Q.    What is that?

17         A.    That is an on-line magazine and

18   also it is an on-line magazine which there are

19   some copies of it attached to this exhibit.

20         Q.    Is it in the -- so it is the, the

21   material in the back that you click on

22   publications, that is what comes up?

23         A.    Some of it.  But there is some

24   missing.

25         Q.    Okay.  Why do you call it the

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

34

1                        Gerstner

2    Aedes Magazine?

3         A.    I don't understand.

4         Q.    Well, why isn't it called Aedes

5    De Venustas Magazine?

6         A.    Probably that is a question I

7    would need to ask Karl.  He is the visual one,

8    as I said earlier.  The creative person.  He

9    probably just for visual purposes chose that.

10        Q.    Okay.  And what is the name of

11   your -- what is your domain name?

12        A.    Aedes.com.

13        Q.    Aedes.com?  Do you also have a

14   Web site under Venustas.com?

15        A.    No.

16        Q.    Do you have any Web site in which

17   the word "Venustas" appears?

18        A.    I can't answer that question.  I

19   would need to ask Karl.

20             MR. HEPPT:  I belatedly object to

21        the form of the question.

22        Q.    Now, you have gift cards?

23        A.    Yes.

24        Q.    And how does the Web site on the

25   first page refer to that gift card?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

35

1                       Gerstner

2          A.     It says Aedes Gift Card and next

3     to it is a picture of the gift card reading

4     Aedes De Venustas.

5          Q.     Then on the other side it says

6     Delux Gift Wrap.  Can you tell me about --

7     part of the business is the presentation of

8     the fragrances, correct?

9          A.     I guess in every part, everyone's

10    business, that is part of it in the beauty

11    industry.

12         Q.     Okay.  And do you have a

13    particular style of wrapping your product?

14         A.     All products which we wrap are in

15    a black gift box, and upon request we add

16    fresh flowers on top of it.

17         Q.     Okay.  And it says here on the

18    Web site, our new luxurious, black gift boxes

19    are embossed with the Aedes goldleaf logo.

20         A.     Um-hum.

21         Q.     Does the word Aedes also appear

22    on the box.

23         A.     The word Aedes, yes.

24         Q.     Does the word Venustas appear on

25    the box?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

37

1                         Gerstner

2            copy of the catalogue already?

3                    MR. SHEPHERD:  Yes.

4            Q.    Now, a little bit further down

5       below, Mr. Gerstner, it says newsletter.  And

6       it says Aedes Perfume News.  Is that the

7       newsletter we were talking about earlier?

8            A.    The electronic newsletter,

9       correct.

10           Q.    And who does the Aedes Perfume

11      News go to?  It goes to anybody who fills in

12      the E-mail address there?

13           A.    Correct.

14           Q.    Okay.

15           A.    Approximately 10,000 people.

16           Q.    Are the customers that come into

17      the bricks and mortar store on your mailing

18      list for the perfume news?

19           A.    Some, I'm sure.  Not all of them.

20           Q.    Not all of them?

21           A.    I wouldn't know.

22           Q.    You wouldn't have any idea as to

23      what that number was?

24           A.    No.

25           Q.    What is advertised on your Web

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

39

 1                          Gerstner

 2           A.    Categories, fragrances, skin

 3     care, body care, and home products.

 4           Q.    What are home products?

 5           A.    Candles, incense, potpourris,

 6     room sprays, sachets.  We are working on a new

 7     device.

 8           Q.    Okay.  Now, you have a trademark

 9     registration that shows that you also sell

10     products that are labeled with the Aedes

11     Venustas mark, is that correct?

12           A.    Aedes De Venustas, correct.

13           Q.    Right.  And which of the

14     categories that we've just discussed, the four

15     categories, do you have Aedes De Venustas

16     marked product for?

17           A.    Bath and body and home.

18           Q.    You don't sell any fragrances

19     under the Aedes De Venustas mark?

20           A.    Not yet.

21           Q.    Do you advertise the body care,

22     bath and body and the home products with the

23     Aedes De Venustas mark on the Web site?

24           A.    Yes.

25           Q.    Do you advertise any of your

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

40

1                          Gerstner

2      consulting services on the Web site?

3             A.    No.

4             Q.    Why is it that you don't

5      advertise any of your consulting services on

6      the Web site?

7             A.    Because if we would at this

8      point, assuming there is a big response, we

9      just would not be in a position to handle them

10     yet.

11            Q.    Okay.  Do you advertise your

12     consulting services anywhere else?

13            A.    Like?

14                  MR. SHEPHERD:    Strike that.

15            Q.    Do you advertise your consulting

16     services anywhere?

17            A.    Publicly, in print?

18            Q.    Right.

19            A.    No.

20            Q.    Okay.  Is there any other way

21     that you advertise your consulting services?

22            A.    Word by mouth.

23            Q.    That's all?

24            A.    Well, constantly in touch with

25     people, you know, you talk about it.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

42

1                              Gerstner

2          A.    Right.  When we started, we began

3     to bring particularly European companies under

4     one roof, companies which some of them their

5     roots go back to the 13th Century, who are not

6     based on the mass market but based on the old

7     tradition of perfume and the art of perfume.

8                    This kind of concept in the last

9     couple of years exploded.  That is what the

10    industry in these press pieces too, that is

11    what the industry calls now they all use the

12    term niche or specialty retail stores.  Does

13    that make sense as an explanation?

14                    Now, this has exploded, you see

15    this all over the place.  There is also one of

16    the articles clearly saying that this is one

17    of the fastest growing segments of the market

18    while the mass market doesn't.

19                    So that's how I would describe a

20    specialty retailer is concerned, what is now

21    called also niche markets.  Very exclusive,

22    very limited distribution.

23         Q.    So to you a specialty retailer is

24    one that focuses on a single category, for

25    example, in this case, the beauty category?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1                         Gerstner                    43

2              MR. HEPPT:  Objection to the

3         form.

4              MR. SHEPHERD:  What is the nature

5         of the objection?

6              MR. HEPPT:  I think it

7         mischaracterizes his testimony.

8              MR. SHEPHERD:  Okay.

9              MR. HEPPT:  I think it is not

10        what he said.

11             MR. SHEPHERD:  Okay.  Then we

12        will strike the question.

13   BY MR. SHEPHERD:

14        Q.    Does specialty retailer mean to

15   you a retail establishment that focuses on a

16   single product category?

17        A.    No.  Not necessarily.

18        Q.    Okay.  Can you give me an example

19   of a specialty retailer, other than your

20   business?

21        A.    Barney's, Bergdorf Goodman.

22        Q.    How do you -- why do you think of

23   Barney's as a specialty retailer?  How does

24   that fit into the definition you gave before?

25        A.    Because they focus in different

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

44

1                              Gerstner

2     areas, beauty and clothing and whatever.   And

3     whatever they cover, they focus on specialty

4     lines and brands which are not mass market.

5              Q.     What is the difference between

6     mass market and specialty retailer?   Is it the

7     quality of the product?

8              A.     I would say the quality and also

9     the distribution.

10             Q.     Explain that to me, when you say

11    the distribution?

12             A.     Distribution, the number of

13    doors, for example, in New York City, a brand

14    would sell to.   The mass market brand would

15    sell to, I don't know, 30, 40 50 just in the

16    City, versus the special brands.   Specialty

17    brands would maybe have two or three doors in

18    the City.   That is one of the big distinctions

19    between mass market and specialty.

20             Q.     When you say two or three, did

21    you say two or three doors?

22             A.     Yes.

23             Q.     When you say "doors," do you mean

24    stores?

25             A.     Right.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

45

1                          Gerstner

2          Q.      Okay.  Do you consider the Gap

3     stores to be mass market or specialty retail?

4          A.      My personal opinion would be mass

5     market.

6          Q.      Okay.  Do you consider Victoria's

7     Secret to be mass market or specialty?

8          A.      I don't know the operation well

9     enough to answer the question.

10         Q.      Would you consider Ann Taylor to

11    be mass market or specialty.

12         A.      I don't know their operation well

13    enough to answer that question.

14         Q.      Okay.  From using Barney's as an

15    example, it sounded to me like you are

16    familiar enough with that operation to give an

17    opinion, is that correct?

18         A.      Yes, because I shop there.

19         Q.      Okay.  How many Barney's stores

20    are there throughout the City?

21         A.      Just one.  The Barney's I am

22    talking about.  Then there is a sub-division

23    of theirs which is called the co-op stores,

24    but that is a different level of products and

25    so on and so forth.  So the Barney's I am

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

46

                                    Gerstner

1

2    talking about, one.

3         Q.    Okay.  This category that we are

4    talking about that you're in, fragrance, bath

5    and body, skin and home, can we call that the

6    beauty category?

7         A.    I don't think so.  Because there

8    is more to beauty than just that.  Make up,

9    for example, which we don't do.

10        Q.    Okay.  All right.  But those

11   things, those four categories -- well, let's

12   leave out the home since that seems to be --

13   would you consider the home products to fall

14   into the beauty category?

15        A.    Yes.

16        Q.    Okay.  Do you consider -- now you

17   have told me that all of the -- that is beauty

18   category includes more than those four

19   products.  But do you believe, do you agree

20   that those four products, fragrance, bath and

21   body, skin and home all fall in the beauty

22   category?

23        A.    Do I believe those four fall

24   under the category of beauty?

25        Q.    Yes?

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

47

1                          Gerstner

2          A.    My personal opinion, yes.

3          Q.    Okay.  And, in your opinion, a

4     specialty retailer is one whose products have

5     limited distribution in any particular area?

6          A.    That would be my personal

7     understanding and opinion, yes.

8          Q.    Okay.  Throughout the complaint

9     and the -- your declaration and the brief,

10    there is references to consulting services.

11              So far we've identified, I think,

12    four categories of consulting services.  You

13    scent fashion shows, you consult with

14    corporations about gifting and other aspects

15    of their business that might involve scent.

16    You have developed fragrances.  You have

17    helped another company develop their beauty

18    product line, that would be Duchess Marden.

19    And there are the two projects that we

20    discussed earlier that shall remain nameless

21    for now, that you are consulting with the two

22    companies.

23              Are there any other consulting

24    services that you do?

25         A.    That we do currently?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

60

1                          Gerstner

2          Q.     And then at the top of the second

3     page.

4          A.     Page 10?

5          Q.     Yes. In the first paragraph,

6     again, Internet security is so important to

7     Aedes and its customers.  And then below that,

8     next paragraph, last line, all ordering

9     information is sent directly to Aedes.

10                Do you see that?

11         A.     Yes.

12         Q.     Is Aedes used in the business as

13    shorthand for Aedes De Venustas?

14         A.     In what business?

15         Q.     In your business.

16         A.     In our business?

17         Q.     Yes?

18         A.     No.  Not really.  It is -- the

19    company is, Aedes De Venustas.  Some people

20    say Aedes, some people say Aedes De Venustas.

21    There is no really term for that.

22         Q.     But you, yourself, use it on your

23    Internet site, is that correct?

24         A.     What?

25         Q.     Aedes?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

61

1                          Gerstner

2          A.    Some of the Internet pages read

3    Aedes and some read Aedes De Venustas.  But if

4    I look through this, it has Aedes De Venustas

5    all over.

6          Q.    Can you go to page 13?

7          A.    13.

8          Q.    Yes.

9          A.    Um-hum.

10         Q.    It is the article from the New

11   York Times Magazine, December 2005.

12         A.    Um-hum.

13         Q.    If you -- if you read it through

14   and, particularly, you could look at just the

15   last line on that, page 13, you'll see again

16   use of the term Aedes.

17               Do you see that?

18         A.    Um-hum.

19         Q.    Now, how was this article

20   written?  Did you do a press release which

21   they worked with?  Were you interviewed?

22         A.    We were interviewed.

23         Q.    Okay.  And did you see the

24   article before it came out?

25         A.    No.

65

1                              Gerstner

2       it.

3              A.    Okay.  So -- yes.

4              Q.    Who belongs to the Fashion Group

5       International?

6              A.    I cannot answer the question top

7       of my head.

8              Q.    Have you ever been to any of

9       their meetings?

10             A.    Karl has.  Not me.

11             Q.    Karl has.  Okay.  And, well, if

12      you have never been to any of their

13      meetings -- has anyone ever told you how many

14      people attend these meetings?

15             A.    No.

16             Q.    Now, in another one of the many

17      articles that I read, it says that Aedes De

18      Venustas was a finalist for a FiFi Award.

19             A.    Correct.

20             Q.    What is a FiFi Award?

21             A.    FiFi Award is the equivalent of

22      the Oscar's in the beauty industry.

23             Q.    Who gives it out?

24             A.    The FiFi Foundation.

25             Q.    There is a separate -- there is a

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

69

1                          Gerstner

2          A.      The one from March 16, 2007?

3          Q.      That's right.

4          A.      Um-hum.

5          Q.      Have you ever heard of Robin

6    Burns-McNeill before?

7          A.      Not that I can remember, no?

8          Q.      Actually, in the article they

9    refer to her as Robin Burns.  Does that name

10   ring a bell for you?

11         A.      Prior to reading the article?

12         Q.      Right.

13         A.      Not that I remember, no.

14         Q.      And you testified earlier that on

15   occasion Aedes De Venustas appears in Women's

16   Wear Daily.

17                 Do you remember that?

18         A.      Yes.

19         Q.      Okay.  Isn't there also another

20   Women's Wear Daily publication that you said

21   that they appear in?

22         A.      That we appeared?

23         Q.      Yes.

24         A.      Yes.

25         Q.      What is that?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

70

1                          Gerstner

2          A.     Well, there is a lot of different

3    W publications.   There is W, there is WWD,

4    there is WWD Beauty Business or Beauty Buzz.

5    There is a bunch of other publications.   But

6    we have been in some of them.   Yes.

7          Q.     Okay.  Do you read that

8    publication with any regularity?

9          A.     Myself?

10         Q.     Yes?

11         A.     Yes.

12         Q.     Are the winners of the Fifis

13   announced or publicized in the Women's Wear

14   Daily publications?

15         A.     Yes.

16         Q.     Do you know that Robin Burns or

17   Robin Burns-McNeill, as she's known now, has

18   won several FiFi awards?

19         A.     No.

20         Q.     How do you think it's possible

21   for you to read Women's Wear Daily and to be

22   aware of the FiFi Awards and not to know who

23   Robin Burns-McNeill is?

24         A.     From my understanding, she is

25   from -- she has a corporate background, Calvin

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1                           Gerstner

2      Klein and Victoria's Secret or The Limited or

3      whatever.

4               Frankly, I don't read those

5      articles because I couldn't care less what

6      those companies do because it is very

7      different from what we do.

8               Q.    Okay.

9               A.    I don't have time every day to

10     sit and read the paper piece by piece by

11     piece.

12              As far as the FiFi Awards are

13     concerned, I never really looked into it prior

14     to our nomination in 2006.

15              Q.    Okay.  Now, I am going to show

16     you another document just so that you are not

17     guessing and you know what I'm talking about.

18              This is the complaint.

19              MR. SHEPHERD:  Apparently, I only

20          reproduced marked up copies.

21              MR. HEPPT:  Do you want a clean

22          copy?  I could make it.

23              MR. SHEPHERD:  I think this will

24          work.  I will just read it to him.

25              MR. HEPPT:  Okay.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

74

1                           Gerstner

2          manufacturers.  I mean, so I think it

3          is a misleading question.

4                  MR. SHEPHERD:  Okay.  Let's ask a

5          different question.

6                  MR. HEPPT:  Okay.

7          Q.     Of all the products that you

8   sell, what percentage are marked with the

9   trademark other than Aedes De Venustas?

10         A.     I can't say top of my head.  I

11  would need to look it up.

12         Q.     Would you?  Okay.  Can you

13  come -- is it 90 percent?

14         A.     I would need to look it up.

15         Q.     Okay.  Now, Aedes De Venustas

16  does have products that are made exclusively

17  for Aedes De Venustas, correct?

18         A.     Correct.

19         Q.     When you have a product that's

20  made exclusively for you, what part do you and

21  Karl Brandl play in the manufacturing of that

22  product, and what part does the manufacturer

23  play?

24         A.     Well, physically manufacturing we

25  are not involved because that is the job of

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

105

1                          Gerstner

2                First of all, you know, after

3        having read the article, excuse my French, it

4        pissed us off.  And then if we would have

5        known that we need logs, I would have

6        definitely done them.  But, no, we didn't.

7                Q.    Now, have you received any calls

8        since you sent the cease and desist letter to

9        Venustas International?

10               A.    Yes, we got, about three weeks

11       ago, one phone call.

12               Q.    Did you write down any

13       information about that call?

14               A.    No.  Like as to who it was?

15               Q.    Right?

16               A.    Yes, no.

17               Q.    Okay.

18               A.    No.

19               Q.    Now, you yourself received some

20       of the calls?

21               A.    Yes.  The very last one, yes, and

22       then some of the other ones.

23               Q.    Now, can you in the declaration,

24       it says that the calls from people asking to

25       speak with people at Venustas International

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

Gerstner                                106

2     including Sam Guson, the president and chief

3     executive officer also received and continue

4     to receive numerous telephone calls from

5     people in the fashion and beauty field

6     congratulating us on or asking about our new

7     contract with Ann Taylor.

8              Does that essentially cover

9     everything that, you know, was said in those

10    calls or was there anything else?

11         A.    That pretty much covers what was

12    said from what I know.  I don't receive all

13    the phone calls.  There is different people,

14    you know, picking up the phone but pretty

15    much.

16         Q.    Well, at least for the calls you

17    received --

18         A.    Yes.

19         Q.    -- that was everything?

20         A.    Pretty much because we made it

21    very clear we are not affiliated or associated

22    with Venustas International whatsoever.

23         Q.    Okay.  Now, it says that you

24    would receive telephone calls from people in

25    the fashion and beauty field.  How do you know

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

112

C E R T I F I C A T E

STATE OF NEW YORK      )
                       ss:)
COUNTY OF NEW YORK     )


        I, NIKKI MONTELLO, a Notary Public

within and for the State of New York, do

hereby certify:

        That ROBERT GERSTNER, the witness whose

examination is hereinbefore set forth, was

duly sworn by me and that this transcript

is a true record of the testimony given by

such witness.

        I further certify that I am not related

to any of the parties to this action by

blood or marriage, and that I am in no way

interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set

my hand this 15th day of June,

2007.


                    *Nikki Montello*

                    NIKKI MONTELLO