## **DECLARATION OF ANNEMARIE PERCOCO**

I, Annemarie Percoco, hereby declare and state the following:

1. I am a Client Relationship Manager for The LanguageWorks, Inc. (LanguageWorks) with offices at 1123 Broadway, New York, NY 10010.

2. LanguageWorks provides a variety of foreign language translation services to its clients, like Venustas International, LLC.

3. As a Client Relationship Manager, I am responsible for the Venustas International, LLC account. My primary contact there is Ms. Ellen Manger.

4. LanguageWorks began working with Venustas International, LLC in February 2007.

5. In and around April 1, 2007, I was charged with preparing an Invoice related to certain translation work performed for Venustas International, LLC.

6. This was the first invoice LanguageWorks generated related to the Venustas International, LLC account.

7. Venustas International, LLC voiced a preference that its invoices be forwarded via email, however, in order for LanguageWorks computer system to generate an invoice, a client address must be provided.

8. While I did know they were located in New York City, I did not have a mailing address for Venustas International, LLC.

9. The majority of my work with Venustas International, LLC was performed via telephone or e-mail.

10. To obtain an address, I e-mailed Ms. Manger at Venustas International, LLC and made a request for a mailing address.

11. I did not receive a response to my e-mail request.



12. As such, a "Google search" was performed on the internet to ascertain a mailing address for Venustas International, LLC.

13. I was present when this search was conducted.

14. To the best of my knowledge, the term "Venustas International" was searched.

15. We did not find Venustas International but did find an Aedes de Venustas with a New York City address of "9 Christopher Street, New York, New York 10014."

16. I utilized that address on the two (2) attached invoices.

17. After receiving a phone call from Ms Manger, as well as a facsimile from a company called Aedes De Venustas, informing me that the mailing address I utilized on the Venustas International, LLC invoices was incorrect, I made the appropriate corrections and all future invoices have the correct mailing address for Venustas International, LLC.

I hereby declare that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 6/12/07

*[signature]*

H:\ANNIE\PMC\Ghusson\Trademark\Certification.doc