# EXHIBIT 1



# Venus Perfume by Edith Gonzales

$36.99





Make yourself glow whith a sexy touch ... Venus Fragrance

The fascinating force, feminine and sensual touch in this mysterious fruit note combination of lemon, apple and peach tree with floral body of violet, jazmín and rose.

Item Number 43145

2.8 fl.oz. Spray Bottle

The strenght, femininity, beauty and sensuality that Edith Gonzales projects are expressed in this unique and fascinating fragrance. Venus by Zermat encloses the Goddess essence that lives in her and in every woman. With this fragrance, Edith wants to share with you a tribute to the marvelous experience of being a woman.

qty. [    ]  ORDER

PRINT    CLOSE WINDOW