# EXHIBIT 4

# Quintascent™



Home | Products | About Us | FAQ | Contact Us

## Products

Quintascent products are a combination of the finest, purest natural essential oils available from many areas of the world. These products are totally natural botanical essential oils with no artificial chemical additives and no animal products (including lanolin) are used in our products. Click on a product below for more information.



*personal lubricant*

**Venus Dew:** This specially formulated mixture of essential oils will help relieve irritation and dryness in the genital areas. Venus Dew rejuvenates the tissues and increases the feeling of elasticity.

*More Information*

*click ORDER NOW! here*

*rejuvenating body oil*

**Venus Silk I:** Developed from the purest of essential oils to rejuvenate and soothe your skin. Unlike traditional lotions, Venus Silk I is made from Mother Nature's own moisturizing elements and oils.

*More Information*

*click ORDER NOW! here*

*rejuvenating body oil*

**Venus Silk II:** Heavier, richer emollient. Used in extreme cases of dryness, cracked or thickened skin.

*More Information*

*click ORDER NOW! here*

*facial & complexion treatment*

**Venus Aura:** A unique solution for acne. This amazing mixture of oils relieves burning, abrasions or irritations. Helpful following laser procedures.

*More Information*

*click ORDER NOW! here*

## Product Information

**Quintascent:** *Quintessence* is the substance of heavenly bodies. According to ancient philosophies, it is the fifth element, which is the highest element following earth, air, fire and water. **Quintascent Products** will