EXHIBIT 5





Our *guiding principal* at Barefoot Venus is to support a lifestyle of beauty and wellness through the *simple pleasures* of our natural, aromatic bath and body experiences. Soaking in a calming sea of bubbles, moisturizing with *mood inspiring* lotion, cleansing with Mother Nature's earth and sea substances. Turn your everyday routine into an opportunity to *indulge* your spirit, letting beauty bloom, and wellness flourish.

*Feel good* about yourself and your place in the world and allow your confidence and beauty to *radiate and inspire.*

Wholesale Division
7620 Wagner Road, Edmonton, Alberta T6E 5B2
Ph (780) 490-1654  Fax (780) 490-1684
Toll free: 1-888-490-1756
www.barefootvenus.com

Although we make every effort to ensure the accuracy of published information, we reserve the right to make corrections in case of any error. Should you wish additional information, we will be happy to answer your questions.

1.888.490.1756 • info@barefootvenus.com

Printed in Canada



# *vintage* collection

*Bath and body treats that indulge the girlish whim to pamper.
A compliment to the girls of the 40's and 50's who unabashedly shared
beauty with the world. Pamper yourself with Barefoot Venus' vintage
collection and indulge in your own beauty revolution!*



### therapeutic mustard bath 350 g/12.25 oz
*It's nothing to sneeze at!*
The fine art of primping is a difficult task, especially when you're feeling under the weather. Simply run a hot bath, inhale and relax. The therapeutic properties of mustard go to work pulling nasty toxins from your skin, while the spirit of wintergreen, eucalyptus and rosemary surround you in a curative cape, leaving you feeling top-notch and ready to indulge your next girlish whim.

### SOS extra rich body cream 225 ml/8 oz
*When your skin is sending out an SOS that says
"stop the flaking!" it's time to listen.*
Dry, chafed skin magically vanishes when a tried and true potion of macadamia nut oil, sesame seed oil and wheat germ oil starts to mollycoddle your needy skin. Smooth it on, and feel how quickly the SOS is called off.
Available in Ruby Red, Vanilla Shake and Georgia Peach scents.





### slick oil massage & bath oil 225 ml/8 oz
*One amazing oil, two scandalous ways to use it.*
Each leaves you irresistibly tempting to the touch. This instant performer is packed with skin-nourishing superstar oils: avocado, sweet almond, and apricot kernel to name just a few. However you choose to enjoy this velvety oil, you will be left with flirtatiously soft skin.
Available in Georgia Peach, Vanilla Shake and Hunny Mango scents.

**barefoot** VENUS   1.888.490.1756
www.barefootvenus.com

