EXHIBIT 6

Case 1:07-cv-04530-LTS-THK    Document 9-16    Filed 06/15/2007    Page 1 of 2



>ABOUT US   >PRODUCTS   >DISTRIBUTION   >EXPORTS   ESPAÑOL

Back

 **Bar Soap**

 

**Rosa Venus**
**Available in:**
Color: White and pink
40 bar soaps 5.3 oz.
60 bar soaps 3.5 oz

**Venus**
**Available in:**
Color: Pink, white and blue
40 bar soaps 5.3 oz





**Coral**
**Available in:**
Color: Beige, pink, white and blue
40 bar soaps 5.3 oz

© 2006 Fábrica de Jabón La Corona, S.A. de C.V.
Todos los derechos reservados.

INTRANET | CONTACT US