UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEDES DE VENUSTAS, INC.,

        **Plaintiff,**

vs.

VENUSTAS INTERNATIONAL, LLC,

        **Defendant.**

____ Civ. _____ (___)

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

    Upon the declaration of Robert Gerstner, sworn to the 29th day of May, 2007, the Memorandum of Law and upon the copy of the complaint hereto annexed, it is

    ORDERED, that the above named defendant show cause before a motion term of this Court, at Room __, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on ____, _____, at _____ o'clock in the noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from using the name Venustas International, LLC or any name that contains any of the words Aedes De Venustas; and it is further

    ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the defendant is temporarily restrained and enjoined from using the name Venustas International, LLC or any name that contains any of the words Aedes De Venustas; and it is further

2

      ORDERED that personal service of a copy of this order and annexed declaration, Memorandum of Law and Complaint upon the defendant or his counsel on or before o'clock in the noon, _____, \_\_\_\_, shall be deemed good and sufficient service thereof.

DATED:      New York, New York
                May 29, 2007

                                                _____
                                                United States District Judge