# EXHIBIT A

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Registrant Summary

### Search Criteria: Registrant Name = AEDES DE VENUSTAS

| SER# | REG# | NAME | MARK |
|------|------|------|------|
| 78607784 | 3076652 | AEDES DE VENUSTAS | AEDES DE VENUSTAS |
| 78719986 | 3082887 | AEDES DE VENUSTAS, INC | AEDES DE VENUSTAS |

Search Results as of: 04/07/2007 08:48 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: February 22, 2007 v.2.0

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 7 04:17:27 EDT 2007*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST
NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start   List At:          OR   Jump   to record:      **Record 2 out of 6**

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# AEDES DE VENUSTAS

| | |
|---|---|
| **Word Mark** | AEDES DE **VENUSTAS** |
| **Translations** | The English translation of the wording AEDES DE **VENUSTAS** is "Temple of Beauty". |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Retail store services, catalog and on-line retail services in the fields of fragranced products, bath products, cosmetics, skin care products, and scented candles. FIRST USE: 19950315. FIRST USE IN COMMERCE: 19950315 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78607784 |
| **Filing Date** | April 13, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | January 10, 2006 |
| **Registration Number** | 3076652 |
| **Registration Date** | April 4, 2006 |

Trademark Electronic Searc.    stem (TESS)

| Owner | (REGISTRANT) AEDES DE VENUSTAS CORPORATION NEW YORK 9 CHRISTOPHER STREET NEW YORK NEW YORK 10014 |
|---|---|
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST
NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Apr 7 04:17:27 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:        **Record 1 out of 6**

TARR Status    ASSIGN Status    TDR    TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# AEDES DE VENUSTAS

| | |
|---|---|
| **Word Mark** | AEDES DE **VENUSTAS** |
| **Translations** | The English translation of the foreign wording AEDES DE **VENUSTAS** is "Temple of Beauty". |
| **Goods and Services** | IC 004. US 001 006 015. G & S: Scented candles. FIRST USE: 20051115. FIRST USE IN COMMERCE: 20051115 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78719986 |
| **Filing Date** | September 24, 2005 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | January 24, 2006 |
| **Registration Number** | 3082887 |
| **Registration Date** | April 18, 2006 |
| **Owner** | (REGISTRANT) AEDES DE VENUSTAS, INC CORPORATION NEW YORK 9 CHRISTOPHER STREET NEW YORK NEW YORK 10014 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |