# GERSTNER EXHIBIT B
# FILED SEPARATELY