# EXHIBIT C



The Fashion Group International®, Inc. recognizes

**ROBERT GERSTNER & KARL BRADL**
**AEDES DE VENUSTAS**

RETAIL FINALIST

2002 RISING STAR AWARDS

Jan. 30, 2002 — Date

Margaret Hayes, President, The Fashion Group International®, Inc.