# EXHIBIT E

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
(212) 447-6060
Fax: (212) 447-6257

# LanguageWorks

# Invoice

| Invoice Date | Invoice No. |
|---|---|
| April 9, 2007 | 42478 |

Ms. Ellen Manger
Venustas International, LLC
9 Christopher Street
New York, NY 10014

| Payment Terms | Customer ID |
|---|---|
| Due Upon Receipt | venuint00 |

| Job ID | Project Manager | P.O. Number |
|---|---|---|
| 07-1620 | Cathi Changanaqui | |

| Project Description |
|---|
| Hollister Usage copy, Sessions Romance copy |

| Quantity | Item Description | Unit Price | Extension |
|---|---|---|---|
| 3 | Cultural adaptaion, English into French, per hour | $85.00 | $255.00 |

Wire Instructions:
JPMorgan Chase Bank, N.A., ABA# 021000021
FBO The Language Works, Inc.
Acct # 630-0887358
SWIFT Address: CHASUS33

Please Note: After 30 days, a monthly finance charge of 1.5% will be applied to unpaid invoices.

Tax ID: 13-3848408

| | |
|---|---|
| Pre-Tax Invoice Amount: | $255.00 |
| Taxable Amount: | $0.00 |
| Sales Tax Amount: | $0.00 |
| Deposit Amount: | $0.00 |
| Total Amount Due: | $255.00 |

*Thank you for your order -- we appreciate your business!*

→ THIS COMPANY DOES NOT EXIST AT THIS ADDRESS!

Aedes De Venustas Inc
9 Christopher St
New York, NY 10014
www.aedes.com

The LanguageWorks, Inc.
1123 Broadway
New York, NY 10010
(212) 447-6060
Fax: (212) 447-6257

# LanguageWorks

# Invoice

| Invoice Date | Invoice No. |
|---|---|
| May 3, 2007 | 43105 |

| Payment Terms | Customer ID |
|---|---|
| Due Upon Receipt | venuint00 |

Ms. Ellen Manger
Venustas International, LLC
9 Christopher Street
New York, NY 10014

| Job ID | Project Manager | P.O. Number |
|---|---|---|
| 07-2314 | Karen D'Urso | |

| Project Description |
|---|
| "Laguna Beach" copy |

| Quantity | Item Description | Unit Price | Extension |
|---|---|---|---|
| 1.5 | Translation, English into French, per hour | $85.00 | $127.50 |

Wire Instructions:
JPMorgan Chase Bank, N.A., ABA# 021000021
FBO The Language Works, Inc.
Acct # 630-0887358
SWIFT Address: CHASUS33

Please Note: After 30 days, a monthly finance charge of 1.5% will be applied to unpaid invoices.

Tax ID: 13-3848408

| | |
|---|---|
| Pre-Tax Invoice Amount: | $127.50 |
| Taxable Amount: | $0.00 |
| Sales Tax Amount: | $0.00 |
| Deposit Amount: | $0.00 |
| **Total Amount Due:** | **$127.50** |

Thank you for your order -- we appreciate your business!

*[Handwritten notes:]*
5/9 2ND FAX
— VENUSTAS INTL. IS NOT LOCATED AT THIS ADDRESS, NOT AFFILIATED WITH US, WHICH IS †
() JOE HEPPT

Aedes De Venustas Inc
9 Christopher St
New York, NY 10014
www.aedes.com