**EXHIBIT F**

JOSEPH M. HEPPT
ATTORNEY AT LAW
521 FIFTH AVENUE
SUITE 1805
NEW YORK, NEW YORK 10175

FACSIMILE: (212) 973-0891

TELEPHONE: (212) 973-0839
EMAIL: JMHEPPT@HEPPTLAW.COM

April 16, 2007

*VIA CERTIFIED MAIL*
*RETURN RECEIPT REQUESTED*

VENUSTAS INTERNATIONAL, LLC
405 Lexington Avenue  25th floor
New York, NY 10174

Re:  Aedes de Venustas, Inc. -- Venustas International, LLC – Infringement
     Our File No. 0727-008

Dear Sir or Madam:

This firm represents Aedes de Venustas, Inc., which is the owner of U.S. Trademark Registration No. 3082887 for the mark AEDES DE VENUSTAS.

Your company's name constitutes an improper infringement on my client's registered trademark in violation of *United States Code,* Titles 15 and 17, and applicable state laws. Your company's name incorporates our client's trademark and name. Since your use is without permission or consent of the trademark owner, this use is an infringing use of the mark AEDES DE VENUSTAS.

In addition, your improper use of our client's trademark and name creates initial interest confusion as it misleads the consumer as to the source or affiliation. Your use is also a dilution of AEDES DE VENUSTAS, which has become famous in the fragrance and skin care industry through years of advertising and usage by our client.

In view of your infringement of our client's rights, we must demand that you provide written assurances within 7 days that you will immediately:

1. Permanently refrain from any use of the term AEDES DE VENUSTAS or any variation thereof that is likely to cause confusion or dilution;

2. Distribute a press release clarifying that your company is not related to AEDES DE VENUSTAS in any way; and

3. Request that a clarification be published by Women's Wear Daily stating that your company is not related to AEDES DE VENUSTAS in any way.

VENUSTAS INTERNATIONAL, LLC　　　　　　　　　　　　　　　　April 16, 2007
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

Be assured, our client intends to take whatever steps are necessary to protect its interests and to enforce its rights, including, without limitation, the commencement of appropriate legal action to enjoin infringing use, to recover monetary damages as well as attorney's fees.

The foregoing is not intended to be an exhaustive recital of the factual and legal bases with respect to this matter. Nothing contained in this letter is intended, nor should it be deemed to constitute, as an admission or a complete statement of the relevant facts or to waive, limit, prejudice or otherwise affect any of our client's rights or remedies, all of which are expressly reserved.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　Joseph M. Heppt

JMH/wrk

　　Copy to:　　Robert Gerstner