UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VENUSTAS INTERNATIONAL, LLC, <br><br> Defendant. | 07 Civ. 4530 (LTS)(THK) <br><br> DECLARATION OF SERVICE OF PROCESS |

JOSEPH M. HEPPT, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel of record for plaintiff in the above-entitled action, I am not a party to this action and I am over 18 years of age. I have personal and first-hand knowledge of the facts set forth in this declaration and could testify competently to such facts if called upon to do so.

2. On May 29, 2007, I served the Order to Show Cause for a Preliminary Injunction, along with the supporting papers, by causing them to be delivered by overnight mail service to Robert Shepherd, Esq., counsel for the defendant.

Executed at New York, New York this 18th day of June, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

 s/  
Joseph M. Heppt, Esq. (JH-4974)  
*Attorney for the Plaintiff*