# EXHIBIT A

COPY

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

AEDES DE VENUSTAS, INC.,

                    Plaintiffs,

        vs.

VENUSTAS INTERNATIONAL, LLC.,

                    Defendant.

------------------------------------------x



                    DEPOSITION OF ROBERT GERSTNER

                        Monday, June 11, 2007

                    New York, New York   10175



Reported by:

Nikki Montello

TOBY FELDMAN
INCORPORATED
One Penn Plaza . NYC 10119 . tel (212) 244.3990 . fax (212) 268.4828 . email@tobyfeldman.com

2

June 11, 2007

10:10 a.m.


DEPOSITION OF ROBERT GERSTNER, held at the

offices of JOSEPH M. HEPPT, ESQ., 521 Fifth

Avenue, Suite 1805, New York, New York  10175,

before Nikki Montello, a Notary Public within

and for the State of New York.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

3

1

2

A P P E A R A N C E S:

3

4         JOSEPH M. HEPPT, ESQ.,
          Attorney for Plaintiff
5              521 Fifth Avenue
               Suite 1805
6              New York, New York   10175

7

8

9         MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
          Attorneys for Defendant
10             29 Thanet Road
               Suite 201
11             Princeton, New Jersey   08540

12        BY:   ROBERT G. SHEPHERD, ESQ.,

13

14

15

16

17

18

19

20

21

22

23

24

25

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

4

1

2

3                         S T I P U L A T I O N S

4        IT IS HEREBY STIPULATED AND AGREED by and
      between the attorneys for the respective
5     parties hereto that filing, sealing anf
      certification be and the same are hereby
6     waived.
         IT IS FURTHER STIPULATED AND AGREED that
7     all objections, except as to the form of the
      question, be reserved to the time of the
8     trial.
         IT IS FURTHER STIPULATED AND AGREED that
9     the within examination may be signed and
      sworn to before any Notary Public with the
10    same force and effect as though signed and
      sworn to before this court.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**TOBY FELDMAN**
INCORPORATED

**NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS**
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1                          Gerstner

2      restraining order said that you had done a

3      certain amount of business last year in terms

4      of revenue.  Do you remember what that number

5      was?

6              A.     Our sales in 2006?

7              Q.     Yes, um-hum.

8              A.     $1.4 million, approximately.

9              Q.     Okay.  Now, sitting here today,

10     can you tell me how this would break down

11     between revenue that you get from the Web

12     site, the bricks and mortar store, consulting

13     services and product development?  And you can

14     just do it in fractions.

15             A.     Product development, consulting

16     and things as such?

17             Q.     Yes.  Just give me fractions.  I

18     don't need numbers.

19             A.     I would roughly say but I would

20     need to look into the numbers.  But I would

21     say that the store is about 50 percent and

22     on-line and consulting services, including

23     product development, between ourselves and

24     with the other parties, about 25 percent.  So

25     50 the store, 25 the on-line business and 25

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1                        Gerstner

2    percent product development consulting,

3    roughly.

4             Q.    Okay.  All right.  Now, tell me

5    what types of consulting services you do?

6                  MR. HEPPT:  When you say "you,"

7             you mean the business?

8                  MR. SHEPHERD:    The company, yes,

9             right.

10            A.    The company?

11            Q.    Yes.

12            A.    Well, we offer different types of

13   consulting.  We scent fashion shows and

14   obviously sit with the designers beforehand to

15   discuss that --

16            Q.    I'm sorry, you used a word there

17   that I didn't get.

18            A.    We scent --

19            Q.    Oh, scent.

20            A.    -- fashion shows.  So you discuss

21   with the designers how do you do this and what

22   to do.  We have an extensive corporate

23   business where we scent especially for the

24   holiday season.  We sit with our clientele and

25   discuss all of those things.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

18

1                          Gerstner

2          Q.      The corporate, would that be

3      gifting?  In other words, figuring out what

4      gifts to send out to people?

5          A.      That is part of it, yes.

6          Q.      What else would it be?

7          A.      It would be to the overhandling

8      the logistics, sending it out physically.  It

9      goes all over the country.  What kind of gift,

10     all that which is involved.  We consult third

11     parties in product development, different

12     companies.  We have done fragrances, skin

13     care.

14         Q.      Why don't you tell me about that?

15         A.      Well, there is one company we

16     developed a fragrance for them which they came

17     out with their own name, published that

18     fragrance.

19         Q.      What was the company?

20         A.      Back then it was called

21     THREEAsFOUR.

22         Q.      THREEAsFOUR.

23         A.      They have changed names -- no,

24     they were called AsFOUR back then and that I

25     believe was the name of the fragrance.  Now

**TOBY FELDMAN**
INCORPORATED

**NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS**
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

19

1                        Gerstner

2      they have changed the name.  Now it is

3      THREEAsFOUR.  Skin care company in San

4      Francisco called Duchess Marden.

5            Q.    What did you do for them?

6            A.    Helped them building up the

7      brands as far as the different products are

8      concerned.  Do you need a cleanser?  Do you

9      need a moisturizer?  You should add a toner,

10     you know, ingredients.

11           Q.    Now, let's go back one second.

12     Is there any other thing within the corporate

13     business section that you do other than the

14     consulting with them to develop gift programs?

15           A.    I don't understand your question.

16           Q.    Okay.  Good.

17                 You told me that, in response to

18     my question, you told me that what you do for

19     your corporate clientele is that you sit with

20     them around the holidays and you develop a

21     gift program and figure out the logistics of

22     how to get things to other places, is that

23     correct?

24           A.    That's part of it.  Yes.

25           Q.    Okay.  What else is there?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

25

                                    Gerstner

1

2          A.      Yes.

3          Q.      Is that your signature?

4          A.      Yes.

5          Q.      Did you read it over before you

6    signed it?

7          A.      Yes.

8          Q.      Were you involved in the

9    preparation of that declaration?

10         A.      No.

11         Q.      Okay.  Who prepared it?

12         A.      Joe Heppt.

13         Q.      Okay.  But he talked to you

14   before he prepared it?

15         A.      Yes.

16         Q.      In the declaration you state that

17   since 1995 the company has spent $440,000 on

18   advertising?

19         A.      Um-hum.

20         Q.      Where did that number come from?

21   Did you look through your books?

22         A.      Yes.

23         Q.      Okay.  When you were looking

24   through your books, did you notice how much

25   you had actually spent last year on

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

26

```
 1                      Gerstner
 2      advertising?
 3            A.    We don't advertise --
 4            Q.    You don't --
 5            A.    -- in a classic sense, that we do
 6      advertisement in papers.
 7            Q.    Okay.
 8            A.    This comes from different other
 9      activities --
10            Q.    All right.  Can you --
11            A.    -- where we promote the company,
12      catalogue, our catalogue.
13            Q.    Oh, your catalogue.  Okay.
14            A.    Catalogues we have.  The
15      investment in the Web site.  Investment in
16      packaging, investment in product development.
17      Those are the numbers.  Do we compare numbers
18      to previous year?
19            Q.    Yes.
20            A.    That's your question?
21            Q.    Yes.
22            A.    No, I don't.
23            Q.    In the declaration you identify
24      consumer marketing as one of the things you do
25      to promote mark.  What is that exactly?
```

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

28

1                      Gerstner
2    catalogues.
3          Q.    Now, in that same declaration --
4                MR. SHEPHERD:  Strike that.
5    (*r)        I would like to ask you to have
6          him produce the --
7                MR. HEPPT:  Newsletters?
8                MR. SHEPHERD:   The newsletters
9          and the catalogues.
10               MR. HEPPT:  I will take that
11         under advisement, sure.
12               MR. SHEPHERD:   Okay.  Sure.
13         Q.    In the same declaration it says
14   that you promoted the mark through industry
15   activities.  What does that mean?
16         A.    I would consider scenting the
17   fashion shows, for example, what we get in
18   return also or events is press.  And I'm sure
19   you have seen copies of the -- some of them,
20   which are in particular then published in WWD
21   and WWD Beauty Business, which is purely
22   within the industry.  We had a lot of mention
23   in there, so that is what helps us or helped
24   us to get our name out and have people in the
25   industry recognize our name by doing events as

33

1                           Gerstner

2      think that we probably, individually have

3      hundreds and hundreds on-line, if you go

4      individually through every single product.  So

5      this is a fraction of what is on-line.

6              Q.    Okay.  Now, I direct your

7      attention to the first page.  That is the home

8      page, is it not?

9              A.    That is the cover page, correct.

10             Q.    Now, at the top of the page there

11     is a picture of a peacock, is there not?

12             A.    Correct.

13             Q.    And above it is the word Aedes

14     Magazine?

15             A.    Correct.

16             Q.    What is that?

17             A.    That is an on-line magazine and

18     also it is an on-line magazine which there are

19     some copies of it attached to this exhibit.

20             Q.    Is it in the -- so it is the, the

21     material in the back that you click on

22     publications, that is what comes up?

23             A.    Some of it.  But there is some

24     missing.

25             Q.    Okay.  Why do you call it the

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

34

1                              Gerstner

2      Aedes Magazine?

3            A.     I don't understand.

4            Q.     Well, why isn't it called Aedes

5      De Venustas Magazine?

6            A.     Probably that is a question I

7      would need to ask Karl.  He is the visual one,

8      as I said earlier.  The creative person.  He

9      probably just for visual purposes chose that.

10           Q.     Okay.  And what is the name of

11     your -- what is your domain name?

12           A.     Aedes.com.

13           Q.     Aedes.com?  Do you also have a

14     Web site under Venustas.com?

15           A.     No.

16           Q.     Do you have any Web site in which

17     the word "Venustas" appears?

18           A.     I can't answer that question.  I

19     would need to ask Karl.

20                  MR. HEPPT:  I belatedly object to

21            the form of the question.

22           Q.     Now, you have gift cards?

23           A.     Yes.

24           Q.     And how does the Web site on the

25     first page refer to that gift card?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

35

1                          Gerstner

2              A.      It says Aedes Gift Card and next

3        to it is a picture of the gift card reading

4        Aedes De Venustas.

5              Q.      Then on the other side it says

6        Delux Gift Wrap.  Can you tell me about --

7        part of the business is the presentation of

8        the fragrances, correct?

9              A.      I guess in every part, everyone's

10       business, that is part of it in the beauty

11       industry.

12             Q.      Okay.  And do you have a

13       particular style of wrapping your product?

14             A.      All products which we wrap are in

15       a black gift box, and upon request we add

16       fresh flowers on top of it.

17             Q.      Okay.  And it says here on the

18       Web site, our new luxurious, black gift boxes

19       are embossed with the Aedes goldleaf logo.

20             A.      Um-hum.

21             Q.      Does the word Aedes also appear

22       on the box.

23             A.      The word Aedes, yes.

24             Q.      Does the word Venustas appear on

25       the box?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

37

1                          Gerstner

2              copy of the catalogue already?

3                   MR. SHEPHERD:  Yes.

4              Q.    Now, a little bit further down

5       below, Mr. Gerstner, it says newsletter.  And

6       it says Aedes Perfume News.  Is that the

7       newsletter we were talking about earlier?

8              A.    The electronic newsletter,

9       correct.

10             Q.    And who does the Aedes Perfume

11      News go to?  It goes to anybody who fills in

12      the E-mail address there?

13             A.    Correct.

14             Q.    Okay.

15             A.    Approximately 10,000 people.

16             Q.    Are the customers that come into

17      the bricks and mortar store on your mailing

18      list for the perfume news?

19             A.    Some, I'm sure.  Not all of them.

20             Q.    Not all of them?

21             A.    I wouldn't know.

22             Q.    You wouldn't have any idea as to

23      what that number was?

24             A.    No.

25             Q.    What is advertised on your Web

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

39

1                        Gerstner

2          A.      Categories, fragrances, skin

3     care, body care, and home products.

4          Q.      What are home products?

5          A.      Candles, incense, potpourris,

6     room sprays, sachets.  We are working on a new

7     device.

8          Q.      Okay.  Now, you have a trademark

9     registration that shows that you also sell

10    products that are labeled with the Aedes

11    Venustas mark, is that correct?

12         A.      Aedes De Venustas, correct.

13         Q.      Right.  And which of the

14    categories that we've just discussed, the four

15    categories, do you have Aedes De Venustas

16    marked product for?

17         A.      Bath and body and home.

18         Q.      You don't sell any fragrances

19    under the Aedes De Venustas mark?

20         A.      Not yet.

21         Q.      Do you advertise the body care,

22    bath and body and the home products with the

23    Aedes De Venustas mark on the Web site?

24         A.      Yes.

25         Q.      Do you advertise any of your

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

40

1                          Gerstner

2      consulting services on the Web site?

3              A.    No.

4              Q.    Why is it that you don't

5      advertise any of your consulting services on

6      the Web site?

7              A.    Because if we would at this

8      point, assuming there is a big response, we

9      just would not be in a position to handle them

10     yet.

11             Q.    Okay.  Do you advertise your

12     consulting services anywhere else?

13             A.    Like?

14                   MR. SHEPHERD:    Strike that.

15             Q.    Do you advertise your consulting

16     services anywhere?

17             A.    Publicly, in print?

18             Q.    Right.

19             A.    No.

20             Q.    Okay.  Is there any other way

21     that you advertise your consulting services?

22             A.    Word by mouth.

23             Q.    That's all?

24             A.    Well, constantly in touch with

25     people, you know, you talk about it.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

42

1                          Gerstner

2          A.    Right.  When we started, we began

3    to bring particularly European companies under

4    one roof, companies which some of them their

5    roots go back to the 13th Century, who are not

6    based on the mass market but based on the old

7    tradition of perfume and the art of perfume.

8                     This kind of concept in the last

9    couple of years exploded.  That is what the

10   industry in these press pieces too, that is

11   what the industry calls now they all use the

12   term niche or specialty retail stores.  Does

13   that make sense as an explanation?

14                     Now, this has exploded, you see

15   this all over the place.  There is also one of

16   the articles clearly saying that this is one

17   of the fastest growing segments of the market

18   while the mass market doesn't.

19                     So that's how I would describe a

20   specialty retailer is concerned, what is now

21   called also niche markets.  Very exclusive,

22   very limited distribution.

23          Q.    So to you a specialty retailer is

24   one that focuses on a single category, for

25   example, in this case, the beauty category?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

43

1                           Gerstner

2           MR. HEPPT:  Objection to the

3      form.

4           MR. SHEPHERD:  What is the nature

5      of the objection?

6           MR. HEPPT:  I think it

7      mischaracterizes his testimony.

8           MR. SHEPHERD:  Okay.

9           MR. HEPPT:  I think it is not

10     what he said.

11          MR. SHEPHERD:  Okay.  Then we

12     will strike the question.

13  BY MR. SHEPHERD:

14     Q.    Does specialty retailer mean to

15  you a retail establishment that focuses on a

16  single product category?

17     A.    No.  Not necessarily.

18     Q.    Okay.  Can you give me an example

19  of a specialty retailer, other than your

20  business?

21     A.    Barney's, Bergdorf Goodman.

22     Q.    How do you -- why do you think of

23  Barney's as a specialty retailer?  How does

24  that fit into the definition you gave before?

25     A.    Because they focus in different

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

44

1                         Gerstner

2     areas, beauty and clothing and whatever.  And

3     whatever they cover, they focus on specialty

4     lines and brands which are not mass market.

5          Q.    What is the difference between

6     mass market and specialty retailer?  Is it the

7     quality of the product?

8          A.    I would say the quality and also

9     the distribution.

10         Q.    Explain that to me, when you say

11    the distribution?

12         A.    Distribution, the number of

13    doors, for example, in New York City, a brand

14    would sell to.  The mass market brand would

15    sell to, I don't know, 30, 40 50 just in the

16    City, versus the special brands.  Specialty

17    brands would maybe have two or three doors in

18    the City.  That is one of the big distinctions

19    between mass market and specialty.

20         Q.    When you say two or three, did

21    you say two or three doors?

22         A.    Yes.

23         Q.    When you say "doors," do you mean

24    stores?

25         A.    Right.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

45

1                      Gerstner

2          Q.    Okay.  Do you consider the Gap

3     stores to be mass market or specialty retail?

4          A.    My personal opinion would be mass

5     market.

6          Q.    Okay.  Do you consider Victoria's

7     Secret to be mass market or specialty?

8          A.    I don't know the operation well

9     enough to answer the question.

10         Q.    Would you consider Ann Taylor to

11    be mass market or specialty.

12         A.    I don't know their operation well

13    enough to answer that question.

14         Q.    Okay.  From using Barney's as an

15    example, it sounded to me like you are

16    familiar enough with that operation to give an

17    opinion, is that correct?

18         A.    Yes, because I shop there.

19         Q.    Okay.  How many Barney's stores

20    are there throughout the City?

21         A.    Just one.  The Barney's I am

22    talking about.  Then there is a sub-division

23    of theirs which is called the co-op stores,

24    but that is a different level of products and

25    so on and so forth.  So the Barney's I am

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

46

Gerstner

1    talking about, one.

2    Q.    Okay.   This category that we are

3    talking about that you're in, fragrance, bath

4    and body, skin and home, can we call that the

5    beauty category?

6    A.    I don't think so.   Because there

7    is more to beauty than just that.   Make up,

8    for example, which we don't do.

9    Q.    Okay.   All right.   But those

10   things, those four categories -- well, let's

11   leave out the home since that seems to be --

12   would you consider the home products to fall

13   into the beauty category?

14   A.    Yes.

15   Q.    Okay.   Do you consider -- now you

16   have told me that all of the -- that is beauty

17   category includes more than those four

18   products.   But do you believe, do you agree

19   that those four products, fragrance, bath and

20   body, skin and home all fall in the beauty

21   category?

22   A.    Do I believe those four fall

23   under the category of beauty?

24   Q.    Yes?

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

47

1                            Gerstner

2        A.      My personal opinion, yes.

3        Q.      Okay.  And, in your opinion, a

4    specialty retailer is one whose products have

5    limited distribution in any particular area?

6        A.      That would be my personal

7    understanding and opinion, yes.

8        Q.      Okay.  Throughout the complaint

9    and the -- your declaration and the brief,

10   there is references to consulting services.

11              So far we've identified, I think,

12   four categories of consulting services.  You

13   scent fashion shows, you consult with

14   corporations about gifting and other aspects

15   of their business that might involve scent.

16   You have developed fragrances.  You have

17   helped another company develop their beauty

18   product line, that would be Duchess Marden.

19   And there are the two projects that we

20   discussed earlier that shall remain nameless

21   for now, that you are consulting with the two

22   companies.

23              Are there any other consulting

24   services that you do?

25       A.      That we do currently?

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

60

Gerstner

1

2          Q.      And then at the top of the second

3    page.

4          A.      Page 10?

5          Q.      Yes. In the first paragraph,

6    again, Internet security is so important to

7    Aedes and its customers.  And then below that,

8    next paragraph, last line, all ordering

9    information is sent directly to Aedes.

10                  Do you see that?

11         A.      Yes.

12         Q.      Is Aedes used in the business as

13   shorthand for Aedes De Venustas?

14         A.      In what business?

15         Q.      In your business.

16         A.      In our business?

17         Q.      Yes?

18         A.      No.  Not really.  It is -- the

19   company is, Aedes De Venustas.  Some people

20   say Aedes, some people say Aedes De Venustas.

21   There is no really term for that.

22         Q.      But you, yourself, use it on your

23   Internet site, is that correct?

24         A.      What?

25         Q.      Aedes?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

61

1                              Gerstner

2          A.    Some of the Internet pages read

3    Aedes and some read Aedes De Venustas.  But if

4    I look through this, it has Aedes De Venustas

5    all over.

6          Q.    Can you go to page 13?

7          A.    13.

8          Q.    Yes.

9          A.    Um-hum.

10          Q.    It is the article from the New

11    York Times Magazine, December 2005.

12          A.    Um-hum.

13          Q.    If you -- if you read it through

14    and, particularly, you could look at just the

15    last line on that, page 13, you'll see again

16    use of the term Aedes.

17                Do you see that?

18          A.    Um-hum.

19          Q.    Now, how was this article

20    written?  Did you do a press release which

21    they worked with?  Were you interviewed?

22          A.    We were interviewed.

23          Q.    Okay.  And did you see the

24    article before it came out?

25          A.    No.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

1                          Gerstner

2      it.

3            A.      Okay.  So -- yes.

4            Q.      Who belongs to the Fashion Group

5      International?

6            A.      I cannot answer the question top

7      of my head.

8            Q.      Have you ever been to any of

9      their meetings?

10           A.      Karl has.  Not me.

11           Q.      Karl has.  Okay.  And, well, if

12     you have never been to any of their

13     meetings -- has anyone ever told you how many

14     people attend these meetings?

15           A.      No.

16           Q.      Now, in another one of the many

17     articles that I read, it says that Aedes De

18     Venustas was a finalist for a FiFi Award.

19           A.      Correct.

20           Q.      What is a FiFi Award?

21           A.      FiFi Award is the equivalent of

22     the Oscar's in the beauty industry.

23           Q.      Who gives it out?

24           A.      The FiFi Foundation.

25           Q.      There is a separate -- there is a

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

69

1                          Gerstner

2          A.     The one from March 16, 2007?

3          Q.     That's right.

4          A.     Um-hum.

5          Q.     Have you ever heard of Robin

6     Burns-McNeill before?

7          A.     Not that I can remember, no?

8          Q.     Actually, in the article they

9     refer to her as Robin Burns.  Does that name

10    ring a bell for you?

11         A.     Prior to reading the article?

12         Q.     Right.

13         A.     Not that I remember, no.

14         Q.     And you testified earlier that on

15    occasion Aedes De Venustas appears in Women's

16    Wear Daily.

17                Do you remember that?

18         A.     Yes.

19         Q.     Okay.  Isn't there also another

20    Women's Wear Daily publication that you said

21    that they appear in?

22         A.     That we appeared?

23         Q.     Yes.

24         A.     Yes.

25         Q.     What is that?

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

70

Gerstner

1

2     A.    Well, there is a lot of different

3    W publications.  There is W, there is WWD,

4    there is WWD Beauty Business or Beauty Buzz.

5    There is a bunch of other publications.  But

6    we have been in some of them.  Yes.

7         Q.    Okay.  Do you read that

8    publication with any regularity?

9         A.    Myself?

10        Q.    Yes?

11        A.    Yes.

12        Q.    Are the winners of the Fifis

13   announced or publicized in the Women's Wear

14   Daily publications?

15        A.    Yes.

16        Q.    Do you know that Robin Burns or

17   Robin Burns-McNeill, as she's known now, has

18   won several FiFi awards?

19        A.    No.

20        Q.    How do you think it's possible

21   for you to read Women's Wear Daily and to be

22   aware of the FiFi Awards and not to know who

23   Robin Burns-McNeill is?

24        A.    From my understanding, she is

25   from -- she has a corporate background, Calvin

**TOBY FELDMAN**
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

71

1                        Gerstner

2     Klein and Victoria's Secret or The Limited or

3     whatever.

4              Frankly, I don't read those

5     articles because I couldn't care less what

6     those companies do because it is very

7     different from what we do.

8              Q.    Okay.

9              A.    I don't have time every day to

10    sit and read the paper piece by piece by

11    piece.

12             As far as the FiFi Awards are

13    concerned, I never really looked into it prior

14    to our nomination in 2006.

15             Q.    Okay.  Now, I am going to show

16    you another document just so that you are not

17    guessing and you know what I'm talking about.

18             This is the complaint.

19             MR. SHEPHERD:  Apparently, I only

20         reproduced marked up copies.

21             MR. HEPPT:  Do you want a clean

22         copy?  I could make it.

23             MR. SHEPHERD:  I think this will

24         work.  I will just read it to him.

25             MR. HEPPT:  Okay.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

74

1                          Gerstner

2            manufacturers.  I mean, so I think it

3            is a misleading question.

4                    MR. SHEPHERD:  Okay.  Let's ask a

5            different question.

6                    MR. HEPPT:  Okay.

7                    Q.    Of all the products that you

8            sell, what percentage are marked with the

9            trademark other than Aedes De Venustas?

10                   A.    I can't say top of my head.  I

11           would need to look it up.

12                   Q.    Would you?  Okay.  Can you

13           come -- is it 90 percent?

14                   A.    I would need to look it up.

15                   Q.    Okay.  Now, Aedes De Venustas

16           does have products that are made exclusively

17           for Aedes De Venustas, correct?

18                   A.    Correct.

19                   Q.    When you have a product that's

20           made exclusively for you, what part do you and

21           Karl Brandl play in the manufacturing of that

22           product, and what part does the manufacturer

23           play?

24                   A.    Well, physically manufacturing we

25           are not involved because that is the job of

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

105

1                          Gerstner

2              First of all, you know, after

3     having read the article, excuse my French, it

4     pissed us off.  And then if we would have

5     known that we need logs, I would have

6     definitely done them.  But, no, we didn't.

7          Q.    Now, have you received any calls

8     since you sent the cease and desist letter to

9     Venustas International?

10         A.    Yes, we got, about three weeks

11    ago, one phone call.

12         Q.    Did you write down any

13    information about that call?

14         A.    No.  Like as to who it was?

15         Q.    Right?

16         A.    Yes, no.

17         Q.    Okay.

18         A.    No.

19         Q.    Now, you yourself received some

20    of the calls?

21         A.    Yes.  The very last one, yes, and

22    then some of the other ones.

23         Q.    Now, can you in the declaration,

24    it says that the calls from people asking to

25    speak with people at Venustas International

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

106

Gerstner

1
2       including Sam Guson, the president and chief
3       executive officer also received and continue
4       to receive numerous telephone calls from
5       people in the fashion and beauty field
6       congratulating us on or asking about our new
7       contract with Ann Taylor.
8                   Does that essentially cover
9       everything that, you know, was said in those
10      calls or was there anything else?
11              A.      That pretty much covers what was
12      said from what I know.  I don't receive all
13      the phone calls.  There is different people,
14      you know, picking up the phone but pretty
15      much.
16              Q.      Well, at least for the calls you
17      received --
18              A.      Yes.
19              Q.      -- that was everything?
20              A.      Pretty much because we made it
21      very clear we are not affiliated or associated
22      with Venustas International whatsoever.
23              Q.      Okay.  Now, it says that you
24      would receive telephone calls from people in
25      the fashion and beauty field.  How do you know

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

112

C E R T I F I C A T E

STATE OF NEW YORK      )
                       ss:)
COUNTY OF NEW YORK     )


     I, NIKKI MONTELLO, a Notary Public

within and for the State of New York, do

hereby certify:

     That ROBERT GERSTNER, the witness whose

examination is hereinbefore set forth, was

duly sworn by me and that this transcript

is a true record of the testimony given by

such witness.

     I further certify that I am not related

to any of the parties to this action by

blood or marriage, and that I am in no way

interested in the outcome of this matter.

     IN WITNESS WHEREOF, I have hereunto set

my hand this 13th day of June,

2007.

_____

NIKKI MONTELLO