# EXHIBIT B

AEDES

Est. 1995
New York