EXHIBIT C



- shoppin
- custome

# AEDES DE VENUSTAS



## Aedes Magazine



### Aedes Giftcard



Give the gift of choice. Perfect for everyone and for all occasions. The **AEDES Gift Card** is a black, wallet-sized card that can conveniently be used for shopping at our store and are now redeemable online at aedes.com.

### Delux Giftwrap



Our new luxurious, black giftboxes are embossed with the AEDES goldleaf logo wrapped in beautiful satin ribbon. Give the ultimate touch: Aedes' signature flo giftwrap! The black Aedes box wrapped ribbon and embellished with a fresh flov arrangement.

## Newsletter

Sign up for **AEDES Perfume News** to receive announcements about new products and services from Aedes!

Enter your email address: [            ]    submit



DEFENDANT'S
EXHIBIT NO. __1__
FOR IDENTIFICATION
DATE: 6-11-07  RPTR: MW



# AEDES DE VENUSTAS

fragrance　　　　nouse fragrance　　　　skin care　　　　bath & body

- home
- shopping
- customer

## fragrances

Acqua di Biella
Agraria
Ambra di Venezia
Annick Goutal
Anthousa
Brandy
Carthusia
Comptoir Sud Pacifique
Costes
Côté Bastide
Creed
Diptyque
Escentric Molecules
Esteban
Etro
Heeley
Hierbas de Ibiza
Jalaine
L'Artisan Parfumeur
Le Prince Jardinier
Le Sirenuse - Eau de Italie
Les Bains du Marais
Lorenzo Villoresi
Lubin
Maitre Parfumeur et Gantier
Mark Birley
Miller et Bertaux
Molinard 1849
Mona di Orio
Montale
Nanadebary
Nelly Rodi
Paratus
Parfum d'Empire
Parfum de Rosine
Parfums 06130
Parfums Delrae
Penhaligon's
People of the Labyrinths



**New! Jatamansi**
L'Artisan Parfumeur
Eau de Toilette



**New! A.Maze**
People of the Labyrinths
Parfum



**New! Un**
Serge Lu
Back in stock for a





**New! Virgin Island Water**
Creed
Eau de Parfum



**New! Anvers 2**
Ulrich Lang New York
Eau de Toilette



**New! Car**
Heele
Eau de Pa







http://www.aedes.com/brand.php?cat_id=1　　　　　　　　　　　　　　　　　　6/9/2007 ②

Pierre Frapin
Santa Maria Novella
Serge Lutens
Shalini
Sylvie
Tann Rokka
Ulrich Lang New York
VIP

**Paestum Rose**
Le Sirenuse
Eau de Toilette



New! **Neroli**
Annick Goutal
Eau de Toilette

New! **Idole de Lubin**
Lubin
Eau de Toilette



**Love in White**
Creed
Eau de Perfume

**Mandrac**
Annick Go
Eau de To



**Bouton de**
Le Prince Ja
Eau de To



# AEDES DE VENUSTAS

fragrances   home fragrances   skin care   bath & body

## home fragrances

Abahna
AEDES DE VENUSTAS
Agraria
Alora Ambiance
Ambra di Venezia
Ananda
Annick Goutal
Anthousa
Carthusia
Claus Porto
Costes
Côté Bastide
Creed
Damien Bash
Diptyque
Esteban
Etro
Jacques Garcia
L'Artisan Parfumeur
Linari
Lorenzo Villoresi
Maitre Parfumeur et Gantier
Mariage Freres
Mizensir
Namadebary
Pierre Frapin
Santa Maria Novella
Ulrich Lang New York
VIP



**New! Oranger En Fleurs**
L'Artisan Parfumeur
Candle



**White Votive Set of Three**
Diptyque
Votive Set of Three



**Aedes de Venustas**
Aedes de Venustas
Anthousa Diffuser Sticks



**Aedes de Venustas**
Aedes de Venustas
Exclusive Limited Edition Candle





http://www.aedes.com/brand.php?cat_id=2    6/9/2007

**Tuberose Rouge**
Diptyque
Candle

**Carta d'Armenia with Holder**
Santa Maria Novella
Burning Paper with Holder





**Costes**
Costes
Candle

**Orchidee Chocolat**
Mizensir
Candle

http://www.aedes.com/brand.php?cat_id=2　　　　　　　　　　　　　　　　　　　　　　6/9/2007



## AEDES DE VENUSTAS

- home
- shoppin
- customs

fragrances     home fragrances     skin care     bath & body

- Boellis
- D.R. Harris
- Duchess Marden
- Jurlique
- Santa Maria Novella
- Susanne Kaufmann
- Trilogy



### skin care



**Damascena Neck & Decollete Serum**
Duchess Marden



**Damascena Rose Anti-Wrinkle Serum**
Duchess Marden



**Damascena R**
Duchess M.



**100% Pure Organic Rosehip Oil**
Trilogy



**New! Nutrient Cream**
Susanne Kaufmann



**Lozione Dopo Ba Shave Lav**
Santa Maria



AEDES DE VENUSTAS

- home
- shopp
- custor

fragrances     home fragrances     skin care     bath & body

Abahna
ADV
Agraria
Ambra di Venezia
Annick Goutal
Costes
Côté Bastide
Creed
D.R. Harris
Diptyque
Esteban
Etro
Hierbas de Ibiza
Jurlique
L'Artisan Parfumeur
La Ligne de St. Barth
Le Sirenuse - Eau d'Italie
Les Bains du Marais
Mark Birley
Parfums Delrae
Penhaligon's
People of the Labyrinths
Santa Maria Novella
Susanne Kaufmann
Trilogy

## bath & body



**Savon Noir Véritable - Genuine Black Soap**
Les Bains du Marais



**New! Jatamansi**
L'Artisan Parfumeur
Body Oil



Lime C
Al
Sea Salt



**New! Frankincense & Sweet Orange**
Abahna
Bath Oil



**New! Luctor et Emergo**
People of the Labyrinths
Body Cream



New! Frankinc
Ora
Aba
Bath









**Crema Pedestre - Almond Foot Cream**
Santa Maria Novella

**Philosykos**
Diptyque
Body Wash

**Eau d**
Le Sir
Show



**Hierbas de Ibiza**
Hierbas de Ibiza
Bath Salt



**Musc Blanc**
Les Bains du Marais
Fine Body Oil



**Sensual**
Susanne
Bat!



AEDES DE VENUSTAS

- home
- shoppin
- custome

## customer service

Thank you for visiting aedes.com, your complete online source for exclusive fragrances and gifts! Please check below for answers to your most frequently asked questions. If you don't find the answer you're looking for, you can contact us by mail or e-mail. You can also reach us by phone at 888-AEDES15, Monday to Saturday, 12 pm-8 pm, Sunday- 1 pm- 7 pm EST.

Address:
Aedes De Venustas
9 Christopher Street
New York, NY 10014

phone: 212-206-8674
fax: 212-206-8675

email: shop.info@aedes.com

### ORDERING & PAYMENT

1. How do I place an online order?
2. Is it safe to use my credit card online?
3. Which credit cards do you accept?
4. How do I order by phone, fax or mail?
5. Can my order be shipped outside North America?

### SHIPPING & DELIVERY

1. How much does shipping and handling cost?
2. Will I be charged sales tax?
3. What is your return policy?

### GIFT SERVICES

1. Does AEDES offer gift-wrapping?

Return to top

### ORDERING & PAYMENT

**1. How do I place an online order?**

**Adding items to your cart:** Once you've found an item you'd like to purchase, just click on the "Add to cart" button. Your shopping cart will update every time you add or delete an item to your order. When you want to check out, simply click the Checkout link when viewing your shopping cart.

**Deleting items from your cart:** To remove an item from your Shopping Cart, click the remove button next to the item.

**2. Is it safe to place my order online?**

Your credit card transaction is safe and secure when you place your order online at our Web site. Because Internet security is so important to AEDES and our customers, our online store operates under the highest security protocol -- the Secure Socket Layer Protocol -- supported by most browsers.

Critical information such as credit card numbers are not stored, and all personal information is encrypted so that it cannot be read as information is sent over the Internet. All ordering information is sent directly to AEDES and can only be decoded by us.



Of course, if you do not feel comfortable ordering online, please call us at 888-AEDES15 and we will take your order by phone.

### 3. Which credit cards do you accept?

We accept Visa, Master Card, Discover and American Express.

### 4. How do I order by phone, mail, or fax?

**Ordering by phone:** To phone in your order, please call 888-AEDES15, or 212-206-8674, 7 days a week between the hours of 12 pm - 8 pm EST. During other hours, you may leave an electronic voice message and we will call you back.

**Ordering by fax:** To fax your order, please send us your order with your name, credit card type & number, expiration date, and your signature. The number for fax orders is 212-206-8675.

Please be sure to include the specific quantity, catalog number(s) and title(s) of the item(s) you are ordering, as well as the shipping address where we should send your order.

**Ordering by mail:** To mail your order, please send a check or money order payable to AEDES for the total amount of your order plus the shipping fee. If your order is being shipped to NY please add appropriate sales tax. The address for mail orders is:

Aedes De Venustas
9 Christopher Street
New York, NY 10014

Please be sure to include the specific quantity, catalog number(s) and title(s) of the item(s) you are ordering, as well as the shipping address where we should send your order.

### 5. Can my order be shipped outside North America?

At this point, we can only deliver within the United States.

Due to recent difficulties with Canadian customs we cannot accept orders to Canada. Fragrances are considered hazardous goods and we are not able to ship outside of the United States at this moment.

Return to top

**SHIPPING & DELIVERY**

### 1. How much does shipping and handling cost?

Standard shipping fees are based on the cost of your order:

**FedEx Shipping and Handling Charge**

| Merchandise cost: | delivery in 7-10 business days on in-stock items |

| | |
|---|---|
| Up to $50 | $9.50 |
| Over $50 and up to $150 | $11.50 |
| Over $150 | $13.50 |

**Express delivery:**

| | |
|---|---|
| Next Day Delivery | $38.50 |
| Next Day Saturday Delivery | $48.50 |
| Second Day Air | $28.50 |

NOTE: ON EXPRESS DELIVERY SUCH AS NEXT OR SECOND DAY ADDITIONAL SHIPPING CHARGES MAY APPLY ON OVERSIZED BOXES.

### 2. Will I be charged sales tax?

AEDES is required to collect sales tax in states where we do business. Applicable sales tax (state and/or local) will be charged for deliveries to New York. Don't worry about figuring out the tax you owe -- when you place your online order, we'll add the appropriate tax (if any) for you.

### 3. What is your return policy?

Contact AEDES Customer Service within 10 days of receiving your order to let us know that you will be making an exchange. Call us at 1-888-AEDES-15 Monday to Saturday from 12am to 8pm (EST) or email us at the address at the top of this page. We will need to know which item(s) you would like to have in exchange of your original items as well as your name, address and credit card number (to apply any difference of product price or shipping charges on exchanged items). You will be given a Return Authorization Code. Please write this code on the outside of your shipping box and address to :

AEDES DE VENUSTAS, INC - RETURNS
9 CHRISTOPHER ST
NEW YORK, NY 10014

*Insuring your package protects you in case the items are damaged or lost in transit.* Carefully package the items in the original shipping box or any suitable shipping carton using plenty of padding material to protect the product(s) and include a copy of your invoice.

**IMPORTANT: WE CANNOT ACCEPT ANY RETURN OF OPENED OR USED ITEMS!** If you return any opened items we will not be able to accept your return and additional shipping will apply to return the opened, unsellable item to you.

Once we receive your return package, we will exchange your product for one of a same or greater value. **Please note that we do not refund shipping charges on exchanged items.**

PLEASE ALLOW UP TO 21 BUSINESS DAYS FOR US TO RECEIVE AND PROCESS YOUR EXCHANGE.

Return to top

### GIFT SERVICES

### 1. Does AEDES offer gift-wrapping?

Gift wrap service costs $5.50 for non-floral and $15.00 for floral (with fresh flowers) per order. Please note if no instructions are specified in the comment box the gift-wrapping applies to your entire order.

Aedes de Venustas treats your gift as a small treasure -- our deluxe signature giftboxes are wrapped in silkend ribbon. Floral giftwraps are embellished with a fresh flower arrangement.

Prices are automatically omitted from gift packing slips. When ordering floral giftwraps, we recommend overnight service.

Return to top



# AEDES DE VENUSTAS

- home
- shoppin
- custome

## in the press



**NY TIMES T MAGAZINE, December 2005**

If you want to find one of only 3,000 bottles of the scent bearing the name of the VIP Room, the St. Tropez nightclub where Paris Hilton likes to party, you will have to go to 9 Christopher Street and buzz. It is the only place in the United States where it is sold, as this is (appearances notwithstanding) the most exclusive perfume shop in New York. Karl Bradl and Robert Gerstner are the tall, blond German couple who opened Aedes de Venustas ("temple of beauty" in Latin) in 1995. The store was a means for them to stay in Manhattan when the German freight company they had worked for shut down. They were perfume fanatics, Bradl says, "so we thought, Let's start looking for hard-to-find products." They found their first line - at the time an unknown house called l'Artisan Parfumeur - and a basement space, and invested their severance package. They did O.K., sort of, for a year. Then Bradl thought that maybe he should promote the venture to an editor. He had no idea how. He packed a few scents in a nice box, put flowers on it and took a taxi up to Vogue. No appointment. "I said, 'Can I see a beauty editor?' They called up, and she let me into her office. She was very nice. A little tiny piece showed up in Vogue - which prompted Naomi Campbell to come in and give us part of her Christmas account: 'X gets this, Y gets that.' We were stunned. We started sending the fashion people and designers gifts, all with our fresh flowers, and they started giving us to the models, who gave us to the photographers. And that was it." Today Aedes is a bit of a cult. Not even Colette in Paris invites the same sort of breathless, wild-eyed looks. It may stem partly from the décor; looking around, I once said, "Second Empire whorehouse?" to Gerstner, and he - tall and thin and intense as a Teutonic Valentino - said affably, "Sure." But mostly it's two men obsessed. Aedes selects its products according to the simplest criteria. "Everything here - fragrance, room sprays, incense, skin and body care - we use ourselves," Gerstner says. Second criterion: They like being first. They were the first to import A-esop from Australia, Czech & Speake from England and Etro from Italy. Third: Every scent is unusual, like Jasmin de Nuit, which is to jasmine what Pirelli is to rubber, or Ulrich Lang's mesmerizing Anvers, a contemporary fragrance with warm yet introspective notes. Talking to "the boys," as everyone calls them, is a little like having a conversation with a single person. One lays down a thought, the other develops it, all the while looking directly at you; evidently they don't need visual cues to do this. Nothing ever goes on sale at Aedes, and apparently nothing ever will. They don't do in-store promotions, and they don't do free shipping. But they are extremely generous with samples, which they believe in strongly. "You can become overwhelmed in the store," Gerstner explains. "So we load our clients with samples," says Bradl, the smaller and more excitable of the two. "And they all come back," Gerstner adds. Top customers also get gifts. "Things we think they'll like," Gerstner says. For the very best clients, anything is possible. They do house calls: "Linda Evangelista called us at 5 p.m. on a Saturday," says one or the other, "and said, 'I'm going to Steven Meisel's birthday party in three hours, help!'" They do specials: "Dolce and Gabbana came in for a thank-you gift for Anna Wintour. She likes irises, so we loaded her basket with iris candles, iris soaps, iris room sprays, and decorated it with fresh irises." They do takeout: "When the Concorde was flying, Naomi was going back and forth at the speed of sound, and her office would call us Sunday afternoon and say, 'She's arriving in three hours, we need this and this and this.'" They do scent tracks: Giorgio Armani is a fanatic for Agraria's Bitter Orange and last year had Aedes perfume his runway show with it. Sometimes they don't take credit where credit is due. I recently discovered a lime-and-coconut sea-salt exfoliator, labeled simply ADV. Huge, dark-caramel-colored tubs that smell terrific. I said, "This is great, who does this?" They do, it turns out. J. Lo, Gwen Stefani, Marisa Tomei and John Galliano order it by the pot. "It doesn't need to be right in your face that this is an Aedes product," Bradl says to me of its

subtle label. Besides, they don't ever want to compete with their other lines. Because Aedes has a gift-conscious clientele from fashion houses, modeling agencies, photography studios, film companies and public-relations firms, the store's best sellers are candles. It should be a legal - if not a theological - obligation to own three from the Mariage Frères collection. Thé Rouge is jaw-dropping, as is Sorbet de Thé and Thé Dansant. The boys also like Thé Blanc, but I've never smelled it because it's been sold out for months. And needless to say, I can't find it anywhere else.



### Financial Times

Ever since a well-known model registered her Christmas account here in 1996, Aedes de Venustas (from the Latin words meaning temple of beauty) has been a favourite of New York's make-up and styling community. Specialising in cult perfumes, home fragrance and little-known skincare products from around the world, this laid-back boutique, tucked away on a quiet, tree-lined street in the West Village, has remained largely an insider secret. Karl Bradl, one of the boutique's two German owners, is a perfume addict who gave up a job in banking nine years ago to follow his nose and his passion for scent by opening the store with his business partner Robert Gerstner. In addition to classics such as Creed and Parfums Santa Maria Novella and cult scents by Etro and Lorenzo Villoresi, Aedes de Venustas stocks brands even industyr insiders haven't heard of. The store also stocks Parfums Delrae, a capsule scent collection by Michel Roudnitska, son of legendary perfumer Edmond Roudnitska. The boutique is dimly lit and decorated in an intimate, boudoir style, with plush bordeaux-coloured carpets, ruby velvet curtains and dark wallpaper. A huge crystal chandelier and a leopard-print chair dominate the space, while the scents, candles, soaps and scrubs are displayed in ornate gilded cabinets and on antique-style tables. Bestsellers include Diptyque's Baies blackcurrant candle and ADV Lime Coconut Sea Salt Exfoliator.



### Celebrity Living, May 2005

What you'll find in the store: Antique cabinets crammed with European fragrances and skin-care products, such as Lilas 7oz Diptqyue candle and Une Folie de Rose 1.7oz parfum. Wrap it up! With Aedes' signature wrapping - a luxurious black box embossed with gold leaf and tied in satin ribbon or embellished with a fresh flower arrangement on top!



### WWD BEAUTYBIZ, November 2005

THE LATEST CULT CANDLE. Sweet Smell of Success. Aedes de Venustas means "temple of beauty" in Latin. That it's also the name of the cult favorite West Village fragrance boutique is no coincidence-celebs like Liv Tyler and Gwen Stefani are said to worship its selection of luxe fragrance brands. To celebrate its 10th anniversary, owners Karl Bradl and Robert Gerstner are teamed up with L'Artisan Parfumeur-one of its bestselling brands-to create an eponymous candle. On sale this month, only 1,000 have been produced. The scent, a blend of Japanese incense, leather, musk and strawflower, is meant to evoke the lush, sensous feeling of the store itself.

### HARPER'S BAZAAR, October 2005

CELEBRITY ADDRESS BOOK: Aedes de Venustas. Susan Sarandon, Liv Tyler, and the supermodel set frequent this NYC specialty boutique for precious scents, skincare, and bath and body items from around the world.





### ALLURE MAGAZINE, May 2006

How to Pick a Fragrance for Someone Else. An interview with Karl Bradl. Bradl is the co-owner of Aedes de Venustas fragrance boutique in New York City. Few things are more subjective than the scent a person wears on her skin. That's why picking out fragrance for someone can involve a lot of guesswork. Here's how I get inside the mind of the gift giver (and receiver): DON'T GO IT ALONE. Sorting through the myriad fragrances in a store can be overwhelming. But a good clerk asks a lot of question and points out things you wouldn't have considered on your own. My first questions are: How old is the recipient, what's her fashion sense-even hair color is important. (I have no idea why, but blondes tent to like powdery scents, while darker-haired people like more exotic fragrances, and redheads seem to love things with iris.) PAY ATTENTION Try to find a scent that reminds you of something you love about the person, such as her habits or quirks. Maybe it's just a hint of vetiver that lingers on her great vintage handbag. Or the smell of the fresh-cut tea roses that she always keeps in her office. Focus on those small, intimate details. TEST THE WATER. If you know that a person has been wearing the same fragrance for years, drop some hints to see if she would consider something new. Ask, "Have you tried the new L'Artisan Parfumeur Fleur d'Oranger, or are you a Premier Figuier spritzer for life?" If she's hesitant, stay with the same brand or stick to similar notes (use the middle note as your guide, since it's the most powerful). For those who dislike change, buy the same scent, but in a different form, like a body lotion or gorgeous hand soap-so you're not simply restocking what she owns already. TRUST A SURE THING. If you can't make up your mind, there are some selections that always work well. Sophisticated, conservative women enjoy elegant florals, while casual ones tent to prefer something that's fresh and a little musky (Etro Etra). For a friend or sister I recommend youthful green notes (maybe Nanadebary) or spicy, unexpected accords (Serge Lutens Daim Blond). Refined men usually like crisp, woodsy classics (Creed Bois du Portugal), while sporty guys go for a cologne with a hint of spice (06130 Yuzu Rouge). KEEP A CLEAR HEAD When shopping, don't rush or smell too many different fragrances at once-you'll suffer from sensory overload. The ideal is to test three per visit, go outside for fresh air between spritzes. And even if it's not love at first whiff take a sample home and smell it throughout the day. Some customers aren't sure if they like a scent at first, but after living with it for a while, they fall completely in love. With any luck, your friend or mother will feel the same way. By Christine Muhlke



### ZAGAT

AEDES DE VENUSTAS Ranking: Quality 27, Presentation 27, Service 25, Cost VE. Celebs and fashionistas frequent this hip haunt, a "charming" "little fragrance lover's sanctuary" in Greenwich Village known for its "well-edited selection of perfumes, soaps", skincare products and candles from statusy, hard-to-come-by European brands like Serge Lutens and Costes; "knowledgeable staff" is generous with samples", and if you are buying a present, spring for the additional charge and "have them gift wrap it" in their "beautiful" black-and gold boxes topped with fresh flowers, which adds to the "divine" experience.

**The Bombshell Manual of Style**



Where Bombshells Buy Perfume: Aedes de Venustas, Christopher Street, New York (Leopard prints, wall-to-wall carpeting, baroque furniture, personal attention, a cute little dog.)



**NY Magazine, March 2005**

THE BEST OF NEW YORK ISSUE. New York has surprisingly few perfumeries of the sort one sees in European cities-jewel-box boutiques that sell nothing but scents. But this tiny West Village store devoted to fragrances (with a smattering of skincare) more than does its part. The romance factor is big, with violet walls, gilded und mirrored furniture, giant bouquets of fresh flowers, and the owners' tiny dogs snoozing on velvet chairs. Scattered about are dozens of carefully chosen, relatively uncommon scents like Cote Bastide, Serge Lutens, and Hierbas de Ibiza, alongside better-known lines like Diptyque, Creed and Santa Maria Novella. Exclusivity doesn't come cheap- a candle and a cologne will generally run you well over $100-but the shops clerks will take plenty of time to help you select just the right scent, and the giftwrap topped with fresh flowers is a pretty final touch.