# EXHIBIT A



# VENUSTAS
## INTERNATIONAL, LLC

Personal Care Pro
Home Fragrance
Edible Products

**Home**   **Who We Are**   **Contact Us**

### Our Business

**With over 55 years** of combined experience in the beauty products industry Robin Burns-McNeill and Sam Ghusson have decided to form Venustas International, LLC (Venustas) to develop, manufacture and supply privately labeled personal care products, home fragrance products, and edible products for select vertical specialty retailers. Venustas will work with its customers to develop concepts, create assortment plans, design packaging, develop product, procure raw materials, execute safety and stability testing, ensure products comply with all FDA regulations, and manage all manufacturing of finished goods.

### Our Customer

**Venustas** intends to work with select vertical specialty retailers who show a solid growth trajectory and are committed to building a significant beauty business. Retailers should have an existing revenue base of at least $1 billion, and must display both strong leadership talent and a culture of success. **Venustas** will focus resources on identifying those retailers who display the potential for beauty to represent 25% – 30% of total revenues within 3 – 5 years.



© 2007 VENUSTAS International, LLC



# VENUSTAS
## INTERNATIONAL, LLC

Personal Care Pro
Home Fragrance
Edible Products

**Home** | **Who We Are** | **Contact Us**

### Who We Are

Increasing sales, profits and productivity is a significant challenge in today's demanding retail environment. The beauty category can provide successful fashion specialty retailers with the opportunity to address this challenge.

The **Venustas** team provides unparalleled expertise in design, development, manufacturing and marketing -- enabling you to capture the potential of the beauty category now.

**Meet The Founding Partners**



© 2007 VENUSTAS International, LLC



# VENUSTAS
## INTERNATIONAL, LLC

Personal Care Pro
Home Fragrance
Edible Products

**Home**   **Who We Are**   **Contact Us**

**Contact Us**

Name
E-mail Address
Comments

[Submit]   [Reset]

**New York Office**

405 Lexington Avenue
25th Floor
New York, NY 10174

Phone 212-907-6467
Fax 917-368-8005

**New Jersey Office**

104 Carnegie Center
Suite #202
Princeton, NJ 08540

Phone 609-716-1200
Fax 609-716-1214

© 2007 VENUSTAS International, LLC



# VENUSTAS
## INTERNATIONAL, LLC

**Home** | **Who We Are** | **Contact Us**

### Robin Burns-McNeill, Chairman

◉ **Over 25 years of experience**

- Intimate Beauty Corporation/
  Victoria's Secret Beauty
  *President and CEO*

- Estée Lauder Companies Inc.
  *President and CEO North America*

- Calvin Klein Cosmetics Company
  *President and CEO*

- Bloomingdale's
  *Vice President,
  Divisional Merchandise Manager*

### Sam Ghusson, President/CEO

◉ **Over 30 years of experience**

- Intimate Beauty Corporation/
  Victoria's Secret Beauty
  *Executive Vice President of Ope*

- Gryphon
  *Executive Vice President of Ope*

- Elizabeth Arden
  *Executive Vice President of Ope*

- Calvin Klein Cosmetics Company
  *Senior Vice President of Operat*

- Mennen Company
  *Plant Manager*

- Polaroid
  *Process Engineer*

- Estée Lauder,
  *Production Supervisor ProjectEn*