# EXHIBIT 2

Case 1:07-cv-04530-LTS-THK     Document 15-3     Filed 06/19/2007     Page 1 of 2

