# EXHIBIT 3

**amazon.com**    Close window

**Venus Nurturing Night Cream 1.7 Fl.Oz. From Italy**



Close Window

**amazon.com**  [Close window]

**Venus Night Wrinkle Treatment With Vitamin C 1.7 Fl.Oz. From Italy**



Close Window