## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of a **DEFENDANT'S OPPOSITION TO PLAINTIFF'S CONSOLIDATED MOTION FOR AN INJUNCTION; a DECLARATION OF ROBERT G. SHEPHERD; a DECLARATION OF ANNEMARIE PERCOCO; a DECLARATION OF SAM GHUSSON; and a DECLARATION OF DAMIAS WILSON** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 15th day of June, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via overnight delivery on this 15th day of June, 2007.

> Joseph Michael Heppt
> 521 Fifth Avenue
> Suite 1805
> New York, NY 10175

Dated: June 15, 2007                By: s/Robert G. Shepherd
                                         Robert G. Shepherd