**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AEDES DE VENUSTAS, INC.,** | |
| Plaintiff, | **07 Civ. 4530 (LTS)(THK)** |
| vs. | |
| **VENUSTAS INTERNATIONAL, LLC,** | **DECLARATION OF SERVICE OF MEMO ENDORSED LETTER** |
| Defendant. | |

JOSEPH M. HEPPT, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel of record for plaintiff in the above-entitled action, I am not a party to this action and I am over 18 years of age. I have personal and first-hand knowledge of the facts set forth in this declaration and could testify competently to such facts if called upon to do so.

2. On June 20, 2007, I served the Memo Endorsed Letter dated June 19, 2007 in this action by sending it by facsimile transmission to Robert Shepherd, Esq., counsel for the defendant.

Executed at New York, New York this 20th day of June, 2007.

> I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
>
> _____s/_____
> Joseph M. Heppt, Esq. (JH-4974)
> *Attorney for the Plaintiff*