ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEDES DE VENUSTAS,

                    Plaintiff,

-against-                         No. 07 Civ. 4530 (LTS) (THK)

VENUSTAS INTERNATIONAL, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 9 2007

### ORDER

Due to a Court scheduling conflict, the hearing on the preliminary injunction motion and trial on the merits of the injunctive claims in the above-captioned matter is hereby rescheduled for Tuesday, June 26, 2007, at 1 p.m. in Courtroom 17C at 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated:     New York, New York
            June 18, 2007

                                      LAURA TAYLOR SWAIN
                                      United States District Judge

HEARING RESCHEDULE.WPD    VERSION 6.18.07

faxed
Copies mailed counsel of record
Chambers of Judge Swain  6.18.07