UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AEDES DE VENUSTAS, INC.

     Plaintiff,

-v-

VENUSTAS INTERNATIONAL, LLC.
     Defendant.
------------------------------------------------------------X
LAURA TAYLOR SWAIN, District Judge

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 4530 (LTS)(THK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 12 2007

  The above entitled action is referred to the designated Magistrate Judge for the following purpose:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ | Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion:_____ _____ All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
    June 11, 2007

                 LAURA TAYLOR SWAIN
                 United States District Judge

Returned to chambers for scanning on _____
Scanned by chambers on JUN 19 2007

MICROFILM JUN 15 2007