**JOSEPH M. HEPPT**
ATTORNEY AT LAW
521 FIFTH AVENUE
SUITE 1805
NEW YORK, NEW YORK 10175

FACSIMILE (212) 973-0891

TELEPHONE (212) 973-0869
EMAIL: JMHEPPT@HEPPTLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 9 2007
```

June 18, 2007

**VIA FACSIMILE (212) 805-0426**

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Re:    *Aedes De Venustas, Inc. v. Venustas International, LLC*
       S.D.N.Y. Case No. 07 cv 4530 (LTS) (THK)

Dear Judge Swain:

I represent the Plaintiff in the above matter. I am writing today to request permission to file EXHIBIT B to the declaration of Robert Gerstner that was made in support of Plaintiff's motion for preliminary injunction in hard copy; due to the size of this exhibit I am not able to file it through ECF.

Thank you for your attention to this matter.

Very truly yours,

Joseph M. Heppt

The request is granted.

JMH/wrk

Encl.
Copy to:    Robert Shepherd, Esq. (via fax)

**SO ORDERED.**

LAURA TAYLOR SWAIN   6/19/2007
UNITED STATES DISTRICT JUDGE