**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**AEDES DE VENUSTAS, INC.,**

**Plaintiff,**

**vs.**

**VENUSTAS INTERNATIONAL, LLC,**

**Defendant.**

**07 Civ. 04530 (LTS)(THK)**

**Document Electronically Filed**

**DECLARATION OF ROBERT GERSTNER**
**IN FURTHER SUPPORT OF PLAINTIFF AEDES DE VENUSTAS, INC.'S**
**MOTION FOR PRELIMINARY INJUNCTION**

ROBERT GERSTNER, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am over the age of 18 and make this declaration in further support of plaintiff, Aedes De Venustas, Inc.'s motion for preliminary injunction.  Except for those matters set forth on information and belief, I make this declaration of my own knowledge and could and would testify as to the matters set forth below if called upon to do so.

2.     Plaintiff started as a specialty retailer in 1994 but the business has been evolving over time.  In addition to its specialty retail business and developing products to sell under its own trademark (images of examples of such products are attached as Exhibit A), the company has been developing a consulting business based upon the considerable talents of Karl Bradl.  Attached hereto as Exhibit B are copies of letters attesting to the talent of Mr. Bradl as a developer of fragrances.

3.     The Defendant tries to distinguish the Plaintiff from the Defendant by arguing that the Plaintiff is a retail store while Defendant is a creative development company and manufacturer.  However, I believe that the evidence shows that Plaintiff also is a creative development company and that the Defendant outsources the manufacturing just as we do. In fact, the Plaintiff has begun doing exactly the same thing

as the Defendant is doing: developing beauty products for third parties to sell under their own brand name.  The products that are developed by the Plaintiff for those clients are not sold under the Aedes De Venustas name.

4.     The Defendant argues that it would be unfair for us to have trademark protection of the word "venustas," because that word is simply the Latin term for "beauty." However, I believe that the term Venustas is very unique and unusual. In fact, while it is true that it is a Latin term, Latin is a language that is not spoken anymore.  I suggest that very few individuals would know that it is Latin and that it means "beauty."

5.     Defendant argues that our logo, which appears on our gift box and gift bag, has the word "Aedes" over it and that our website makes frequent reference to the word "Aedes."  However, even a cursory examination would show that our logo contains our full name Aedes de Venustas.  Our website also contains many references to our full name. In fact the full trademarked name, Aedes De Venustas, appears on each and every page of the web site that the Defendant has chosen to submit to the Court.

6.     I believe that the evidence shows that there has been actual confusion between the Plaintiff and the Defendant due to the Defendant's similar name. As I explained in my fist declaration, we have received numerous telephone calls from people asking to speak with employees of the Defendant.  In addition, we received two invoices from a vendor of the Defendant that were mistakenly sent to our address.

7.     The Defendant has tried to downplay the significance of these telephone calls and invoices.  For example, the Defendant has submitted a declaration from Ms. Percoco, the client relationship manager of the vendor in question, who tries to explain that, because she did not have the address for the Defendant, she googled Venustas International and came up with the address for Aedes De Venustas. She then admits that she used that address to mail the invoices to the Defendant.  This admission is clear evidence that the Defendant's name is confusingly similar to the Plaintiff's.

8.     The Defendant also argues that the numerous telephone calls that we

received simply are not important. We disagree. In addition to the calls we received from people wishing to speak to Defendant's employees, we also received numerous calls from people in the beauty industry asking us about our new contract with Ann Taylor. Obviously those people were confused and believed that there was some connection between the Plaintiff and the Defendant.  What is most disturbing about these calls is the fact that those people in the beauty industry are our only source of referrals for our consulting work.

9.     In addition to the telephone calls and the misdirected invoices, there is yet additional evidence of actual confusion. The Defendant has just recently produced an email exchange between Robin Burns, the Defendant's Chairman, and Pierre Dinand, a fragrance bottle designer.  A copy of that email exchange is attached as Exhibit C. This document is further proof of actual confusion in the beauty industry because of the similarity between the Defendant's name and the Plaintiff's name as well as the fact that both companies are engaged in the same business.

10.    The Defendant tries to argue that the Plaintiff and the Defendant are engaged in completely different aspects of the business.  The Defendant describes the Plaintiff as a "retailer" and a "boutique." This simply is not true. In fact, as explained in detail during discovery, like the Defendant, the Plaintiff has begun developing beauty products for other companies to sell under their own name.  Letters evidencing that aspect of Plaintiff's business are attached hereto as Exhibit D.

11.    Defendant has focused on a statement that I made during my deposition to the effect that when I read Women's Wear Daily, I am not interested in what large corporations are doing because we don't do that.  That is true to a point. We are not actively engaged in selling to those corporate clients at the present time.  However, we plan to continue developing our consulting business to the point where in a few years we will be selling to those corporate clients.

12.    As I explain below, I believe that there is evidence that the Defendant

3

knew about Aedes De Venustas and deliberately selected a name and website design that would confuse people into thinking that our two companies are related.

13.    Attached to Mr. Ghusson's declaration is a copy of the website prototype for Defendant's website. Immediately above the Defendant's name, a butterfly is prominently displayed. I do not believe for a minute that it is any coincidence that the Aedes De Venustas website prominently displayed a butterfly from its inception in 2001 until November 2006.  Attached as Exhibit E are copies of web shots of the Aedes De Venustas site.  It must be pointed out that the Defendant's company was formed well before the butterfly was removed from the Plaintiff's web site.

14.    Furthermore, although both Mr. Ghusson and Ms. Burns have denied ever hearing of the Plaintiff before they selected the name of their company, Aedes De Venustas sold some beauty product to Victoria Secret Beauty in November 2004. The purchase was made by Barbara Calcagni. A copy of that invoice is attached as Exhibit F. The significance of that sale is simple. I have been told that Ms. Burns has testified at her deposition that Ms. Calcagni was a vice president at Victoria Secret Beauty at the same time that Ms. Burns was the CEO. In fact, Ms. Calcagni worked directly for the Senior Vice President of marketing, who was a direct report to Ms. Burns, and oversaw the fragrance business. Furthermore, I have been told that Ms. Burns testified that as a CEO she was involved in the details of such things as marketing. This, I believe, is strong evidence that Ms. Burns was aware of our company long before she and Mr. Ghusson selected a name for their new company that is disturbingly similar to the Plaintiff's.

15.    Defendant argues that their entire business is built on word of mouth.  Our business, too, is dependent upon word of mouth.  Our company has become quite well known in the beauty industry over the twelve years that we have been in business. The numerous press clippings attached as Exhibit B to my declaration submitted as part of our moving papers attests to the notoriety that our company has achieved.

16.    An essential part of our evolving consulting work is the referrals that we

4

receive from people in the beauty industry who know of our company and Mr. Bradl's talents. All of the consulting work that we have done has come about through word of mouth in the beauty industry. In fact, I understand that the Defendant's representatives who have testified at depositions in this case have admitted that their contract with Ann Taylor came about because of a referral from someone in the beauty industry.

17.    Finally, as I believe the foregoing demonstrates, there has been actual confusion between the Plaintiff and the Defendant in the only market that matters – the beauty industry, which is the source of all of our referrals for consulting work. For this reason alone, I believe that Plaintiff's motion should be granted.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on June 20, 2007.

Robert Gerstner, Vice-President
Aedes De Venustas, Inc.

5

# EXHIBIT A





HOME AMBIANCE PERFUME



**AEDES
DE
VENUSTAS**









**EXHIBIT B**



August 7, 2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

To Whom It May Concern:

With a combined total of over 800 years of experience, Givaudan is one of the oldest and largest flavor and fragrance houses in the world. As the Marketing Vice President of Givaudan, it is my responsibility to be familiar with the world's leading fragrance experts and perfumers. The experience of my efforts affords me a unique insight into the very top strata of the luxury fragrance industry.

Having worked side by side with some of the most prominent perfumers in this field, I can confidently include Mr. Karl Bradl in this elite group. I have followed closely his exceptional career which has earned him the loyalty of some of the world's most exclusive companies and best known celebrities including Kate Hudson, Isaac Mizrahi, Alexander McQueen, Beyonce, Oprah Winfrey, Steven Meisel, and others. His contributions to the field of perfumery are of international significance and very highly respected.

In a field of many self-professed experts, Karl has proven time and time again that he is truly an artist of extraordinary ability.    He has been recognized in international circles as one of the top in his field. Karl only continues to reinforce his reputation throughout the world.    He has contributed immensely to the fragrance field and is always developing and discovering stimulating new fragrances that embody rich aromas and exotic ingredients.

Karl's role in the international fragrance world cannot be understated. He is an integral part of this highly important field, and, I am confident, will continue to be a major contributor in this area.

Sincerely,

Kate Greene
Vice President, Marketing



*L'Artisan Parfumeur*

PARIS

Wednesday August 23, 2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

Dear Sir or Madam,

Humans have tried to 'smell good' for millennia. Perfume has always been a symbol of social status, refinement and, at various times throughout history, personal hygiene. Even with today's standards, perfumes are still valued for their importance and we continuously utilize them to formulate our public image.

L'Artisan Parfumeur has been creating eaux de toilette, home fragrances and fragrant objects since 1976, reviving the French tradition of perfume and expresses the luxury of difference, stimulating, within each creation, the desire to surprise and to touch.

I am pleased to recognize the work of Karl Bradl as a perfumer who prides himself in his work. Mr. Bradl is a superb fragrance expert who can savvily discern and discover new olfactory experiences for his impressive list of clients. I feel very fortunate and pleased to have witnessed first-hand the fantastic work of Mr. Bradl, for I find his art to be a great motivator and to inspire future generations of perfumers to continue this age-old tradition.

The United States would be incredibly fortunate to permanently host Mr. Bradl and to allow him to continue his work in such an outstanding and extraordinary manner.

Sincerely,

Francois Duquesne
President of L'AP Inc.

# FRENCH LOOK
### INTERNATIONAL

August 7, 2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

To Whom It May Concern:

I am the president of French Look, International.   French Look International, Inc. is an importer and exclusive wholesale distributor of fragrance and personal care product lines from Europe. We are focused on providing a unique source for luxurious specialty gift items that relate to different aspects of personal care and lifestyle. Our collections include an upscale assortment of fine toiletry items, original home fragrances, uniquely scented candles, and personal fragrances. In addition, we offer a wide selection of home furnishings, and garden accessories and tools.  Our product lines include the best from France, England, Italy, and Belgium.  Most recently, we have collaborated with Karl on fragrances including Le Prince Jardinier.

I am writing this support letter for Mr. Karl Bradl, a prominent perfumer and fragrance expert, who wishes to become a permanent resident of the United States.

I have known Karl since 11 years.  I have been a witness to Karl's exceptional perfumery abilities since he has maintained a prominent position in the international fragrance industry for many years.  It is clear from his accomplishments that Karl can be relied upon to provide innovative, yet professional fragrance creations, luxury perfumes to which  savvy consumers are drawn and which celebrities revere.  He is a real artist who is known throughout the world.

Karl's fragrances are unique in that he is not afraid to take risks or experiment with new combinations, rare fragrances or exotic aromas.  Because of his extraordinary talent, his risks usually translate into fantastic perfume products that enchant consumers all over the world.  Karl's work always proves to be a commercial success.  This is why Karl Bradl is in constant demand by the top companies, top models and celebrities.

Please contact us if you have any questions. Thank you.

Sincerely,

Annie Falkenburger

**HELMUT LANG**

80 Greene Street
New York, NY 10012
United States of America
Tel  212 334 10 14
Fax  212 334 19 50

February 10, 2005

U.S. Citizenship and Immigration Services
Nebraska Service Center
850 S Street
Lincoln, NE 68508

Dear Sir or Madam:

Our five senses are bombarded everyday by stimuli in the environment around us. When we choose to be saturated by visual and aural stimuli, we call it 'art': painting, dance, theater, music, sculpture, architecture, design. All of these disciplines tickle our eyes and ears.

It is easy, then, to neglect our nose. Though our sense of smell is not as developed as that of other species, it certainly is stimulated just as much as the other senses. After all, we remember some of our life's moments by the smell of things: mom's cooking, freshly-cut green grass, the aroma of a special glass of wine or even the subway tunnels in the middle of a hot summer.

The task of the perfumer is to tickle our sense of smell in a way that it will make the scent memorable. A mixture of exotic aromas expertly infused into a fragrance mixes with our own body chemistry to create a scent that is truly our own, unique and, most importantly, unforgettable.

Karl Bradl is an expert perfumer, one whose own fine sense of smell can discover the perfect fragrance with the world's most exotic scents and ingredients. Indeed, his long list of celebrity clients and corporate magnates speaks for itself. They all rely on his extraordinary abilities, no doubt innate, to select the proper fragrance for whatever special occasion or everyday wear.

Karl's gift lies in his ability to distinguish and sense even the faintest fragrance of an exotic ingredient and to utilize his findings to create newer fragrances that become the fashion world's new sensations.

His extraordinary abilities are truly an art; very few people in the world possess these impressive and very rare skills. This is why it is so important for Mr. Bradl to be allowed to continue to practice his art in the U.S., because the U.S. is the leading fashion market in the world and, by granting Mr. Bradl permanent residence, his contributions will most certainly benefit the industry in many innumerable and invaluable ways.

Sincerely,

Thomas Eitzinger
Senior Design Director
Helmut Lang



LOOK SHARP // LIVE SMART

August 8, 2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

Dear Madam or Sir:

I am proud to write in support of Mr. Karl Bradl. I am the Promotion Services Director at *GQ Magazine*. As such I am well aware of the leaders in the field of fashion. Fashion is a very wide-ranging industry. It includes countless professionals ranging from make-up artists to fashion models and fragrance experts. As a perfumer who is known throughout the world for his impressive contributions to the world of luxury fragrances and fashion, Mr. Bradl is undoubtedly such an accomplished individual.

Mr. Karl Bradl's contributions to the fashion industry have been considerable. His fragrances and perfume collections are phenomenal, setting new trends and values throughout the worldwide markets. His fine sense of smell is the key to his uncanny ability to discern new fragrances and perfume combinations that become the trends of tomorrow.

Karl has deservedly built a reputation as one of the most innovative perfumers today, having worked with the likes of Liv Tyler, Gwen Stefani, Linda Evangelista, Naomi Campbell and many other celebrities and prestigious corporations.    All of the components of his work reflect a cutting edge mentality. From ingredient selection to marketing and public relations, he is always one step ahead of the field. Karl credits much of his success to his travels and experiences, absorbing and instituting aromas and ingredients from different cultures and environments into his fragrances.    I personally credit Karl with his discerning aptitude of focusing in on those scents which are significant enough to inspire the consumer. The result is worldwide sales and recognition, the pinnacle of success in this business.

I am certain that Karl will maintain his prominent stature for years to come. Please do not hesitate to contact me for further information.

Sincerely,

Nicole Onufrey

Lucien PELLAT-FINET, North America Inc.

www.lucienpellat-finet.com / email nyboutique@lucienpellat-finet.com

8/18/06

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

Dear Madam or Sir:

I am writing this letter in support of the visa petition on behalf of Mr. Karl Bradl as an individual of extraordinary ability in the arts, specifically in the field of perfumery.

I am the Store Manager of Lucien Pellat-Finet, one of the best known and trendiest luxury cashmere manufacturers. In the course of my career I have remained in-tune with all the most significant figures who occupy top positions in fashion and cosmetics. Karl is no exception. Indeed, he is one of the world's leading fragrance experts and perfumers. He is aware that a fragrance says much about the person who wears it and he takes this to an art form of exquisite and immeasurable worth.

Karl Bradl is a perfumer who has demonstrated an extraordinary grasp of the modern fragrance business, having mastered not only innovation but marketing and public relations. His very high level of specialist knowledge in public relations, fragrances, ingredients, aromas and marketing are a testament to his terrific abilities.

Mr. Bradl's extraordinary ability is reflected in the caliber of the world-famous names of celebrities and corporations that are loyal to him and his extraordinary and legendary nose. These include names such as Sony, CNN, MTV, E!, Giorgio Armani, Dolce & Gabbana, L'Oreal, Liv Tyler, Gwen Stefani, Naomi Campbell, John Galliano, Linda Evangelista, Julianne Moore, Susan Sarandon and many others.

These are some of the top names in the world and Karl's role as perfumer has been instrumental to the success of their multi-million dollar corporate, public and private image. In every case, the results are impressive. Karl is responsible, creative, agile, active and a true innovator.

Based on my knowledge of his work and ability, I believe that Karl Bradl is without question an individual of extraordinary ability in the field of perfumery. The degree of expertise to which Karl has risen indicates that he is one of those very few that has reached the peak of their profession. Karl has garnered significant acclaim for his contribution to the industry, gaining the respect and admiration of other experts in this field.

Please contact me if you have any further questions.

Yours sincerely,

John Geth

lucien 🏵
pellat-finet

08/23/2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

To Whom It May Concern:

In a highly competitive fragrance and perfume industry, there are some perfumers who posses individual talents that enrich our culture.

I am Vice President Global Store Design at M·A·C Cosmetics, one of the most revered make-up brands in the world. Roughly 5 years ago, I was introduced to Karl Bradl, who, at that time was already established in the fragrance business as a world class perfumer of extraordinary ability.

Throughout this time, I have watched with admiration as Karl's professional endeavors continue to grow in renown and stature. He has reached a level where, today, he is one of the world's most established perfumers.

Karl has performed a flawless job at creating and selecting luxury fragrances, year after year. His trendy luxury fragrance store, *Aedes de Venustas*, was nominated in 2002 as a Retail Finalist – Rising Star Awards by The Fashion Group International, Inc. Moreover, the *Aedes de Venustas* candle was one of the top five finalists for the 2006 FiFi Awards. The FiFi Awards are the highest recognition one can achieve in the world of fragrance and cosmetics.

Karl's work has evolved to a point where he can instinctively determine the right fragrance or aromatic ingredient for the right occasion. Karl is qualified to write a textbook on perfumery.

By this juncture, I believe that I have made clear the point that Karl is an extremely important figure in the international fashion and fragrance industry. Fashion leaders, corporations and celebrities from New York to Paris to Milan will continue to embrace his valuable contributions in the United States should he be granted permanent residence. Thank you for your consideration.

Kind regards,

Regis Pean

# The Metropolitan Museum of Art

August 14, 2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

To Whom It May Concern:

Karl Bradl is without question a perfumer of extraordinary ability. A review of his work and his roster of corporate and celebrity clients are clearly an evidence of this. His wizardry with fragrances is recognized throughout the world by the leading fashion industry experts including John Galliano, Isaac Mizrahi, Donatella Versace, Dolce & Gabbana, Zac Posen, Michael Kors, etc. Karl can be relied upon to understand and contribute to the overall concept of a very exclusive fragrance. This makes him more than just a perfumer; in fact, he is more of a 'perfume designer.' He is a visionary in the fashion arts.

As a Curator of the Metropolitan Museum of Art, one of the world's leading cultural institutions, I find that the creation and selection of a resilient and pleasing fragrance is an art that is very much under recognized and appreciated. Mr. Bradl's ability to cull an aroma from very rare and exotic ingredients is the mark of one such highly gifted individual. Indeed, I have nothing but the highest praise and admiration for his work. Mr. Bradl adds a innovative ingredient to any fragrance. His acute sense of smell breathes new life into fragrances, drawing new and interesting auras onto the skin and tantalizing our delicate noses with notes of flowers, musks, fruits, herbs and even exotic ingredients. His talents and his profound knowledge of the subject ensure new fragrances and fragrance combinations, which stand out among the competition. Over the years, I have watched Mr. Bradl's extensive acquaintance of the historical evolution of fragrances and his rise through the ranks of the industry to a point where his career is at an all time high.

His work is known from Paris to Milan to New York for his unique and trend-setting fragrances. With this in mind, I do not hesitate in labeling Karl Bradl's aptitude in perfumes as 'extraordinary'.

Sincerely yours,

Dr. Wolfram Koeppe
Curator
Department of European Sculpture
and Decorative Arts
The Metropolitan Museum of Art

 Santa Maria Novella

August 4, 2006

USCIS
Nebraska Service center
850 S Street
Lincoln, NE 68508

To Whom It May Concern:

One good measure of the impact Karl Bradl has had on the world perfume industry is the incredible demand for his talent that has proliferated over the past several years.

My association with the cosmetics and perfume industry is well grounded. It is apparent that over my career of 11 years in this industry, as National Sales Director at LAFCO New York, a popular distributor of high-end luxury fragrances and body products, I have come across a formidable share of perfumers.

Karl Bradl has categorically proven himself to be beyond just a "talented" perfumer. He is a perfumer of unlimited creative energy and extraordinary ability. His ability to develop and discover innovative fragrances is admired by all of the "big guns" in the international world of cosmetics and perfumes. Karl is out there, hungry for aromatic and fragrant forms of information. His expert skill and artistry have culminated in the successful *Aedes de Venustas*, the store he opened in 1995.

Since that time, celebrities, top models, designers, photographers and corporations have relied on Mr. Bradl's talent when making decisions on the purchase of high-end luxury fragrances. The main reason why names such as Sarah Jessica Parker, Jennifer Lopez, Susan Sarandon, Linda Evangelista, Dolce & Gabbana and many others rely on Karl Bradl is simple: he has the nose, both literally and figuratively, for his art.

Mr. Bradl is very well respected for his craft in every major fashion, cosmetics and perfume market. The U.S. cosmetics and perfume world greatly benefits from having Karl in its midst. I thank you very much for your attention to my support of Mr. Karl Bradl's permanent residence petition.

Yours Truly,

Segen Laird Scott

SMN/Lafco NY
285 Lafayette Street
New York, NY 10012
T: 212.925.0001

SMN 8411 Melrose Place
Los Angeles, CA 90069
T: 323.651.3754

www.SantaMariaNovellaUSA.com

08-08-06

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

**RE: Karl BRADL**

Dear Sir or Madam:

Trump Model Management is rapidly developing into one of the most prestigious model management organizations in the world. Trump Management engages in the representation of exceptionally talented female and male models for leading fashion magazines, television commercials and runway casting.

Spearheaded by renowned business icon and philanthropist, Donald J. Trump, Trump Management is dedicated to representing models who are talented, strong and authentic. The agency is seeking to recreate the industry standard and aims to produce the mega models of the new millennium. As the President of **Trump Model Management**, I interact daily with the industry's leading designers, top models, hair and make-up artists and perfumers.

Due to Karl Bradl's expertise in fragrance, we have been working with his company, Aedes Des Venustas, for our corporate gifts and scenting special events including fashion shows and corporate gatherings.

Karl Bradl is clearly an individual of extraordinary ability in the world of fragrance and perfumes.    The world's leading figures in fashion and entertainment rely on his abilities and his nose to concoct, develop and define some of the rarest and most exclusive fragrances.



Mr. Bradl has been an important figure in the international fashion world for his unique talent, expertise and brilliant perfumery, his work being requested by the most prestigious fashion and celebrity clients around the globe including Giorgio Armani, Julianne Moore, Susan Sarandon, Liv Tyler, Dolce & Gabbana and others.  His contributions have secured his position as one of the leading figures in fashion and perfumery working today.

Were it not for his extraordinary ability and accomplishments, Mr. Bradl would most assuredly have not reached the pinnacle of his profession or acquired such a loyal following of some of the best known celebrities and corporations.

It is incredibly important for the U.S. fragrance and fashion communities to ensure that Karl Bradl continues his work in this country. Without him and his artistic contributions, the U.S. fragrance and fashion communities would be suffering from a major loss, one we naturally cannot afford.

I fully support the Service granting permanent residence to Karl Bradl in order for him to perform the unique services required of an internationally renowned perfumer. He is an extraordinary and unique artist known throughout the industry worldwide.

Sincerely,

Jón Tutolo
President
Trump Model Management



**EXHIBIT C**

**Robin Burns-Mcneill**

**From:**    Robin Burns-Mcneill
**Sent:**    Monday, May 14, 2007 3:35 PM
**To:**    Pierdinand@aol.com
**Subject:** RE: News from Pierre & Jerome DINAND

Dear Pierre,

I would love to see you but I am totally booked with appointments on May 31 (a lot of suppliers are in town because of the FiFis) and I am out of town the next day (Columbus, Ohio with our client, Abercrombie and Fitch). Will you attend the FiFi's on May 31? If yes, at least I will be able to say hello to you! I know that our head of Marketing, Nance Dickinson, has already met with Jerome and they had a very good meeting. We will definitely try to work with you. Tell me which months you will be in NY from June-November and I will tell you when I'm in town so we can plan to see each other.

Important for you to know that AEDES of VENUSTAS is NOT our company. Our company names is Venustas International. We design, develop and oversee manufacturing for private label fragrance and cosmetic products for Ann Taylor and Abercrombie & Fitch companies (we are working with two divisions from each company).

Looking forward to seeing you soon.

Much love,
Robin


**From:** Pierdinand@aol.com [mailto:Pierdinand@aol.com]
**Sent:** Monday, May 14, 2007 5:32 AM
**To:** Robin Burns-Mcneill
**Subject:** Re: News from Pierre & Jerome DINAND

Dear Robin,
Nice to hear from you.
It took me some time to answer tour email, as we were in our House od St Tropez
for a few days, The weather was gorgeous.
So you are back in business, I went on your AEDES of VENUSTAS website, and saw
that you are selling some of my designs, Artisan Parfumeur special edition Le Figuier
and Molinard sprays.
Of course I would love to come over and see you in New-York. Maybe, we could do
some business together, Why not create your own VENUSTAS Fragrance bottle.
Would you be free on May 31th or June 1st....
Let me know and I will plan a trip to New-York.
Love
Pierre
www.pierre-dinand.com


0033143543126
0033608160488

6/18/2007

# EXHIBIT D



7 August, 2006

U.S.C.I.S.
Nebraska Service Center
850 S Street
Lincoln, NE 68508

RE:  Karl BRADL

Dear Sir or Madam:

I am pleased to write this letter to describe to you the extraordinary abilities of Karl Bradl, one of today's most influential perfumers and fragrance artists.

I am the Creative Director of Anthousa.  Inspired by its name meaning 'the perfect bloom,' Anthousa Home Ambiance Perfumes are a collection of home scents that have been uniquely created to add fragrance and beauty to living environments.  As an expert in the field of fragrances, I feel that I am qualified to comment on the abilities of Karl Bradl, undoubtedly one of the best known perfumers in the world.

Karl Bradl is very important to our company because he has worked on our exclusive Anthousa edition.

Perfumery is a commentary on the lives we lead everyday; just like a beautiful dress or the perfect makeup, the purpose of perfumery is to provoke feelings about our lives, the world we live in and our culture.  Karl Bradl is indeed a master at artistically enrich the world we share; his art expertly perceives those aromas that tickle our senses and penetrate our fondest memories.

Mr. Bradl's perfumery is known throughout the world for being infused with seriousness, creativity and the exotic at the same time; celebrities and discerning corporations prize his work for the unique ability to make us feel better about our images and our environments.  Clearly, he possesses extraordinary skills that are quite rare among perfumers who seem more interested in producing commercial fragrances than tickling our brains and emotions.

I believe that the United States is the perfect place for Karl; here, he can continue to develop, create and discover new fragrances.  Indeed, the United States fashion, cosmetics and fragrance communities will benefit greatly from Karl's contributions once he is granted permanent residence.

Yours truly,

Maria Christofilis



89 FORSYTH STREET
4TH FLOOR NEW YORK NY 10002
TEL 212 343 9777 FAX 212 343 9888
THREEASFOURSTHREEASFOUR.COM
WWW.THREEASFOUR.COM

8/9/2006

USCIS
Nebraska Service Center
850 S Street
Lincoln, NE 68508

Dear Sir or Madam,

As the co founder of ThREEAsFOUR, a prestigious fashion design house , it is our role to report that we have consulted and worked with perfumer Karl Bradl. He played an enormous part in the development of our signature scent ThREEAsFOUR which is sold worldwide in high end stores such as Barneys and Colette, Paris.

If there is one individual whom has gained the respect and admiration of his peers in the international contemporary fragrance and cosmetics world, it is Karl Bradl. His contributions to the perfumery arts are regarded as an example of genuine excellence.

When reviewing Mr. Bradl's impressive fragrances and perfumery expertise, we are immediately struck with the abundant enthusiasm and creative spirit he embodies. This is often the case with those who are simply born for their craft. Mr. Bradl followed up on first impressions with some of the finest fragrances we have ever admired.

Not only is Karl a gifted artist, but he is also a great person to be around. As such, his admirers and collectors become friends, keen to rely once more on the extraordinary talents he possesses as a perfumer and fragrance artist.

Sincerely,

Adi Gil          Gabriel Astour                    Angela Donhauser    08/09/06
DATE    Aug 09 2006  DATE         Avg 9 2006       DATE



DUCHESS MARDEN

August 7, 2006

U.S. Citizenship and Immigration Services
Nebraska Service Center
850 S Street
Lincoln, NE 68508

To Whom It May Concern:

I am delighted to write this recommendation for Karl Bradl, as he is someone that I hold in esteem. Having known Karl for many years, both professionally and personally, he is a man of high ideals who has made outstanding contributions in his field.

Duchess Marden is a beauty company offering natural luxury skincare line. I have known Karl for over 12 years, during which time he has played a pivotal role in shaping my company. I have repeatedly observed his influence in the cosmetics and fragrance industry, and find his insights unmatched. Mr. Karl Bradl's art as a perfumer stands out from all the rest, so much so that it he is repeatedly requested by leading corporations and celebrities for his depth of knowledge in fragrance and perfume. Karl Bradl's creative contributions to the fragrance industry are immeasurable.

I do not hesitate to write this recommendation for Karl Bradl's visa. I continue to be impressed by the insightfulness and intelligence of his work, and the freshness and innovation found in his fragrances.

The USCIS is welcomed to confirm my genuine support at any time. The U.S. cosmetics community can only benefit from your granting Karl Bradl's immigrant petition.

Sincerely,

Marla Steuer
Duchess Marden



Aedes de Venustas
9 Christopher Street
New York, NY 10014

Dear Robert,

Thank you for taking the time to speak to me about developing a signature scent for
Castor & Pollux. I am greatly looking forward to starting on this project.
Until then, all the best.

Best,

Kerrylynn Pamer

Castor & Pollux
238 w. 10th Street
New York, NY 10014
tel 212.645.6572
fax 212.645.6573
www.castorandpolluxstore.com

CONFIDENTIAL
Attorneys' Eyes Only

**EXHIBIT E**

AEDES DE VENUSTAS – your complete online source for exclusive fragrances



http://intra/aedes/2003_site/                                    ▾ ⊳    ⎙    G ▾ Google              Q



# AEDES DE VENUSTAS

welcome, please enter

Done

Aedes De Venustas | Indulge Your Senses...

http://intra/aedes/2003_site/home2.php    ▼  ▷   📖    G · Google      Q



- home
- shopping cart
- customer service

AEDES DE VENUSTAS

fragrances        home fragrances        skin care        bath & body

indulge your
senses



beautiful
**gift wrapping**

Aedes de Venustas treats your gift as a treasure – a simple box wrapped in silk ribbon, embellished with a fresh flower arrangement. Simply select the gift wrapping option when you place your order.

try before
you buy

If you are not sure about a fragrance, sometimes it's best to try a sample first. You can order any seven fragrance samples listed in the **samples section** for a shipping and handling charge of $12.50.

samples     gift certificates     mailing list     in the press     privacy & security     © Aedes de Venustas, Inc. All rights reserved

Done

AEDES DE VENUSTAS – your complete online source for exclusive fragrances

http://intra/aedes/2003_site/                     ▼  ▷  ||,   G ▼ Google          🔍



discovery and expression

skip intro

Done

# EXHIBIT F

COPY

1:58p 16/JUN/07

# AEDES DE VENUSTAS

9 CHRISTOPHER STREET
NEW YORK, NY 10014
WWW.AEDES.COM
1-888-AEDES15

VICTORIA'S SECRET BEAUTY
888 7TH AVENUE,#43
NEW YORK   10106

INVOICE # 43945
26/NOV/04
STORE:00101
CASHIER: MIGUEL

BP1002157PATYKA          SENSUAL BODY OIL          7 OZ      1      28.00      28.00

Return only within 10 days of purchase and with receipt!
AEDES DE VENUSTAS can accept store credit only. No refunds!!
Unfortunately we cannot accept any returns of opened or used items.

1 UNIT(S)   SUBTOTAL:      28.00

MISC.SAMPLES!!!
#16965.PH#212-904-7011

8.625 %        TAX:       2.42
                    Shipping:       9.50
CrCd:    39.92

INVOICE TOTAL:      39.92

AMT:    39.92    AMEX

Aedes | iStore Admin                                                    https://www.aedes.com/istore/istore_admin2/orders_1.php

**Order date**: Nov 26, 2004 - 13:44pm

Anthousa - Fragrance Samples ONLY                110.00      qty: 1         110.00

Shipping method: Standard Ground                             11.50

Order Total: **$121.50**

Amount to charge credit card: $121.50

SHIP DATE: Nov 26, 2004   TRACKING #: DHL 9333322460

ORDER STATUS: | Shipped          |

| Order Number | Shipping Address | | Billing Address | Payment Info |
|---|---|---|---|---|
| AES-10016964 | ████████ | | ████████ | CC#: 4***********1360 |

**Order date**: Nov 26, 2004 - 14:49pm

**919** Esteban Cédre - Refresher Oil                13.50      qty: 1          13.50

Shipping method: Standard Ground                             9.50

Order Total: **$23.00**

Amount to charge credit card: $23.00

SHIP DATE: Nov 26, 2004   TRACKING #: DHL 9333322456

ORDER STATUS: | Shipped          |

| Order Number | Shipping Address | Billing Address | Payment Info |
|---|---|---|---|
| AES-10016965 | Barbara Calcagni<br>Victoria's Secret Beauty<br>888 7th Ave - 43<br>New York NY 10106<br>day: 212-904-7011 | Barbara Calcagni<br>47 Gracewood Drive<br>Manhasset NY 11030<br>eve: 516-365-5323<br>BCalcagni@Victoria.com | CC#: 3***********1005<br>expiration: 7/2006<br>CID code: 4935 |

**Order date**: Nov 26, 2004 - 14:57pm

Esteban Cédre - Refresher Oil                28.00      qty: 1          28.00

Shipping method: Standard Ground                             9.50

NY Sales tax:                             3.24

Order Total: **$40.74**

Amount to charge credit card: $40.74

SHIP DATE: Nov 26, 2004   TRACKING #: DHL 9333322504

ORDER STATUS: | Shipped          |

| Order Number | Shipping Address | Billing Address | Payment Info |
|---|---|---|---|