**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AEDES DE VENUSTAS, INC.,

                    **Plaintiff,**        **07 Civ. 4530 (LTS) (THK)**

vs.

VENUSTAS INTERNATIONAL, LLC,        **Document Electronically Filed**

                    **Defendant.**

**DECLARATION OF JOSEPH M. HEPPT**

JOSEPH M. HEPPT, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I represent the plaintiff, Aedes De Venustas, Inc., in the above captioned matter. As such, I have personal knowledge of the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2.      I submit this Declaration in further support of plaintiff's motion for a permanent injunction against the defendant's use of its trade name.

3.      Attached as Exhibit A are selected pages from the deposition transcript of Robin Burns-McNeill to which plaintiff refers in support of its motion for injunctive relief.

4.      Attached as Exhibit B are selected pages from the deposition transcript of Sam Ghusson to which plaintiff refers in support of its motion for injunctive relief.

5.      Attached as Exhibit C are selected pages from the deposition transcript of Robert Gerstner to which plaintiff refers in support of its motion for injunctive relief.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on June 20, 2007.

                                /s
                        Joseph M. Heppt, Esq. (JH-4974)

# EXHIBIT A

# ORIGINAL

1

1

2 UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

3 ----------------------------------------x

4 AEDES DE VENUSTAS, INC.,

5                   Plaintiff,    Civil Action No.

6           -against-            1:07-04530

7 VENUSTAS INTERNATIONAL, LLC,

8                   Defendants.

9 ----------------------------------------x

10                 June 18, 2007

                  3:13 p.m.

11

12         ** REDACTED TRANSCRIPT **

13

14      Deposition of ROBIN BURNS-McNEILL,

15 held at the offices of JOSEPH H. HEPPT, ESQ.,

16 521 Fifth Avenue, New York, New York, before

17 Vicky Galitsis, a Certified Shorthand

18 Reporter and Notary Public of the State of

19 New York.

20

21

22

23

            GREENHOUSE REPORTING, INC.

24        363 Seventh Avenue - 20th Floor

            New York, New York  10001

25               (212) 279-5108

6

                          R. Burns-McNeill

1

2      Q.      If you could just give me a

3  summary of your professional background; the

4  companies you worked for, the years you work

5  there.  I don't need to know the details of

6  what you did in each one, but just the

7  companies and the years?

8      A.      Bloomingdale's from '74 to '83;

9  Calvin Klein Cosmetics Corporation from '83 to

10 '90; Estee Lauder from 1990 to '98; Victoria's

11 Secret from '98 to 2004.

12             And the current company that I am

13 with is since when we incorporated, I want to

14 say a year ago August.  It's about 10 months

15 ago, so it would have been in '06 to present

16 is Venustas International.

17             I hope that's right.

18     Q.      You did pretty well actually.

19     A.      Okay, good.

20     Q.      You said you were the CEO of

21 several companies.  Which companies were

22 those?

23     A.      Calvin Klein Cosmetics

24 Corporation, Estee Lauder, and Victoria's

25 Secret Beauty.  And I'm chairman of the

13

1                         R. Burns-McNeill

2    in half, we're doing the front end and they're

3    doing the back end -- or the other way around;

4    we're doing the back end and they're doing the

5    front.

6          Q.    They're doing the retail, so

7    that's the front end, right?

8          A.    Right, they are retail.

9          Q.    How many full-time employees does

10   your company have?

11         A.    I don't even know right now.  I

12   know we're looking to max out eventually.  I'd

13   say probably ten right now, ten or twelve.  I

14   really don't know, because we're split in

15   New York and New Jersey.

16         Q.    I was going to ask you how many

17   offices the company has.  Is it just the two?

18         A.    Yes.

19         Q.    Where are most of the employees

20   located?

21         A.    They're equally divided between

22   the two.

23         Q.    You have been an executive in the

24   beauty industry for a number of years now,

25   correct?

14

1                     R. Burns-McNeill

2          A.      Yes.

3          Q.      How would you describe your

4    personal management style?

5          A.      Wonderful, I hope.

6          Q.      Would you consider yourself to be

7    hands-on?

8          A.      Are you talking about

9    historically or in my current job?

10         Q.      Well, historically, let's start

11   with that.

12         A.      Historically, I think I have a

13   style of hiring very talented people that are

14   very experienced at what they do, and I give

15   them a lot of room.  And they are -- if

16   they're really good, know when to involve me

17   and when not to.  But I am involved in details

18   of certain things.

19         Q.      Is there any way that you

20   determine what level of detail you tend to get

21   involved in, or is it in their particular

22   areas that you're particularly interested in?

23         A.      Yes.

24         Q.      What are those?

25         A.      Probably more marketing and

15

1                       R. Burns-McNeill

2   product development.  And sales, I should say

3   sales as well.  Sales, marketing and product

4   development.

5          Q.     That's historically now.  What

6   about the current job that you have?

7          A.     Currently I have no direct

8   reports, because they all report to Sam.  I

9   have indirect reports with product development

10  and marketing.

11         Q.     If you have no direct reports,

12  how do you stay involved with what the company

13  is doing?

14         A.     I have offices, I have an office

15  with them, and I communicate daily via e-mail

16  or in person.  I'm physically around.

17         Q.     In the current company now, are

18  there regularly schedule staff meetings?

19         A.     No.

20         Q.     Do you tend to call staff

21  meetings from time to time?

22         A.     No.

23         Q.     Have you ever had a staff meeting

24  at Venustas International?

25         A.     Staff meaning all employees?

19

1           R. Burns-McNeill

2  have a Coach label on them, as opposed to a

3  Saks Fifth Avenue which would be a specialty

4  store not vertical, but a specialty store that

5  has some private label, but mostly other

6  brands.

7        Q.    Have you ever heard the term

8  turnkey operation?

9        A.    Yes.

10        Q.    What is that?

11        A.    Well, to me it means that in our

12  business and what we're supplying, it means

13  that we deliver completely finished goods with

14  the client's name on them for them to retail.

15  So they don't have to do much, but approve

16  what we are shipping them.

17        Q.    All they have to do is open the

18  box and put them on the shelves?

19        A.    Right.  Well, it's not that easy

20  but, so to speak.

21        Q.    You don't envision Venustas

22  International of actually running or operating

23  a retail outlet for a client?

24        A.    Absolutely not.

25        Q.    When you're developing a product

21

1                              R. Burns-McNeill

2    test that if we don't do it ourselves we

3    oversee it, if it's done someplace where they

4    are.

5           Q.     Venustas International doesn't

6    presently have the facilities to do stability

7    testing and safety testing?

8           A.     You have to ask Sam.

9           Q.     When Venustas International is

10   developing a product for a client -- and I

11   understand you're doing that as we speak,

12   correct?

13          A.     Yes.

14          Q.     -- the company doesn't procure

15   raw materials for that product, it actually

16   hires an outside company to do that, isn't

17   that true?

18          A.     Yes, like all companies do, yeah.

19          Q.     And again with the development of

20   a product for a client, you hire an outside

21   company to insure that those new products

22   comply with FDA regulations?

23          A.     Very much so.

24          Q.     The name Venustas International,

25   can you tell me how that name was selected for

30

1                     R. Burns-McNeill

2    which is what we're doing as a company.  So

3    it's a metaphor.

4         Q.    What was the name of that person

5    who designed that business card?

6         A.    I knew you were going to ask me

7    that.  Michelle, but I don't remember her last

8    name, because she was free-lance.  We can

9    certainly get it.

10                 MR. HEPPT:  Can I also have a

11            copy of the business card.

12                 MR. SHEPHERD:  You have already

13            been given a copy of it.  I think it

14            was the first page of the production

15            that we did.

16                 MR. HEPPT:  Thank you.

17         Q.    You told me that you worked at

18    Victoria's Secret Beauty from 1998 through

19    2004?

20         A.    Yes.

21         Q.    Do you know a person named

22    Barbara Calcagni?

23         A.    Yes.

24         Q.    Who is that?

25         A.    She was someone who worked for

31

```
 1                    R. Burns-McNeill
 2   the senior vice president of marketing, she
 3   was underneath her, and was overseeing the
 4   fragrance business, I think.
 5          Q.     So she worked for someone who was
 6   a direct report to you?
 7          A.     Correct.
 8          Q.     Did Ms. Calcagni have a title?
 9          A.     I think she was the vice
10   president.
11          Q.     And when you say she was
12   overseeing the fragrance business, I think you
13   said, what do you mean by that?
14          A.     The marketing executive area was
15   segmented under the marketing -- senior
16   marketing person who reported to me.
17   Underneath her the business was segmented into
18   categories, so one person had fine fragrance,
19   one person had color cosmetics, one person had
20   another segment of the business, and so on.
21          Q.     Okay.
22          A.     And she was one of those people.
23          Q.     Have you ever heard the term
24   competitive shopping?
25          A.     Yes.
```

32

1                    R. Burns-McNeill

2          Q.      What does that mean?

3          A.      That means that you go shopping

4   to look at competitive products that might be

5   on the market in whatever category you're

6   looking to shop for.

7          Q.      Sort of like a market research

8   function?

9          A.      I don't know if I would call it

10  market research.  But it's just a learning

11  exercise to see what's out there.

12         Q.      Okay.

13         A.      It's not as precise as research,

14  random.

15                 MR. HEPPT:  Off the record.

16                 (Discussion off the record.)

17         Q.      Obviously the Ann Taylor

18  relationship is central to this litigation.

19                 Can you tell me how the Ann

20  Taylor contract first came to be?  I mean, who

21  made the introduction and so forth?

22         A.      The introduction was made by a

23  man named George Leads.

24         Q.      Who is Mr. Leads?

25         A.      He is a publisher of a cosmetic

33

1                    R. Burns-McNeill

2  industry paper publication called Cosmetic

3  World.

4        Q.    And why did Mr. Leads get

5  involved in making this introduction?

6        A.    He knew what Sam and I were

7  starting as a company.  He called me and said,

8  "You know, Ann Taylor would be a great client.

9  And I met Kay Krill at a dinner party the

10 other night, because her next door neighbor is

11 a good friend of mine that I play golf with.

12 And I told her that you would be the company

13 that they should be doing the beauty business

14 with.  And they're exploring some other

15 companies like Clarins and I think you should

16 do this."

17       Q.    How did Mr. Leads know that you

18 and Sam were starting this company?

19       A.    I probably -- I don't know.  I

20 don't know whether we told him or he heard

21 about it, I'm not sure.

22       Q.    Was there a press release that

23 was issued?

24       A.    No, never.  But he knows

25 everything, what's going on.

**EXHIBIT B**

1
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK
2                   DOCKET NO. 07 CIV 4530 (LTS) (THK)

3
                                      **ORIGINAL**
4    AEDES DE VENUSTAS, INC.,

5            Plaintiff,                      CONFIDENTIAL
                                             DEPOSITION OF:
6            vs.
                                             SAM GHUSSON
7
     VENUSTAS INTERNATIONAL, LLC,
8
             Defendants.
9    ---------------------------------

10

11

12

13

14           T R A N S C R I P T   of the stenographic notes of

15   the proceedings, taken in the above-entitled matter, by and

16   before SHAUNNA H. MORAN, a Certified Shorthand Reporter,

17   License No. X100213700, Registered Professional Reporter,

18   and Notary Public of the State of New Jersey, held at the

19   offices of MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A., 29

20   Thanet Road, Princeton, New Jersey, on Tuesday, June 12,

21   2007, commencing at 10:10 a.m.

22

23

24

25

Doerner & Goldberg New York * A Veritext Co.
1350 Broadway * New York, NY 10018 * 212-564-8808

32

1   formed between your company and Ann Taylor.  It also

2   mentions a second client of your company, do you

3   remember that?

4          A.      Yes, I remember that.

5          Q.      Do you know who the client is that

6   was referred to?

7                  MR. SHEPHERD:  This part of the

8   record now goes confidential, attorneys eyes only.

9                  MR. HEPPT:  Fine.

10         A.      Yes, Abercrombie & Fitch.

11         Q.      Okay.  Do you have a similar

12  arrangement with Abercrombie & Fitch as you have

13  with Ann Taylor?

14         A.      Yes.

15                 MR. HEPPT:  Let's have this document

16  marked as Plaintiff's Exhibit Four.  You might as

17  well stay on the special designation of this

18  transcript.

19         (Document received and marked P-4 for

20  identification.)

21         Q.      Now, Mr. Ghusson, I've just handed

22  you what's been marked as Plaintiff's Exhibit Four

23  for Identification.  Can you tell us what that

24  document is?

25         A.      That is a vendor agreement between

33

1   Venustas International and Ann Taylor.

2          Q.      I blanked out for a second when you

3   said that.  What kind of agreement is it?

4          A.      A vendor agreement.

5          Q.      Vendor agreement, okay.  Is this the

6   agreement that was the subject of the Women's Wear

7   Daily article on March 16th?

8          A.      Yes.

9          Q.      Okay.  Can you tell me who first

10  initiated contact that lead to this -- this

11  agreement?

12         A.      A person by the name of George Leeds.

13         Q.      And who is Mr. Leeds?

14         A.      He's the editor of Beauty Fashion or,

15  I'm sorry, Cosmetic World.

16         Q.      What -- can you describe the role

17  that Mr. Leeds played in making --

18         A.      Yeah.  Mr. Leeds contacted Robin

19  Burns and asked her if she would like to meet with

20  the chairman of Ann Taylor to discuss an opportunity

21  of developing a product for her.

22         Q.      Would that be Ms. Kay Krill?

23         A.      Correct.

24         Q.      Did Mr. Leeds explain why he was

25  making this -- this phone call to Ms. Burns, other

# EXHIBIT C

1

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

AEDES DE VENUSTAS, INC.,

              Plaintiffs,

      vs.

VENUSTAS INTERNATIONAL, LLC.,

              Defendant.

----------------------------------------x


                  DEPOSITION OF ROBERT GERSTNER

                     Monday, June 11, 2007

                  New York, New York   10175


Reported by:

Nikki Montello

## TOBY FELDMAN
### INCORPORATED
One Penn Plaza . NYC 10119 . tel (212) 244.3990 . fax (212) 268.4828 . email@tobyfeldman.com

                                                              16
 1                         Gerstner

 2     restraining order said that you had done a

 3     certain amount of business last year in terms

 4     of revenue.  Do you remember what that number

 5     was?

 6              A.    Our sales in 2006?

 7              Q.    Yes, um-hum.

 8              A.    $1.4 million, approximately.

 9              Q.    Okay.  Now, sitting here today,

10     can you tell me how this would break down

11     between revenue that you get from the Web

12     site, the bricks and mortar store, consulting

13     services and product development?  And you can

14     just do it in fractions.

15              A.    Product development, consulting

16     and things as such?

17              Q.    Yes.  Just give me fractions.  I

18     don't need numbers.

19              A.    I would roughly say but I would

20     need to look into the numbers.  But I would

21     say that the store is about 50 percent and

22     on-line and consulting services, including

23     product development, between ourselves and

24     with the other parties, about 25 percent.  So

25     50 the store, 25 the on-line business and 25

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

17

1                        Gerstner

2      percent product development consulting,

3      roughly.

4            Q.    Okay.  All right.  Now, tell me

5      what types of consulting services you do?

6                  MR. HEPPT:  When you say "you,"

7            you mean the business?

8                  MR. SHEPHERD:    The company, yes,

9            right.

10           A.    The company?

11           Q.    Yes.

12           A.    Well, we offer different types of

13     consulting.  We scent fashion shows and

14     obviously sit with the designers beforehand to

15     discuss that --

16           Q.    I'm sorry, you used a word there

17     that I didn't get.

18           A.    We scent --

19           Q.    Oh, scent.

20           A.    -- fashion shows.  So you discuss

21     with the designers how do you do this and what

22     to do.  We have an extensive corporate

23     business where we scent especially for the

24     holiday season.  We sit with our clientele and

25     discuss all of those things.

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

18

1                          Gerstner

2          Q.    The corporate, would that be

3    gifting?  In other words, figuring out what

4    gifts to send out to people?

5          A.    That is part of it, yes.

6          Q.    What else would it be?

7          A.    It would be to the overhandling

8    the logistics, sending it out physically.  It

9    goes all over the country.  What kind of gift,

10   all that which is involved.  We consult third

11   parties in product development, different

12   companies.  We have done fragrances, skin

13   care.

14         Q.    Why don't you tell me about that?

15         A.    Well, there is one company we

16   developed a fragrance for them which they came

17   out with their own name, published that

18   fragrance.

19         Q.    What was the company?

20         A.    Back then it was called

21   THREEAsFOUR.

22         Q.    THREEAsFOUR.

23         A.    They have changed names -- no,

24   they were called AsFOUR back then and that I

25   believe was the name of the fragrance.  Now

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

19

```
 1                        Gerstner
 2      they have changed the name.  Now it is
 3      THREEAsFOUR.  Skin care company in San
 4      Francisco called Duchess Marden.
 5           Q.    What did you do for them?
 6           A.    Helped them building up the
 7      brands as far as the different products are
 8      concerned.  Do you need a cleanser?  Do you
 9      need a moisturizer?  You should add a toner,
10      you know, ingredients.
11           Q.    Now, let's go back one second.
12      Is there any other thing within the corporate
13      business section that you do other than the
14      consulting with them to develop gift programs?
15           A.    I don't understand your question.
16           Q.    Okay.  Good.
17                 You told me that, in response to
18      my question, you told me that what you do for
19      your corporate clientele is that you sit with
20      them around the holidays and you develop a
21      gift program and figure out the logistics of
22      how to get things to other places, is that
23      correct?
24           A.    That's part of it.  Yes.
25           Q.    Okay.  What else is there?
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning

```
 1                          Gerstner
 2      consulting services on the Web site?
 3              A.    No.
 4              Q.    Why is it that you don't
 5      advertise any of your consulting services on
 6      the Web site?
 7              A.    Because if we would at this
 8      point, assuming there is a big response, we
 9      just would not be in a position to handle them
10      yet.
11              Q.    Okay.  Do you advertise your
12      consulting services anywhere else?
13              A.    Like?
14                    MR. SHEPHERD:    Strike that.
15              Q.    Do you advertise your consulting
16      services anywhere?
17              A.    Publicly, in print?
18              Q.    Right.
19              A.    No.
20              Q.    Okay.  Is there any other way
21      that you advertise your consulting services?
22              A.    Word by mouth.
23              Q.    That's all?
24              A.    Well, constantly in touch with
25      people, you know, you talk about it.
```

TOBY FELDMAN
INCORPORATED

NATIONWIDE SERVICES FOR LEGAL PROFESSIONALS
court reporting . videoconferencing . video . translations . tape transcriptions . scanning