**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**AEDES DE VENUSTAS, INC.,**

             **Plaintiff,**

**vs.**

**VENUSTAS INTERNATIONAL, LLC,**

             **Defendant.**

**07 Civ. 4530 (LTS)(THK)**

**DECLARATION OF**
**SERVICE OF REPLY**
**PAPERS**

**Document Electronically Filed**

JOSEPH M. HEPPT, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am counsel of record for plaintiff in the above-entitled action, I am not a party to this action and I am over 18 years of age. I have personal and first-hand knowledge of the facts set forth in this declaration and could testify competently to such facts if called upon to do so.

2.     On June 20, 2007, I served the following papers by causing them to be delivered by overnight mail service to Robert Shepherd, Esq., counsel for the defendant:

    a.   Plaintiff's Memorandum of Law in Further Support of Motion for a Preliminary Injunction;

    b.   Declaration of Robert Gerstner, dated June 20, 2007;

    c.   Declaration of Joseph M. Heppt, dated June 20, 2007; and

    d.   Declaration of Service.

Executed at New York, New York this 20th day of June, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

             s/
             Joseph M. Heppt, Esq. (JH-4974)
             *Attorney for the Plaintiff*