Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

Of Counsel:
Philip Colicchio, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, NJ 08540
Tel: 609 987-0022
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., : | Civil Action No.: 1:07-04530 (LTS) |
| Plaintiff, : | **ORDER STRIKING CERTAIN EXHIBITS ATTACHED TO THE DECLARATIONS OF GERSTNER AND HEPPT** |
| v. : | |
| VENUSTAS INTERNATIONAL, LLC, : | **Motion Returnable: June 26, 2007** |
| Defendant. : | Honorable Laura Taylor Swain<br>Magistrate Judge Theodore Katz |
| | Documents Electronically Filed |

This matter having been brought before the Court on Motion of Defendant to Strike certain exhibits and portions of the reply declarations of Robert Gerstner and Joseph Heppt Esq.; an the Court having reviewed the Defendants submission and heard the arguments of Counsel for Plaintiff and Defendant, and for good cause shown,

It Is Hereby **ORDERED:**

That exhibits B and D and the relevant portions of paragraphs 2 and 10 of the declaration of Robert Gerstner and exhibit C to the declaration of Joseph Heppt be and hereby are stricken and shall not be considered in any decision regarding the plaintiff's request for an injunction prohibiting Plaintiff's use of the company name Venustas International LLC.

                                                                                                                   _____

                                                Hon. Laura Taylor Swain
                                                U.S.D.J.