## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of a **DEFENDANT'S NOTICE OF MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED TO THE DECLARATION OF GERSTNER AND HEPPT;** a **MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE; and** a **PROPOSED ORDER** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 24th day of June, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via facsimile on this 24th day of June, 2007.

Joseph Michael Heppt, Esq.<br>
Via Facsimile at: 516-767-7976 and<br>
212-973-0891

Dated: June 24, 2007                    By:  s/Robert G. Shepherd
                                             Robert G. Shepherd