Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

Of Counsel:
Philip Colicchio, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, NJ 08540
Tel: 609 987-0022
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AEDES DE VENUSTAS, INC., | : | Civil Action No.: 1:07-04530 (LTS) |
| Plaintiff, | : | **NOTICE OF MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED TO THE DECLARATIONS OF GERSTNER AND HEPPT** |
| v. | : | |
| VENUSTAS INTERNATIONAL, LLC, | : | Motion Returnable: June 26, 2007 |
| Defendant. | : | Honorable Laura Taylor Swain<br>Magistrate Judge Theodore Katz |
| | | Documents Electronically Filed |

PLEASE TAKE NOTICE that pursuant to Rule 802 of the Federal Rules of Evidence and Rule 32 of the Federal Rules of Civil Procedure, Defendant Venustas International, LLC hereby moves this Court for an order striking Exhibits B and D and portions of paragraphs 2 and 10 of Declaration of Robert Gerstner and Exhibit C attached to the Declaration of Joseph Heppt, both submitted as part of Plaintiff's reply in Further Support of Plaintiff Aedes De Venustas, Inc.'s Motion for Preliminary Injunction.

The grounds for the motion are as follows: (1) The Exhibits and relevant portions of the Gerstner Decl. are inadmissible hearsay under by Rule 802 of the Federal Rules of Evidence; and (2) Plaintiffs are improperly using the deposition testimony of Mr. Gerstner in support of its case in violation of Rule 32 of the Federal Rules of Civil Procedure. A Memorandum of Points and authorities in support of this Motion to Strike, together with a Proposed Order are attached hereto for the Court's consideration.

Dated: June 24, 2007        BY: s/ Robert G. Shepherd
                                          Robert G. Shepherd, Esq.
                                          MATHEWS, SHEPHERD, McKAY & BRUNEAU
                                          29 Thanet Road, Suite 201
                                          Princeton, New Jersey 08540-3661
                                          Email:shep@mathewslaw.com