ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AEDES DE VENUSTAS,

          Plaintiff,

-against-　　　　　　　　　　　　　　　　No. 07 Civ. 4530 (LTS) (THK)

VENUSTAS INTERNATIONAL, INC.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2007

## ORDER

The Court has reviewed the parties' correspondence of today's date and responds to the issues raised therein as follows:

With respect to Defendant's desire to make a motion to strike certain exhibits, Defendant may file the motion immediately via the Court's electronic filing system and must also provide a courtesy copy to the Court through the drop box in the lobby of the Courthouse at 500 Pearl Street. The Court will hear Plaintiff's oral response to the motion at Tuesday's hearing. Any application by Plaintiff for a continuance of the hearing in order to proffer non-hearsay testimony on the subject matter shall be made in writing and as soon as possible.

The Court previously announced that only cross-examination and rebuttal testimony would be taken live. As only the moving party has an opportunity for rebuttal, the Court is somewhat puzzled by Defendant's indication that it wishes to offer rebuttal testimony.

MTS FILING.WPD    VERSION 6.22.07

faxed
counsel of record
6.22.07

Defendant is requested to provide further clarification promptly as to its intentions.

        SO ORDERED.

Dated:      New York, New York
               June 22, 2007

                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge