Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

Of Counsel:
Philip Colicchio, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, NJ 08540
Tel: 609 987-0022
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
AEDES DE VENUSTAS, INC.,              :

      Plaintiff,                :

v.                                    :        Civil Action No.: 1:07-04530 (LTS)

VENUSTAS INTERNATIONAL, LLC,          :        RULE 7.1 STATEMENT

      Defendant.                :
_____

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Venustas International, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no publicly held corporate parents, affiliates and/or subsidiaries of Defendant Venustas International, LLC.

Dated: Princeton, New Jersey
June 28, 2007

MATHEWS, SHEPHERD, McKAY & BRUNEAU

s/Robert G. Shepherd
Robert G. Shepherd, Esq.
29 Thanet Road, Suite 201
Princeton, NJ 0850
Tel: (609) 924-8555
Fax: (609) 924-3036
Attorney for Venustas International, LLC