**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of a **DEFENDANT'S ANSWER TO COMPLAINT and a RULE 7.1 STATEMENT** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 28th day of June, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via first class mail on this 28th day of June, 2007.

Joseph Michael Heppt, Esq.
521 Fifth Ave.
Suite 1805
New York, N.Y. 10175

Dated: June 28, 2007                By: s/Robert G. Shepherd
                                        Robert G. Shepherd