Robert G. Shepherd, Esq. (RS5946)
Brooks R. Bruneau, Esq. (BB5523)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

Of Counsel:
Philip Colicchio, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, NJ 08540
Tel: (609) 987-0022
Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AEDES DE VENUSTAS, INC., | : | |
| Plaintiff, | : | Civil Action No.: 1:07-04530 (LTS) |
| v. | : | **NOTICE OF APPEARANCE** |
| VENUSTAS INTERNATIONAL, LLC, | : | **Document Electronically Filed**<br>Honorable Laura Taylor Swain<br>Honorable Theodore Katz |
| Defendant. | : | |

PLEASE TAKE NOTICE that Brooks R. Bruneau, Esq., of the firm of Mathews, Shepherd, McKay & Bruneau, P.A. hereby enters his appearance as counsel for Defendant, Venustas International, LLC. in the above-captioned action, and requests that all papers be served upon the undersigned.

Dated: July 2, 2007        BY: s/ Brooks R. Bruneau
                                Brooks R. Bruneau, Esq.
                                MATHEWS, SHEPHERD, McKAY & BRUNEAU
                                29 Thanet Road, Suite 201
                                Princeton, New Jersey 08540-3661
                                Email:brbruneau@mathewslaw.com