## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the **NOTICE OF APPEARANCE OF BROOKS R. BRUNEAU** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 2nd day of July, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via First Class Mail on this 2nd day of July, 2007.

>Joseph Michael Heppt
>521 Fifth Avenue
>Suite 1805
>New York, NY 10175

Dated: July 2, 2007                                 By: s/Brooks R. Bruneau
                                                                    Brooks R. Bruneau