## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of **VENUSTAS INTERNATIONAL, LLC'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE CERTAIN EXHIBITS ATTACHED TO THE DECLARATION OF GERSTNER** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 6th day of July, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via overnight mail service on this 6th day of July, 2007.

Joseph Michael Heppt, Esq.
521 Fifth Ave.
Suite 1805
New York, N.Y. 10175

Dated: July 6, 2007                             By:  s/Brooks R. Bruneau
                                                    Brooks R. Bruneau