UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., | |
| Plaintiff, | 07 Civ. 4530 (LTS)(THK) |
| vs. | DECLARATION OF SERVICE OF POST-HEARING BRIEF |
| VENUSTAS INTERNATIONAL, LLC, | |
| Defendant. | Document Electronically Filed |

JOSEPH M. HEPPT, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel of record for plaintiff in the above-entitled action, I am not a party to this action and I am over 18 years of age. I have personal and first-hand knowledge of the facts set forth in this declaration and could testify competently to such facts if called upon to do so.

2. On August 7, 2007, I served the following papers by causing them to be delivered by overnight mail service to Robert Shepherd, Esq., counsel for the defendant:

   a. Plaintiff's Post-Hearing Brief.

Executed at Port Washington, New York this 7th day of August, 2007.

                                              I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                s/
                                          Joseph M. Heppt, Esq. (JH-4974)
                                          *Attorney for the Plaintiff*