## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of **VENUSTAS INTERNATIONAL, LLC'S POST TRIAL BRIEF,** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 7th day of August, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via facsimile and First Class Mail, Postage Prepaid, on this 7th day of August 2007.

> Joseph Michael Heppt, Esq.
> 521 Fifth Ave.
> Suite 1805
> New York, N.Y. 10175
>
> *Facsimile: 212-973-0891*

Dated: August 7, 2007               By: s/Robert G. Shepherd
                                         Robert G. Shepherd