```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

AEDES DE VENUSTAS, INC.,

        Plaintiff,

-v-                                              No. 07 Civ. 4530 (LTS)(THK)

VENUSTAS INTERNATIONAL, L.L.C.,

        Defendant.

-----------------------------------------------------------x

## ORDER

        It is hereby ordered that, in light of the reference of general pretrial management responsibility to Magistrate Judge Theodore H. Katz in the above-captioned case, the initial pretrial conference scheduled for Friday, September 21, 2007, at 3:00 pm before Judge Swain is cancelled and the initial pretrial conference will now be held before Judge Katz. The parties should promptly contact Judge Katz's chambers in order to schedule a new time for the conference.

Dated: New York, New York
        September 14, 2007

                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge