UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

         Plaintiff,

    -against-           ____CIVIL_____(     )

         Defendant.
---------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: _____

☐ *Attorney*

  ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    _____

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: _____

  To:  _____

  ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

☐ *Address:*  _____

☐ *Telephone Number:* _____

☐ *Fax Number:* _____

☐ *E-Mail Address:* _____

Dated: _____  _____