Robert G. Shepherd, Esq. (RS5946)
Brooks R. Bruneau, Esq. (BB5523)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AEDES DE VENUSTAS, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 1:07-04530 (LTS) |
| VENUSTAS INTERNATIONAL, LLC, | : | **CERTIFICATE OF SERVICE**<br>Electronically Filed |
| Defendant | : | |

It is hereby certified that a true and correct copy of the **MEMO ENDORSEMENT SIGNED BY JUDGE LAURA T. SWAIN ON NOVEMBER 13, 2007, GRANTING DEFENDANT PERMISSION TO FILE A MOTION FOR PARTIAL SUMMARY JUDGMENT** was served on all Filing Users associated with the case via the Court's CM/ECF system on this 15th day of November, 2007.

A true and correct copy of the foregoing documents was served on counsel listed below via facsimile on this 15th day of November, 2007.

>Joseph Michael Heppt
>260 Madison Avenue
>21st Floor
>New York, NY 10016
>T: (212) 973-0839
>F: (212) 973-0891

Dated: November 15, 2007    By: s/Robert G. Shepherd
                                Robert G. Shepherd