**MATHEWS, SHEPHERD, McKAY & BRUNEAU**

ATTORNEYS AT LAW
29 THANET ROAD, SUITE 201
PRINCETON, NEW JERSEY 08540
(609) 924-8555
FACSIMILE: (609) 924-3036
WEB SITE: www.mathewslaw.com
E-MAIL: attorneys@mathewslaw.com

ROBERT G. SHEPHERD
DIANE DUNN McKAY
BROOKS R. BRUNEAU
TODD A. DENYS
KRISTINE L. BUTLER
CHRISTOPHER CASIERI
MOIRA J. SELINKA
CYNTHIA SOUMOFF, PH.D.

PATENTS
TRADEMARKS
COPYRIGHTS
UNFAIR COMPETITION
LICENSING
COMPUTER AND HIGH
TECHNOLOGY MATTERS
RELATED LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 2 2008

January 18, 2008

*Via Facsimile: 212-805-0426*
Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**MEMO ENDORSED**

RE:   *Aedes De Venustas, Inc. v. Venustas International, LLC*
       S.D.N.Y. Case No. 07 4530 (LTS)(THK)
       Our File Number: 5423-104

Dear Judge Swain:

I am saddened to receive Mr. Heppt's letter to Your Honor of today. I did indeed tell Mr. Heppt that I would file the motion by January 11, 2008, but I was unable to complete the motion by that time due to the press of a number of other personal as well as client litigation matters.

Let me assure the Court I am not dragging my feet. I was in fact sitting at my desk working on the brief when I received Mr. Heppt's letter.

The motion was almost complete and we would therefore ask the Court's further indulgence and allow defendant until next week in which to file this Motion for Partial Summary Judgment. We are filing the proposed Order with ECF which I understand must be done before the Motion can be filed.

Respectfully Submitted,

MATHEWS, SHEPHERD, McKAY & BRUNEAU

Robert G. Shepherd

Copies mailed/faxed to All Parties
Chambers of Judge Swain  1-18-08

*[Handwritten endorsement:]* Any such motion shall be filed by defendant, and served (with a courtesy copy for chambers) by 1/25/08. The undersigned has not stayed discovery in this matter.

SO ORDERED.

/s/ Laura Taylor Swain  1/18/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

RGS:dm
Enc.
Cc:   Joseph M. Heppt, Esq. (via Facsimile)