Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

Of Counsel:
Philip Colicchio, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, NJ 08540
Tel: 609 987-0022
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| AEDES DE VENUSTAS, INC., | : | Civil Action No.: 1:07-04530 (LTS) |
| Plaintiff, | : | **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | : | |
| VENUSTAS INTERNATIONAL, LLC, | : | Motion Returnable: _____ |
| Defendant. | : | Honorable Laura Taylor Swain<br>Magistrate Judge Theodore Katz |
| | | Documents Electronically Filed |

PLEASE TAKE NOTICE that pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant, Venustas International, LLC, hereby moves this Court for an order granting partial summary judgment on the issue of damages to Defendant and denying the award of Defendant's profits to Plaintiff.

As grounds for this motion, Defendant sets forth the accompanying Statement of Undisputed Material Facts and Defendant's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment, with the attached Declaration of Sam Ghusson,

which together demonstrate that there is no genuine issue of material fact and that Defendant Venustas is entitled to judgment as a matter of law with regards to damages, and that plaintiff is not entitled to an award of defendant's profits pursuant to current case law in the Second Circuit.

Movant used its best efforts, including a telephone conference with Plaintiff's counsel as well as an exchange of letters with Plaintiff, to resolve informally with Plaintiff the matters raised in Defendant's Motion for Partial Summary Judgment.

Dated: January 25, 2008         BY: s/ Robert G. Shepherd
                                  Robert G. Shepherd, Esq.
                                  MATHEWS, SHEPHERD, McKAY & BRUNEAU
                                  29 Thanet Road, Suite 201
                                  Princeton, New Jersey 08540-3661
                                  Phone: (609) 924-8555
                                  Facsimile: (609) 924-3036
                                  Email: shep@mathewslaw.com