UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AEDES DE VENUSTAS, INC., | : | Civil Action No.: 1:07-04530 (LTS) |
| Plaintiff, | : | [PROPOSED] **ORDER** DENYING THE AWARD OF |
| v. | : | DEFENDANT'S PROFITS TO PLAINTIFF |
| VENUSTAS INTERNATIONAL, LLC, | : | **Motion Returnable:** |
| Defendant. | : | Honorable Laura Taylor Swain Magistrate Judge Theodore Katz |

This matter having been brought before the Court on Motion of Defendant for Partial Summary Judgment to deny Plaintiff the award of Defendant's profits in this matter; and

The Court having reviewed the Defendant's motion papers and Plaintiff's opposition thereto and the arguments of counsel made therein, and for good cause shown,

**IT IS HEREBY ORDERED** that this Motion for Partial Summary Judgment is **GRANTED** and Plaintiff is not entitled to an award of Defendant's profits in this matter.

**IT IS SO ORDERED.**

Dated: _____     _____
                                     Hon. Laura Taylor Swain, U.S.D.J.