## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of **DEFENDANT'S NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT, DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT, L.CIV.R.56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS WITH APPENDIX, DECLARATION OF SAM GHUSSON and [PROPOSED] ORDER FOR PARTIAL SUMMARY JUDGMENT** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 25th day of January, 2008.

A true and correct copy of the foregoing documents were served on counsel listed below via First Class Mail on this 25th day of January, 2008

Joseph Michael Heppt, Esq.<br>
Law Offices of Joseph M. Heppt<br>
260 Madison Avenue, 21st Floor<br>
New York, New York 10016<br>
Facsimile at: 516-767-7976 and<br>
212-973-0891

Dated:  January 25, 2008                By:  s/Robert G. Shepherd
                                              Robert G. Shepherd