UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AEDES DE VENUSTAS, INC., | : | Civil Action No.: 1:07-04530 (LTS) |
| Plaintiff, | : | [PROPOSED] **ORDER GRANTING DEFENDANT** |
| v. | : | **A PROTECTIVE ORDER TO BAR PLAINTIFF FROM DEPOSING** |
| VENUSTAS INTERNATIONAL, LLC, | : | **OR DEMANDING DOCUMENTS OF NON-PARTY ALLEN SILK, ESQ.** |
| | : | |
| Defendant. | | Honorable Laura Taylor Swain<br>Magistrate Judge Theodore Katz<br>**Motion Returnable:** |

This matter having been brought before the Court on Motion of Defendant for a Protective Order under Fed.R.Civ. P. 26(c) to Bar Plaintiff from Deposing or Demanding Documents of Non-Party Allen Silk, Esq.; and

The Court having reviewed the Defendant's motion papers and Plaintiff's opposition thereto and the arguments of counsel made therein, and for good cause shown,

**IT IS HEREBY ORDERED** that this Motion for a Protective Order under Fed.R.Civ. P. 26(c) to bar Plaintiff from taking the deposition or demanding documents of Non-Party Allen Silk, Esq. is **GRANTED** and Plaintiff shall not depose Allen Silk, Esq. or to demand that Mr. Silk produce documents or objects in this matter.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                                Hon. Laura Taylor Swain, U.S.D.J.