

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
AEDES DE VENUSTAS, INC.,              Case No. 07 CIV 4530 (LTS)(THK)
                Plaintiff,            AFFIDAVIT OF SERVICE
    -against-

VENUSTAS INTERNATIONAL, LLC,

                Defendant.
--------------------------------X
STATE OF NEW JERSEY )
                     s.s.:
COUNTY OF SOMERSET  )
```

TED CORDASCO, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 30th day of January, 2008, at approximately 4:05 p.m., deponent served a Subpoena in a Civil Case with Schedule A upon Allen Silk, Esq. at Stark & Stark, 993 Lenox Drive, Building Two, Lawrenceville, New Jersey by personally delivering and leaving the same with Allen Silk at that address. A witness fee of $40.00 was tendered at the time of service.

Allen Silk is a white male in his 50's, stands approximately 5 feet, 9 inches tall, weighs approximately 180 pounds with brown hair.

Sworn to before me this
4 day of February, 2008.

TED CORDASCO

KAREN LEE SWICKLE
Notary Public, State of New Jersey
Commission Expires January 7, 2012