**JOSEPH M. HEPPT**
ATTORNEY AT LAW
260 MADISON AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 973-0839
FACSIMILE: (212) 973-0891
CELL PHONE: (917) 364-6947

EMAIL: JMHEPPT@HEPPTLAW.COM
WEBSITE: HEPPTLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
FEB 18 2008

February 15, 2008

**VIA FACSIMILE**
**(212) 805-0426**

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

MEMO ENDORSED
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do not fax such certificate to Chambers.

Re:   Aedes De Venustas, Inc. v. Venustas International, LLC
      S.D.N.Y. Case No. 07 cv 4530 (LTS) (THK)

Your Honor:

I represent the plaintiff in the above-referenced action. On February 11, the defendant brought a motion for a protective order pursuant to Fed.R.Civ.P. 26(c). Local Civil Rule 6.1(b) provides that plaintiff's opposition papers are due today. However, as we explained to your clerk today on the telephone, defendant's counsel and I have stipulated that plaintiff's opposition papers may be served and filed on Tuesday, February 19. I respectfully ask that the Court "so order" this extension of time.

Thank you in advance for your consideration.

Respectfully submitted,

Joseph M. Heppt

JMH/wrk

Copy to:   Robert Shepherd, Esq. (via fax)

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
2/15/08

Copies mailed/faxed to _Pla's Counsel_
Chambers of Judge Swain  2-18-08