## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR A PROTECTIVE ORDER; DECLARATION OF JOSEPH M. HEPPT, ESQ. was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 19th day of February, 2008.

A true and correct copy of the foregoing documents was served on counsel listed below via First Class Mail on this 19th day of February, 2008.

>   Robert G. Shepherd, Esq.
>   Mathews, Shepherd, McKay & Bruneau, P.A.
>   29 Thanet Road, Suite 201
>   Princeton, NJ 08540

Dated: February 19, 2008                By:    s/ Joseph M. Heppt
                                               Joseph M. Heppt