**CERTIFICATE OF SERVICE**


I hereby certify that on February 20, 2008, I served a true and correct copy of the

Memo Endorsement dated February 15, 2008 by causing a copy of the same to be sent by

facsimile transmission to Robert Shepherd, Esq., counsel for the defendant.

Dated: New York, New York
       February 20, 2008


_____/s Joseph M. Heppt_____
Joseph M. Heppt, Esq. (JH-4974)
*Attorney for the Plaintiff*