## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of a **DEFENDANT'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR A PROTECTIVE ORDER TO BAR PLAINTIFF FROM DEPOSING OR DEMANDING DOCUMENTS OF NON-PARTY ALLEN SILK, ESQ.** was served on all Filing Users associated with the case via the Court's CM/ECF system per Local Rule 5.2 on this 20th day of February, 2008.

A true and correct copy of the foregoing document was served on counsel listed below via First Class Mail on this 20th day of February, 2008:

Joseph Michael Heppt, Esq.
Law Offices of Joseph M. Heppt
260 Madison Avenue, 21st Floor
New York, New York 10016

Dated:  February 20, 2008                    By:  s/Robert G. Shepherd
                                                  Robert G. Shepherd