Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 1:07-04530 (LTS) |
| : | |
| BATALLURE BEAUTY, LLC F/K/A : | |
| VENUSTAS INTERNATIONAL, LLC, : | **NOTICE OF MOTION TO** |
| : | **WITHDRAW AS DEFENDANT'S** |
| Defendant. : | **COUNSEL** |

PLEASE TAKE NOTICE that upon the annexed Affirmation of Robert G. Shepherd, Esq., an attorney admitted to practice before the courts of the Southern District of the State of New York, Mathews, Shepherd, McKay & Bruneau, P.A. ("MSMB"), currently attorneys for defendant Batallure Beauty, LLC (formerly known as Venustas International, LLC) in the above-captioned action, shall move this Court pursuant to Local Rule 1.4 on or prior to the 9th day of May, 2008 at 9:30 a.m. or soon thereafter, before the Honorable Laura Taylor Swain, United States District Judge, at the Daniel Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Local Rule 1.4 allowing MSMB to withdraw as Batallure Beauty, LLC's counsel, and for such other and further relief as this Court deems just and proper.

Dated: May 1, 2008                    Respectfully submitted,

                                                                     s/Robert G. Shepherd
                                                                    Robert G. Shepherd, Esq.

                                                                    MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
                                                                  Attorneys for defendant Batallure Beauty, LLC
                                                                  29 Thanet Road, Suite 201
                                                                  Princeton, New Jersey 08540
                                                                  E-mail: shep@mathewslaw.com