Robert G. Shepherd, Esq. (RGS-5946)
MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, NJ 08540
Tel: (609) 924-8555

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., | |
| Plaintiff, | |
| v. | Civil Action No.: 1:07-04530 (LTS) |
| BATALLURE BEAUTY, LLC F/KA VENUSTAS INTERNATIONAL, LLC | **AFFIRMATION OF ROBERT G. SHEPHERD** |
| Defendant. | |

Robert G. Shepherd, an attorney admitted to practice before the courts of the Southern District of New York, affirms the truth of the following subject to the laws of perjury:

1. I am a partner in the law firm of Mathews, Shepherd, McKay & Bruneau, P.A., ("MSMB"), Attorney for Batallure Beauty, LLC (f/k/a Venustas International, Inc.). I make this affirmation on the basis of personal knowledge and submit it pursuant to Rule 1.4 in support of MSMB's application to withdraw as Batallure Beauty, LLC's counsel.

2. MSMB has been advised by Batallure Beauty, LLC that it has retained the law firm of Fish & Richardson to serve as new counsel in the above-captioned case, and therefore no longer requires the services of MSMB. A true and correct copy of the electronic mail

correspondence from Mr. Sam Ghusson of Batallure Beauty, LLC to me so advising MSMB is attached hereto.

The Posture of the Case

3.      The posture of the case is as follows:

    a.      A complaint in this action was filed by plaintiff Aedes de Venustas, Inc. on or about May 30, 2007. ("Complaint").

    b.      On or about May 30, 2007, plaintiff Aedes de Venustas, Inc. served Batallure Beauty, LLC with an application for a Preliminary Injunction with Temporary Restraints. On June 1, 2007 the Motion for a Preliminary Injunction was consolidated in a hearing before Judge Swain into a hearing for a Permanent Injunction.

    c.      On or about June 19, 2007, defendant Batallure Beauty, LLC filed an Opposition to the Application for a Permanent Injunction.

    d.      On or about June 20, 2007, plaintiff Aedes de Venustas, Inc. filed a reply in response to defendant's Opposition to the Application for a Permanent Injunction.

    e.      On or about June 28, 2007, defendant Batallure Beauty, LLC filed its Answer to the Complaint.

    f.      On July 13, 2007 a trial was held before Judge Swain on the issue of a Permanent Injunction.

    g.      On or about August 7, 2007 a post-trial brief was filed by plaintiff Aedes de Venustas.

    h.      On or about August 7, 2007 a post-trial brief was filed by defendant Batallure Beauty, LLC.

   i.  On or about September 12, 2007 an Opinion and Order issued by Judge Swain Granted the Plaintiff's Request for a Permanent Injunction against defendant Batallure Beauty, LLC.

   j.  On or about November 9, 2007, defendant Batallure Beauty, LLC requested permission from the Court to file a Motion for Partial Summary Judgment that the plaintiff is not entitled to an award of the defendants' profits.

   k.  On or about November 13, 2007, plaintiff Aedes de Venustas filed a Response to defendant's request to file a Motion for Partial Summary Judgment, objecting to defendant's request.

   l.  On or about November 13, 2007 permission was granted by Judge Swain for defendant to file a Motion for Partial Summary Judgment.

   m.  On or about January 25, 2008 defendant Batallure Beauty, LLC filed its Motion for Partial Summary Judgment.

   n.  On or about February 11, 2008 defendant filed a Motion for a Protective Order to Bar the Deposition or Demanding of Documents of Non-Party Allen Silk.

   o.  On or about February 19, 2008 plaintiff Aedes de Venustas filed its response in Opposition to defendant's Motion for a Protective Order to Bar the Deposition or Demanding of Documents of Non-Party Allen Silk.

   p.  On or about February 20, 2008 defendant filed its reply in response to plaintiff's Opposition to defendant's Motion for a Protective Order to Bar the Deposition or Demanding of Documents of Non-Party Allen Silk.

q. On or about March 5, 2008 an Opinion was issued by Judge Swain denying defendant's Motion for a Protective Order to Bar the Deposition or Demanding of Documents of Non-Party Allen Silk.

4. It is my understanding that David Francescani Esq., a partner in the New York office of Fish & Richardson and Kristen McCallion, Esq. of Fish & Richardson will be representing Batallure Beauty, LLC hereon in the above-captioned matter. Thus, no delay or prejudice will result from the withdrawal of MSMB, and I request that MSMB's application to withdraw be granted.

Dated: May 1, 2008                     Respectfully submitted,


                                       By: s/Robert G. Shepherd
                                           Robert G. Shepherd, Esq.

                                       MATHEWS, SHEPHERD, McKAY & BRUNEAU, P.A.
                                       Attorneys for defendant Batallure Beauty, LLC
                                       29 Thanet Road, Suite 201
                                       Princeton, New Jersey 08540
                                       E-mail: shep@mathewslaw.com

# EXHIBIT A

## Robert Shepherd

**From:** Sam Ghusson [sghusson@batallure.com]
**Sent:** Friday, April 11, 2008 2:10 PM
**To:** Robert Shepherd; Philip M. Colicchio; Bennett J. Wasserman
**Cc:** francescani@fr.com; mccallion@fr.com

Gentlemen,

We retained Mr. David Francescani from Fish & Richardson P.C. to handle the trademark infringement lawsuit pending in the United States
District Court, for the Southern District of New York entitled Aedes D. De Venustas, Inc. vs. Venustas International, LLC.

Please provide any and all information requested by his firm.

Contact information for David and Kristen:

**Mr. David R. Francescani**
**Managing Principal**
**T 212-765-5070**
**F 212-258-2291**
**francescani@fr.com**

**Kristen A. McCallion**
**Attorney**
**T 212-765-5070**
**F 212-258-2291**
**mccallion@fr.com**

Thanks for all your help and have a great weekend.

Regards.
Sam

Sam Ghusson
batallure beauty, LLC
sghusson@batallure.com
T (609) 779-6244
C (646) 334-3730
F (609) 716-1214

4/28/2008