UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., | |
| Plaintiff, | |
| v. | 07 Civ. 4530 (LTS) (THK) |
| VENUSTAS INTERNATIONAL, LLC, | |
| Defendant. | |

### DEFENDANT BATALLURE BEAUTY, LLC f/k/a VENUSTAS INTERNATIONAL, LLC'S NOTICE OF SUBSTITUTION OF COUNSEL

In accordance with Local Rule 1.4 counsel for defendant Batallure Beauty, LLC (f/k/a Venustas International, LLC) ("Batallure") provided notice of its motion to withdraw from the representation of Batallure in the above identified litigation.

Counsel withdrawing from representation of Batallure in this matter:

Robert G. Shephard
Brooks Robert Bruneau
MATHEWS, SHEPHERD, MCKAY & BRUNEAU, P.A.
29 Thanet Road, Suite 201
Princeton, New Jersey  08540
Telephone: (609) 924-8555
Fax: (609) 924-3036

We hereby provide notice to the Court of new counsel for the representation of Batallure in the above identified litigation:

David Francescani (DF 9701)
Kristen McCallion (KM 5593)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, New York 10022
Tel: (212) 765-5070
Fax: (212) 258-2291
Francescan@fr.com
mccallion@fr.com

Respectfully submitted,

Defendant Batallure Beauty, LLC, f/k/a
Venustas International, LLC

By its attorneys,

Dated: May 1, 2008

By: _____
David Francescani (DF 9701)
Kristen McCallion (KM 5593)
FISH & RICHARDSON P.C.
153 East 53rd Street, 52nd Floor
New York, New York 10022
Tel: (212) 765-5070
Fax: (212) 258-2291

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing DEFENDANT Batallure Beauty, LLC f/k/a VENUSTAS INTERNATIONAL, LLC'S NOTICE OF SUBSTITUTION OF COUNSEL was served on counsel for Plaintiff and former counsel for Defendant by sending a true and correct copy by First Class Mail, postage prepaid:

        Joseph M. Heppt (JH 4974)
        Law Offices of Joseph M. Heppt
        521 Fifth Aveneu, Suite 1805
        New York, New York 10175
        Tel: (212) 973-0839

        Robert G. Shephard (RS____)
        MATHEWS, SHEPHERD,
        MCKAY & BRUNEAU, P.A.
        29 Thanet Road, Suite 201
        Princeton, New Jersey 08540
        Telephone: (609) 924-8555
        Fax: (609) 924-3036

on May 1, 2008.

                                                      _____