UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aedes De Venustas, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Venustas International, LLC,<br><br>    Defendant. | 1:07-CV-04530-LTS-THK |

### DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Defendant Batallure Beauty LLC, f/k/a Venustas International, LLC ("Batallure") respectfully moves this Court for an order granting summary judgment that plaintiff is not entitled to an accounting or award of Batallure's profits.

Venustas' motion is supported by the facts, points, and authorities set forth in the accompanying memorandum of law and the Declaration of Kristen McCallion, Declaration of Sam Ghusson, Declaration of Robert G. Shepherd and Declaration of Denis McNeill.

                                                      Respectfully submitted,

                                                      FISH & RICHARDSON P.C.

Dated: May 23, 2008                        By: _____
                                                      David Francescani (DF 9701)
                                                      Kristen McCallion (KM 5593)
                                                      FISH & RICHARDSON P.C.
                                                      153 East 53rd Street, 52nd Floor
                                                      New York, New York 10022
                                                      Tel: (212) 765-5070
                                                      Fax: (212) 258-2291

                                                      Attorneys for Defendant
                                                      BATALLURE BEAUTY LLC, f/k/a
                                                      Venustas International, LLC

30419486.doc