# Ex D to Decl of McCallion

\* REPRINT 10/26/07 2:01pm \*

STARK & STARK, A Professional Corporation
Attorneys at Law
P.O. Box 5315
Princeton, New Jersey
08543-5315

Federal Tax I.D. 22-2092476

April 17, 2006

SAM GHUSSON/ROBIN BURNS MCNEILL
56 Fitch Way
Princeton, NJ
08540


Re: 19655-0004 - FORMATION OF LLC - FIXED FEE

---

Professional Services through March 21, 2006

| Atty | Service Date | Description |
|------|--------------|-------------|
| SLK  | 11/09/05 | Initial telephone conference with Mr. Sam Ghusson to discuss a new business venture. Memo to the file. |
| MCG  | 01/27/06 | Corporate Search. |
| MCG  | 02/03/06 | Corporate Search for name availability. |
| SLK  | 02/03/06 | Conference with Myra C. Gibson, legal assistant to review her search of an LLC name and email she sent to Mr. Sam Ghusson. |
| MCG  | 02/06/06 | Preparation and filing of Certificate of Formation. |
| SAM  | 02/06/06 | Phone conference with Allen M. Silk, Esquire and Mr. Sam Ghusson to discuss management of the company. |
| SLK  | 02/06/06 | Telephone conference with Mr. Sam Ghusson to discuss the name of the entity, the date of formation, manager managed and trusts owning the membership interests. Conference with Stuart A. Mickelberg, Esquire to begin drafting the Operating Agreement. Conference with Myra C. Gibson, legal assistant for forming the entity. |
| MCG  | 02/15/06 | Corporate Search for name availability. |
| MCG  | 03/17/06 | Follow-up regarding Trademark Search and Registration, Corporate Search. for name availability. |
| MCG  | 03/21/06 | Coordination with accountant regarding filing of SS4 and Business Registration. |

```
                    * REPRINT 10/26/07  2:01pm *
                              - 2 -
SAM GHUSSON/ROBIN BURNS MCNEILL
Re: 19655-0004
April 17, 2006
```

---

                                                                  $1,500.00

   MYRA C GIBSON......................    1.70  hours
   STUART A MICKELBERG...............     .70  hours
   ALLEN M SILK......................    2.60  hours

---

                    Disbursements through March 29, 2006

File Storage & Maintenance
 02/16/06 File Storage & Maintenan................  $50.00
  Sub-total: File Storage & Maintenance....................            $50.00
Secretary of State
 03/29/06 Secretary of State......................      $10.00
  Sub-total: Secretary of State............................            $10.00
                                                                     ---------
                                                                        $60.00

---

Total Services This Billing                                          $1,500.00
Total Disbursements This Billing                                        $60.00

Total Services and Disbursements This Billing                        $1,560.00


Opening Balance as of 02/13/06                                           $.00
                                                                     ---------
Balance Due
                                                                     $1,560.00
                                                                     =========

                              Aged Balance Due

| Current  | 31-60 days | 61-90 days | 91-120 days | Over 120 days | Balance Due |
|----------|------------|------------|-------------|---------------|-------------|
| 1560.00  | .00        | .00        | .00         | .00           | 1560.00     |

000001215

```
                    * REPRINT 10/26/07  8:04am *

            STARK & STARK, A Professional Corporation
                         Attorneys at Law
                          P.O. Box 5315
                       Princeton, New Jersey
                          08543-5315
```

Federal Tax I.D. 22-2092476

May 8, 2006

SAM GHUSSON/ROBIN BURNS-MCNEILL
56 Fitch Way
Princeton, NJ
08540

Re: 19655-0003 - GENERAL BUSINESS MATTERS

---

Professional Services through April 21, 2006

| Atty | Service Date | Description |
|------|--------------|-------------|
| SLK | 12/01/05 | Initial office conference with Mr. Sam Ghusson and Mr. Dennis McNeill. Conference with Steven L. Friedman, Esquire to discuss planning issue on the ownership of the equity. .memo to the file. |
| SLK | 12/05/05 | Telephone conference with Mr. Chris Ward and then Mr. Sam Ghusson to discuss insurance issues. Telephone conference with Howard Dorman, CPA to discuss the open issues on the formation. |
| SLK | 12/30/05 | Draft of correspondence to clients. |
| MCG | 02/06/06 | Corporate Search. for name availability-Venustas |
| SLK | 02/06/06 | Review with Myra C. Gibson, legal assistant whether Venustas is a possible name for the entity. |
| SLK | 02/15/06 | Telephone conference with Mr. Sam Ghusson to discuss a new name for the LLC. Conference with Myra C. Gibson, legal assistant to discuss the search for "The Pulse, LLC". Review of searches prepared by Ms. Gibson and telepne discussion with Mr. Ghusson on same. |
| SLK | 03/20/06 | Conference with Gregg Kander, Esquire to discuss the tax planning for the new entity. Conference with Steven L. Friedman, Esquire to review same and the various trusts we may need. Telephone conference with Mr. Sam Ghusson to review same. |
| MCG | 03/21/06 | Preparation of Certificate of Amendment to change name of RBSG Enterprises; sent to client with copies to Allen M. Silk, Esquire and Robert Rahl. Filed signed amendment. |

\* REPRINT 10/26/07  8:04am \*
- 2 -

SAM GHUSSON/ROBIN BURNS-MCNEILL
Re: 19655-0003
May 8, 2006

---

| | | |
|---|---|---|
| SLK | 03/21/06 | Telephone conference with Robert Rahl, CPA. Forward LLC information to Mr. Rahl. Telephone conference with Mr. Sam Ghusson to review his options for the transfer of interests to Trusts for two of his children and how that could also work for the other owner. Conference with Steven L. Friedman, Esquire to discuss planning issues and review of his proposed plan. Forward same to Mr. Rahl. Telephone message left with Mr. Gerry Goldman. |
| MCG | 03/22/06 | Received filed Certificate of Amendment; sent same to client |
| SAM | 03/22/06 | Begin preparing Exclusive Fragrance Manufacture and Supply Agreement |
| SLK | 03/22/06 | Review message from Mr. Sam Ghusson on the N.Y. and Company contract. Conference with Stuart A. Mickelberg, Esquire to review the drafting assignment. Conference call with Mr. Jerome Goldman and Steven L. Friedman, Esquire to review the various options available to the equity owners on the way the membership interests should be owned and possibly transferred. Also, the Buy/Sell provisions. |
| C-H | 03/23/06 | Revise, draft and edit proposed draft of Exclusive Supply Agreement. |
| SAM | 03/23/06 | Review and revise initial draft of Fragrance Supply and Manufacturing Agreeement |
| SAM | 03/23/06 | Conference call with Allen M. Silk, Esquire and Mr. Sam Ghusson to discuss Supply Agreement, Operating Agreement, and Buy Sell Agreement; review of Agreements |
| SLK | 03/23/06 | Conference with Stuart A. Mickelberg, Esquire and Cynthia Ham, Esquire to discuss drafting issues pertaining to the Exclusive Supply Agreement. Review of draft document. Conference call with Mr. Sam Ghusson and Stuart A. Mickelberg, Esquire to review and amend the Exclusive Supply Agreement and to discuss the provisions of the Buy/Sell Agreement. |
| SAM | 03/24/06 | Revise Exclusive Supply Agreement based upon changes discussed with client |
| SAM | 03/28/06 | Phone call from Mr. Sam Ghusson and preparation of a Mutual Confidentiality Agreement between Venustas International, LLC and New York and Company |
| SAM | 03/29/06 | Phone call to Mr. Sam Ghusson regarding Confidentiality Agreement; drafted letter to Mr. Richard Cystal at New York and Company regarding Confidentiality Agreement |
| SAM | 03/30/06 | Phone call with Mr. Sam Ghusson regarding Confidentiality |

000001218

```
                        * REPRINT 10/26/07  8:04am *
                                   - 3 -
SAM GHUSSON/ROBIN BURNS-MCNEILL
Re: 19655-0003
May 8, 2006
```

---

|     |          | Agreement with New York and Company; draft Confidentiality Agreement for American Eagle Outfitters, Inc. |
|-----|----------|---|
| SAM | 03/31/06 | Begin preparing initial draft of Buy-Sell Agreement |
| SAM | 04/03/06 | Continue drafting Buy-Sell Agreement |
| SAM | 04/07/06 | Revise Operating Agreement and continue preparation of the Buy-Sell Agreement |
| SLK | 04/07/06 | Conference with Stuart A. Mickelberg, Esquire to review the potential parties to the Operating Agreement and the Buy/Sell Agreement. |
| SAM | 04/10/06 | Conference with Allen M. Silk, Esquire regarding terms for Operating Agreement and Buy-Sell Agreement; revise Agreements accordingly |
| SAM | 04/13/06 | Revisions to Operating Agreement and discussions with Allen M. Silk, Esq. regarding draft of Operating Agreement |
| SAM | 04/19/06 | Discussion with Allen M. Silk, Esq, regarding Buy Sell Agreement and Operating Agreement; email correspondence to Robin Burns, Dennis McNeil and Robert Rahl |
| SLK | 04/19/06 | Telephone conference with Mr. Sam Ghusson to discuss the Buy/Sell Agreement. |
| SAM | 04/21/06 | Draft correspondence to Robin Burns, Dennis McNeil, and Robert Rahl regarding Buy-Sell Agreement |
| SLK | 04/21/06 | Telephone conference with client to discuss open issues. |

                                                                $9,201.00

```
    CYNTHIA S. HAM....................    3.80   hours
    MYRA C GIBSON.....................    1.40   hours
    STUART A MICKELBERG...............   20.50   hours
    ALLEN M SILK......................   11.50   hours
```

---

                    Disbursements through April 30, 2006

```
File Storage & Maintenance
  11/15/05 File Storage & Maintenan................   $50.00
    Sub-total: File Storage & Maintenance.......................        $50.00
Fax, Phone, Postage & Admin
  11/30/05 ..........................................   $12.00
  12/31/05 ..........................................   $51.00
  01/31/06 ..........................................   $16.94
```

* REPRINT 10/26/07  8:04am *

- 4 -

SAM GHUSSON/ROBIN BURNS-MCNEILL
Re: 19655-0003
May 8, 2006

```
----------------------------------------------------------------
    02/28/06 .............................................    $18.76
    03/31/06 .............................................   $231.18
    04/30/06 .............................................    $63.84
     Sub-total: Fax, Phone, Postage & Admin................              $393.72
  Printing & Duplication
    02/06/06 Printing & Duplication.......................     $2.50
     Sub-total: Printing & Duplication.....................                $2.50
  Secretary of State
    03/29/06 Secretary of State...........................    $10.00
    03/29/06 Secretary of State...........................   $157.00
     Sub-total: Secretary of State.........................              $167.00
                                                                         --------
                                                                         $613.22
----------------------------------------------------------------

    Total Services This Billing                                        $9,201.00
    Total Disbursements This Billing                                     $613.22
                                                                       ---------
    Total Services and Disbursements This Billing                      $9,814.22

    Opening Balance as of 02/15/06                                          $.00
                                                                       ---------
    Balance Due                                                        $9,814.22
                                                                       =========
```

Aged Balance Due

| Current | 31-60 days | 61-90 days | 91-120 days | Over 120 days | Balance Due |
|---------|------------|------------|-------------|---------------|-------------|
| 9814.22 | .00        | .00        | .00         | .00           | 9814.22     |

```
                STARK & STARK, A Professional Corporation
                            Attorneys at Law
                             P.O. Box 5315
                          Princeton, New Jersey
                              08543-5315
```

                                        Federal Tax I.D. 22-2092476

                                        May 8, 2006

SAM GHUSSON/ROBIN BURNS-MCNEILL
56 Fitch Way
Princeton, NJ
08540

    Re: 19655-0003 - GENERAL BUSINESS MATTERS
------------------------------------------------------------------------

                    B I L L I N G   S U M M A R Y

    CURRENT CHARGES:
        Fees                                              $9,201.00
        Disbursements                                        613.22
        Finance Charges                                         .00
                                                         ----------
            TOTAL CURRENT CHARGES                          9,814.22
                                                         ----------

    PRIOR CHARGES:
        Fees                                                    .00
        Disbursements                                           .00
        Finance Charges                                         .00
        Advances                                                .00
                                                         ----------
            TOTAL PRIOR CHARGES                                 .00
                                                         ----------

            T O T A L   A M O U N T   D U E             $9,814.22
                                                        ============

        THE TOTAL AMOUNT DUE IS PAYABLE UPON PRESENTATION.

        PLEASE RETURN A COPY OF THIS PAGE WITH YOUR PAYMENT.

           WE APPRECIATE THE OPPORTUNITY TO REPRESENT YOU.
        IF YOU HAVE ANY QUESTIONS REGARDING THIS BILL PLEASE
        CALL (609) 896-9060 AND ASK FOR THE BILLING OFFICE.

LJP1196550003050806