# Ex E to Decl of McCallion

# CERTIFICATE OF FORMATION

**FILED FEB 0 6 2006 STATE TREASURER**

The undersigned, desiring to form a limited liability company under the New Jersey Limited Liability Company Act ("LLCA"), N.J.S.A 42:2B-1, et seq., hereby certify that:

Throughout this Certificate of Formation, any word or words that are defined in the LLCA, as amended from time to time, shall have the same meaning as provided in the LLCA, and the word or words listed below within quotation marks shall be deemed to include the words which follow them:

A. "Certificate" – This Certificate of Formation.

B. "Company" – This Limited Liability Company

1. **Company Name.** The name of the Limited Liability Company shall be RBSG Enterprises, LLC (the "Company").

2. **Purpose.** The purpose of the Company is to engage in any lawful act permitted under the LLCA and to engage in any and all activities related or incidental thereto.

3. **Registered Office and Registered Agent.** The name of the registered agent and the address of the registered office of the Company in this State is Stark & Stark, A Professional Corporation, c/o Allen M. Silk, Esquire, 993 Lenox Drive, Lawrenceville, New Jersey 08648.

4. **Date of Formation and Term.** The formation of the Company shall be effective as of February 14, 2006 and shall exist in perpetuity unless dissolved in accordance with the terms of the Operating Agreement.

IN WITNESS WHEREOF, the undersigned has been duly authorized to execute this Certificate of Formation this 6th day of February, 2006.

Allen M. Silk, Esquire
Stark & Stark
993 Lenox Drive
Lawrenceville, New Jersey 08648

S1657460
J3121926

G:\DOCS\Bus\Clients\Gnusson, Sam\RBSG Enterprises\CERTIFICATE OF FORMATION.doc