# Ex F to Decl of McCallion

From:     Myra Gibson
To:       Silk, Allen
Date:     Wed, Feb 15, 2006 3:42 PM
Subject:  Sam Ghusson-The Pulse LLC

Is not available.

From:      Myra Gibson
To:        Silk, Allen
Date:      Wed, Feb 15, 2006 4:11 PM
Subject:   Pulse- See Attached

Pulse Inc is what makes The Pulse LLC unavailable.

000000016