# Ex G to Decl of McCallion

From:       Allen Silk
To:         Gibson, Myra
Date:       Mon, Feb 6, 2006 11:46 AM
Subject:    Venustas is a possible name for the entity.

Myra:
Please check this name in NJ.
Thanks,
Allen


Allen M. Silk
Stark & Stark
P.O. Box 5315
Princeton, NJ 08543-5315
or
993 Lenox Drive
Lawrenceville, NJ 08648
(609) 895-7265 (direct line)
(609) 895-7395 (fax)
asilk@stark-stark.com

www.stark-stark.com

New Jersey Law Blog
www.njlawblog.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

IRS Circular 230 disclosure: In order to comply with requirements imposed by the IRS, please be advised that any tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or tax-related matter(s) addressed herein.

CC:         Ghusson, Sam

000000009