# Ex I to Decl of McCallion

From: &lt;Sghusson@aol.com&gt;
To: &lt;asilk@stark-stark.com&gt;
Date: Fri, Mar 17, 2006 3:29 PM
Subject: (no subject)

Hi Allen,

Robin and I finally agreed on a name for our company so go ahead and register it.

Venustas International

Thank you and I look forward to see you or talk with you early in the week to follow up on the voice message that I left for you earlier today.

Regards,
Sam

---

This Email has been scanned for all viruses by PAETEC Email Scanning Services