# Ex J to Decl of McCallion

From:     Myra Gibson
To:       Silk, Allen
Date:     Fri, Mar 17, 2006 5:15 PM
Subject:  ghusson

Allen, the name Venustas International is available. I'm attaching a quote for trademark work, based on my rate and Rachel's Rate. I don't know where to fit you in so you can play around with it if you want.

000000054

# Trademark Search & Registration Fee Estimate
Quote for 1 trademark

| | No. of Searches | Cost Per Search | Total |
|---|---|---|---|
| Knock-out Search | 1 | $125 | $125 |
| TM Search (standard turn-around=3 business days) | 1 | $513 | $513 |

| | Hours | Rate | Total |
|---|---|---|---|
| Paralegal Review of Searches | 2 | $125 | $250 |
| Paralegal Preparation of Opinion Letter | 2 | $125 | $250 |
| Attorney Review and Completion of Opinion Letter | 1.5 | $325 | $488 |
| Review & Letter | 5.5 | | $988 |
| Total Searches, Review & Letter | | | $1,626 |
| Paralegal Preparation of 1 TM Application | 1.5 | $125 | $188 |

| | Class | Fee | Total |
|---|---|---|---|
| USPTO Filing Fees (one class) | | | |
| Words only | 1 | $325 | $325 |
| Total Filing Fees | | | $325 |
| Total for 1 Trademarks | | | $2,138 |

| | Est. Per Mark | | Total |
|---|---|---|---|
| Follow-up with USPTO | $ 500 | | $1,000 |
| Prepartion of ITU App | | | $125 |
| ITU Filing Fee | | | $150 |
| Follow-up Fees | 1 | | |
| | $775 | | $1,275 |
| Total Cost Estimate | $2,913 | | $3,413 |

6/19/2007

000000055