# Ex K to Decl of McCallion

STARK & STARK
A Professional Corporation
Attorneys at Law
993 Lenox Drive
Lawrenceville, New Jersey 08648
April 19, 2006

In Account With:
Sam Ghusson and Robin Burns McNeill
56 Fitch Way
Princeton, New Jersey 08540

Re:   Formation of LLC – Fixed Fee
      <u>Account No. 19655-4</u>

---

Legal Services:

    For Professional Services rendered, including corporate and trademark search for name availability; preparation and filing of Certificate of Formation; preparation and filing of SS4 and Business Registration; and initial drafting of Operating Agreement ....................................................$1,500.00

Disbursements:

    Secretary of State filing fee; file storage and maintenance.........................<u>$60.00</u>

### TOTAL DUE AND OWING STARK & STARK ..............$1,560.00

<u>Please Note:</u>  *Stark & Stark reserves the right to request reimbursement in the future of any additional disbursements which are not included on this invoice as a result of this transaction.*

000001213