# Ex L to Decl of McCallion

From:       Myra Gibson
To:         sghusson@aol.com
Date:       Wed, Mar 22, 2006  5:41 PM
Subject:    Name Change

Mr. Ghusson,

Attached is a copy of the filed Certificate of Amendment which changes the name of your LLC to Venustas International, LLC.

Regards,


Myra C. Gibson, Legal Assistant
Stark & Stark, P.C.
A Professional Corporation
PO Box 5315
Princeton, NJ 08543-5315
or
933 Lenox Drive
Lawrenceville, NJ  08648
(609) 219-7426 (direct line)
(609) 695-7395 (fax)
mgibson@stark-stark.com


CC:        rrahl@mercadien.com;  Silk, Allen


000000077

03/21/... FAX 6093980629    STARK & STARK    FOX    Mar 22 2006 03:50pm  P002/002
☉003



CGN

FILED

MAR 2 1 2006

STATE TREASURER

### CERTIFICATE OF AMENDMENT OF
### ARTICLES OF FORMATION OF
### RBSG ENTERPRISES, LLC

TO:   Secretary of State
      State of New Jersey

RBSG Enterprises, LLC, a limited liability company formed under the laws of the State of New Jersey, certifies the following to amend its Certificate of Formation in accordance with Section 42:2B-13, et.seq. of the New Jersey Limited Liability Company Act ("LLCA"):

1.   The name of the Limited Liability Company is RBSG Enterprises, LLC.

2.   The Certificate of Formation is hereby amended as follows:

Article 1. is hereby deleted in its entirety and replaced with the following new Article 1:

"1.   **Company name.** The name of the Limited Liability Company is Venustas International, LLC."

**IN WITNESS WHEREOF,** the undersigned has been duly authorized to execute this Certificate of Amendment of Certificate of Formation this 21st day of March, 2006.

Sam Ghusson, Manager

S1675642
J3154978

-1-

O:\DOCS\Bus\Clients\Ghusson, Sam\RBSG Enterprises\CERTIFICATE OF AMENDMENT- Name chg.doc

0600260273