# Ex M to Decl of McCallion

## NEW JERSEY LLC FORMATION CHECKLIST

**LLC NAME:**  RBSG ENTERPRISES, LLC

- ☐ Client confirmation, re: no trademark work
- ☒ Conduct name search   1/3/06
- ☒ File Certificate of Formation   1/6/06
- ☐ Preparation of Bank Resolution
- ☐ Preparation of Operating Agreement   SAM
- ☐ Preparation of computerized Ownership Ledger
- ☐ Preparation of Ownership Certificates, if necessary
- ☐ Preparation of Assignment, if necessary
- ☐ Order Minute Book or use 3-ring binder
- ☐ Forward Certificate of Formation and Operating Agreement to client for signature
- ☐ Receipt of Operating Agreement from client (follow-up in one month)
- ☐ Preparation and filing of Annual Report and open file number if Stark and Stark is serving as Registered Agent
- ☐ File any alternate name registrations
- ☐ File any foreign qualifications

000001000

EMPLOYEE ID#:

☐ File for EIN#
  or
☐ Send accountant letter to file EIN#   3-21-06 (email)
  or
☐ Send client instructions for filing EIN#

☐ Receive client's EIN#
  (follow-up in three months)

ADDITIONAL COMMENTS:

000001001