# Ex N to Decl of McCallion

### Robin Burns-Mcneill

**From:** Robin Burns-Mcneill
**Sent:** Monday, May 14, 2007 3:35 PM
**To:** Pierdinand@aol.com
**Subject:** RE: News from Pierre & Jerome DINAND

Dear Pierre,

I would love to see you but I am totally booked with appointments on May 31 (a lot of suppliers are in town because of the FiFis) and I am out of town the next day (Columbus, Ohio with our client, Abercrombie and Fitch). Will you attend the FiFi's on May 31? If yes, at least I will be able to say hello to you! I know that our head of Marketing, Nance Dickinson, has already met with Jerome and they had a very good meeting. We will definitely try to work with you. Tell me which months you will be in NY from June-November and I will tell you when I'm in town so we can plan to see each other.

Important for you to know that AEDES of VENUSTAS is NOT our company. Our company names is Venustas International. We design, develop and oversee manufacturing for private label fragrance and cosmetic products for Ann Taylor and Abercrombie & Fitch companies (we are working with two divisions from each company).

Looking forward to seeing you soon.

Much love,
Robin

---

**From:** Pierdinand@aol.com [mailto:Pierdinand@aol.com]
**Sent:** Monday, May 14, 2007 5:32 AM
**To:** Robin Burns-Mcneill
**Subject:** Re: News from Pierre & Jerome DINAND

Dear Robin,
Nice to hear from you.
It took me some time to answer tour email, as we were in our House od St Tropez
for a few days, The weather was gorgeous.
So you are back in business, I went on your AEDES of VENUSTAS website, and saw
that you are selling some of my designs, Artisan Parfumeur special edition Le Figuier
and Molinard sprays.
Of course I would love to come over and see you in New-York. Maybe, we could do
some business together, Why not create your own VENUSTAS Fragrance bottle.
Would you be free on May 31th or June 1st....
Let me know and I will plan a trip to New-York.
Love
Pierre
www.pierre-dinand.com


0033143543126
0033608160488


6/18/2007