# Ex A to Decl of Ghusson

L-102 NJSA 42 (2/94)

New Jersey Division of Revenue

**Certificate of Amendment**

Limited Liability Company

This form may be used to amend a Certificate of Formation of a Limited Liability Company on file with the Department of the Treasury. Applicants must insure strict compliance with NJSA 42, the New Jersey Limited. Liability Act, and insure that all applicable filing requirements are met.

1. Name of Limited Liability Company: VENUSTAS INTERNATIONAL, LLC

2. Identification Number: 0600294547

3. New LLC Name (if applicable): BATALLURE BEAUTY, LLC

4. Effective Date:

5. The Certificate of Formation is amended as follows (provide attachments if needed):

   Article 1 of the Certificate of Formation is amended to read as follows:

   "1. The name of the limited liability company is Batallure Beauty, LLC."

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 42 and that they are authorized to sign this form behalf of the Limited Liability Company.

Signature: [signature]

Name: Sam Ghusson, President.

Date: September 19, 2007

NJ Division of Revenue, PO Box 308, Trenton, NJ 08646

CERTIFICATE OF AMENDMENT

OF

<u>VENUSTAS INTERNATIONAL, LLC</u>

Under Section 804 of the Limited Liability Company Law

FIRST: The name of the limited liability company as it appears on the index of names in the Department of State is: VENUSTAS INTERNATIONAL, LLC

SECOND: The jurisdiction of organization of the limited liability company is: Delaware

THIRD: The date on which its application for authority to do business in this state was filed with the Department of State is: August 31, 2006

FOURTH: The application for authority is amended to change the name of the limited liability company, as follows:

Paragraph FIRST of the Application for Authority is amended to read as follows:

"The name of the limited liability company is: BATALLURE BEAUTY, LLC."

FIFTH: The true name of the foreign limited liability company has been changed to Batallure Beauty, LLC under the laws of the State of Delaware, the jurisdiction of its formation, on September 19, 2007.

Sam Ghusson,
President

CERTIFICATE OF AMENDMENT

OF

<u>VENUSTAS INTERNATIONAL, LLC</u>

Under Section 804 of the Limited Liability Company Law

Filed by:   Taylor, Colicchio & Silverman, LLP
655 Third Avenue
Suite 1400
New York, NY  10017