JOSEPH M. HEPPT
ATTORNEY AT LAW
260 MADISON AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 8 2008

TELEPHONE: (212) 973-0839
FACSIMILE: (212) 973-0891
CELL PHONE: (917) 864-6947

EMAIL: JMHEPPT@HEPPTLAW.COM
WEBSITE: HEPPTLAW.COM

May 27, 2008

*VIA FACSIMILE (212) 805-0426*

**MEMO ENDORSED**

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse

   Re: *Aedes De Venustas, Inc. v. Venustas International, LLC*
     S.D.N.Y. Case No. 07 cv 4530 (LTS) (THK)

Your Honor:

I represent the plaintiff in the above action and write to bring to the Court's attention a matter concerning the motion for partial summary judgment that was re-filed by the defendant.

In its May 7, 2008 Memorandum Endorsement granting defendant's request that it be permitted to withdraw the prior motion for summary judgment and re-file a revised motion, the Court specifically stated, "The foregoing requests are granted, subject to compliance with Individual Practices Rule 2B." (emphasis added)

Unfortunately, the defendant did not comply with that rule when filing its revised motion. No attempt was made to resolve informally the issues presented in the motion, no correspondence was received from the defendant, no telephonic discussion was held and the defendant's papers do not include the required certification "that the movant ... has used its best efforts to resolve informally the matters raised in its submission."

In light of the above, I respectfully ask that the Court terminate the pending motion without prejudice to reinstatement upon application on notice. I also ask that the Court order that no response to the motion be required unless a reinstatement application is granted, in which case plaintiff's time to respond shall be calculated from the date of

...

Hon. Laura T. Swain          May 27, 2008
                             Page 2

service of the order of reinstatement and in accordance with Local Civil Rule 6.1. *See Pfeffer v. Empire Stat, Inc.*, Not Reported in F.Supp.2d, 2003 WL 2004455 (S.D.N.Y.)

Thank you for your attention to this matter.

                             Respectfully submitted,

                             Joseph M. Heppt

JMH/wrk

cc:   David R. Francescani (via facsimile: 212-258-2291)
      Kristen McCallion (via facsimile: 212-258-2291)

*In light of defendant's May 27, 2008 letter and amended notice of motion, the foregoing request to terminate defendant's motion is denied.*

SO ORDERED.

                             5/27/08
                             LAURA TAYLOR SWAIN
                             UNITED STATES DISTRICT JUDGE