USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 5 2008

**JOSEPH M. HEPPT**
ATTORNEY AT LAW
260 MADISON AVENUE
21ST FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 973-0839
FACSIMILE: (212) 973-0891
CELL PHONE: (917) 364-6947

EMAIL: JMHEPPT@HEPPTLAW.COM
WEBSITE: HEPPTLAW.COM

June 3, 2008

*VIA FACSIMILE*
*(212) 805-0426*

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

Re:   *Aedes De Venustas, Inc. v. Venustas International, LLC*
      S.D.N.Y. Case No. 07 cv 4530 (LTS) (THK)

Your Honor:

I represent the plaintiff, Aedes De Venustas in the above action.

By Memo Endorsement dated May 7, 2008, the Court set the briefing schedule for Defendant's revised motion for partial summary judgment. That schedule required Plaintiff to file its opposition papers on June 6, 2008.

Due to the intervening Memorial Day holiday and conflicts in my schedule, I respectfully request that the Court extend the time for Plaintiff to file its opposition papers until June 13, 2008 and that Defendant's time to file its reply be extended until June 20, 2008. I have been advised that Defendant's counsel will not object to this request.

Thank you in advance for your consideration.

Respectfully submitted,

Joseph M. Heppt

The request is granted.

JMH/wrk

cc:   David Francescani, Esq. (via fax 212-258-2291)
      Kristen McCallion, Esq. (via fax 212-258-2291)

SO ORDERED.

LAURA TAYLOR SWAIN   6/4/08
UNITED STATES DISTRICT JUDGE