UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AEDES DE VENUSTAS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VENUSTAS INTERNATIONAL, LLC, <br><br> Defendant. | 07 Civ. 4530 (LTS)(THK) <br><br> **DECLARATION OF SERVICE** <br><br> **Document Electronically Filed** |

JOSEPH M. HEPPT, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

The following documents:

a. Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Partial Summary Judgment;

b. Plaintiff's Opposition to Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1;

c. Declaration of Joseph M. Heppt, sworn to on June 13, 2008

were served on this 13th day of June, 2008, by sending copies by electronic mail to:

David Francescani, Esq. (Francescani@fr.com)
Kristen McCallion, Esq. (McCallion@fr.com)
Fish & Richardson P.C.
153 E. 53rd Street, 52nd Fl.
New York, NY 10022

Executed at New York, New York this 13th day of June, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Joseph M. Heppt, Esq. (JH-4974)
*Attorney for the Plaintiff*