# FISH & RICHARDSON P.C.

Citigroup Center
153 East 53rd Street,
52nd Floor
New York, New York
10022-4611

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA FACSIMILE: (212)805-0426**

June 18, 2008

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street, Room 755
New York, NY 10007-1312

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2008

**MEMO ENDORSED**

Re: Aedes De Venustas, Inc. v. Venustas International, LLC
Civil Action No. 1:07-CV-04530-LTS-THK

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Dear Judge Swain:

We are counsel for Defendant, Batallure Beauty LLC, f/k/a Venustas International, LLC ("Defendant") in the above-referenced matter.

We write to respectfully request the Court's permission for an extension of time to file Defendant's summary judgment reply memorandum of law. Pursuant to the Court's endorsed letter on June 5, 2008, Defendant's reply is due this Friday, June 20, 2008. Due to conflicts in our schedules, we respectfully request that the Court extend this deadline to Thursday, June 26, 2008.

Counsel for Plaintiff Aedes De Venustas, Inc. consented to this extension in a telephone call earlier this morning, on June 18, 2008.

Respectfully submitted,

FISH & RICHARDSON P.C.

David R. Francescani (DF 9701)
Kristen McCallion (KM 5593)

*Counsel for Defendant*
BATALLURE BEAUTY LLC,
F/K/A VENUSTAS INTERNATIONAL, LLC

cc: Joseph M. Heppt (via facsimile: 212-973-0891)

The request is granted.

SO ORDERED.

6/18/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE